# Complaint Exhibits A – W

Exhibit A



flickr   Explore   Create   Photos, people, or groups   Sign In   Sign Up

← Back to photostream



**Tim Pierce**   + Follow

**Elizabeth Warren and Tim Murray**

PRO   (l-r) Elizabeth Warren and Massachusetts Lieutenant Governor Tim
Murray at a Warren campaign rally in Auburn, Massachusetts.

3,283 views   1 fave   0 comments   Taken on November 3, 2012

 Some rights reserved

Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Seyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-052

**Effective Date of Registration:**
November 28, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Elizabeth Warren and Tim Murray |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | November 03, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | Tim Pierce |
| **Author Created:** | photograph |
| **Citizen of:** | United States |
| **Year Born:** | 1970 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tim Pierce |
| | 2 Village Lane, Berlin, MA, 01503, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tim Pierce |
| **Email:** | twp@unchi.org |
| **Telephone:** | (978)314-1553 |
| **Address:** | 2 Village Lane |
| | Berlin, MA 01503 United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Pierce |
| **Date:** | November 28, 2016 |

Exhibit C



Creative Commons

# Creative Commons License Deed

**Attribution 2.0 Generic (CC BY 2.0)**

This is a human-readable summary of (and not a substitute for) the license.
Disclaimer



## You are free to:



**Share** — copy and redistribute the material in any medium or format



**Adapt** — remix, transform, and build upon the material

for any purpose, even commercially.

The licensor cannot revoke these freedoms as long as you follow the license terms.

## Under the following terms:



**Attribution** — You must give appropriate credit, provide a link to the license, and indicate if changes were made. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.

**No additional restrictions** — You may not apply legal terms or technological measures that legally restrict others from doing anything the license permits.

## Notices:

You do not have to comply with the license for elements of the material in the public domain or where your use is permitted by an applicable exception or limitation.

No warranties are given. The license may not give you all of the permissions necessary for your intended use. For example, other rights such as publicity, privacy, or moral rights may limit how you use the

material.

A [new version](#) of this license is available. You should use it for new works, and you may want to relicense existing works under it. No works are *automatically* put under the new license, however.

Exhibit D



Creative Commons

# Creative Commons License Deed

## Attribution 2.0 Generic  (CC BY 2.0)

This is a human-readable summary of (a

Disclaimer

> If supplied, you must provide the name of the creator and attribution parties, a copyright notice, a license notice, a disclaimer notice, and a link to the material. CC licenses prior to Version 4.0 also require you to provide the title of the material if supplied, and may have other slight differences.
>
> More info.

## You are free to:



**Share** — copy and redistribute the material in any medium or format



**Adapt** — remix, transform, and build upon the material

for any purpose, even commercially.

The licensor cannot revoke these freedoms as long as you follow the license terms.

## Under the following terms:



**Attribution** — You must give appropriate credit, provide a link to the license, and indicate if changes were made. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.

**No additional restrictions** — You may not apply legal terms or technological measures that legally restrict others from doing anything the license permits.

## Notices:

You do not have to comply with the license for elements of the material in the public domain or where your use is permitted by an applicable exception or limitation.

No warranties are given. The license may not give you all of the permissions necessary for your intended use. For example, other rights such as publicity, privacy, or moral rights may limit how you use the

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 11 of 244

material.

A [new version](#) of this license is available. You should use it for new works, and you may want to relicense existing works under it. No works are *automatically* put under the new license, however.

Exhibit E

Creative Commons



**Attribution 2.0**

CREATIVE COMMONS CORPORATION IS NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL SERVICES. DISTRIBUTION OF THIS LICENSE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. CREATIVE COMMONS PROVIDES THIS INFORMATION ON AN "AS-IS" BASIS. CREATIVE COMMONS MAKES NO WARRANTIES REGARDING THE INFORMATION PROVIDED, AND DISCLAIMS LIABILITY FOR DAMAGES RESULTING FROM ITS USE.

*License*

THE WORK (AS DEFINED BELOW) IS PROVIDED UNDER THE TERMS OF THIS CREATIVE COMMONS PUBLIC LICENSE ("CCPL" OR "LICENSE"). THE WORK IS PROTECTED BY COPYRIGHT AND/OR OTHER APPLICABLE LAW. ANY USE OF THE WORK OTHER THAN AS AUTHORIZED UNDER THIS LICENSE OR COPYRIGHT LAW IS PROHIBITED.

BY EXERCISING ANY RIGHTS TO THE WORK PROVIDED HERE, YOU ACCEPT AND AGREE TO BE BOUND BY THE TERMS OF THIS LICENSE. THE LICENSOR GRANTS YOU THE RIGHTS CONTAINED HERE IN CONSIDERATION OF YOUR ACCEPTANCE OF SUCH TERMS AND CONDITIONS.

**1. Definitions**

a. **"Collective Work"** means a work, such as a periodical issue, anthology or encyclopedia, in which the Work in its entirety in unmodified form, along with a number of other contributions, constituting separate and independent works in themselves, are assembled into a collective whole. A work that constitutes a Collective Work will not be considered a Derivative Work (as defined below) for the purposes of this License.

b. **"Derivative Work"** means a work based upon the Work or upon the Work and other pre-existing works, such as a translation, musical arrangement, dramatization, fictionalization, motion picture version, sound recording, art reproduction, abridgment, condensation, or any other form in which the Work may be recast, transformed, or adapted, except that a work that constitutes a Collective Work will not be considered a Derivative Work for the purpose of this License. For the avoidance of doubt, where the Work is a musical composition or sound recording, the synchronization of the Work in timed-relation with a moving image ("synching") will be considered a Derivative Work for the purpose of this License.

c. **"Licensor"** means the individual or entity that offers the Work under the terms of this License.

d. **"Original Author"** means the individual or entity who created the Work.

e. **"Work"** means the copyrightable work of authorship offered under the terms of this License.

f. **"You"** means an individual or entity exercising rights under this License who has not previously violated the terms of this License with respect to the Work, or who has received express permission from the Licensor to exercise rights under this License despite a previous violation.

**2. Fair Use Rights.** Nothing in this license is intended to reduce, limit, or restrict any rights arising from fair use, first sale or other limitations on the exclusive rights of the copyright owner under copyright law or other applicable laws.

**3. License Grant.** Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, non-exclusive, perpetual (for the duration of the applicable copyright) license to exercise the rights in the Work as stated below:

a. to reproduce the Work, to incorporate the Work into one or more Collective Works, and to reproduce the Work as incorporated in the Collective Works;

b. to create and reproduce Derivative Works;

c. to distribute copies or phonorecords of, display publicly, perform publicly, and perform publicly by means of a digital audio transmission the Work including as incorporated in Collective Works;

d. to distribute copies or phonorecords of, display publicly, perform publicly, and perform publicly by means of a digital audio transmission Derivative Works.

e. For the avoidance of doubt, where the work is a musical composition:

   i. **Performance Royalties Under Blanket Licenses**. Licensor waives the exclusive right to collect, whether individually or via a performance rights society (e.g. ASCAP, BMI, SESAC), royalties for the public performance or public digital performance (e.g. webcast) of the Work.

   ii. **Mechanical Rights and Statutory Royalties**. Licensor waives the exclusive right to collect, whether individually or via a music rights agency or designated agent (e.g. Harry Fox Agency), royalties for any phonorecord You create from the Work ("cover version") and distribute, subject to the compulsory license created by 17 USC Section 115 of the US Copyright Act (or the equivalent in other jurisdictions).

f. **Webcasting Rights and Statutory Royalties**. For the avoidance of doubt, where the Work is a sound recording, Licensor waives the exclusive right to collect, whether individually or via a performance-rights society (e.g. SoundExchange), royalties for the public digital performance (e.g. webcast) of the Work, subject to the compulsory license created by 17 USC Section 114 of the US Copyright Act (or the equivalent in other jurisdictions).

The above rights may be exercised in all media and formats whether now known or hereafter devised. The above rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats. All rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions.** The license granted in Section 3 above is expressly made subject to and limited by the following restrictions:

a. You may distribute, publicly display, publicly perform, or publicly digitally perform the Work only under the terms of this License, and You must include a copy of, or the Uniform Resource Identifier for, this License with every copy or phonorecord of the Work You distribute, publicly display, publicly perform, or publicly digitally

perform. You may not offer or impose any terms on the Work that alter or restrict the terms of this License or the recipients' exercise of the rights granted hereunder. You may not sublicense the Work. You must keep intact all notices that refer to this License and to the disclaimer of warranties. You may not distribute, publicly display, publicly perform, or publicly digitally perform the Work with any technological measures that control access or use of the Work in a manner inconsistent with the terms of this License Agreement. The above applies to the Work as incorporated in a Collective Work, but this does not require the Collective Work apart from the Work itself to be made subject to the terms of this License. If You create a Collective Work, upon notice from any Licensor You must, to the extent practicable, remove from the Collective Work any reference to such Licensor or the Original Author, as requested. If You create a Derivative Work, upon notice from any Licensor You must, to the extent practicable, remove from the Derivative Work any reference to such Licensor or the Original Author, as requested.

b. If you distribute, publicly display, publicly perform, or publicly digitally perform the Work or any Derivative Works or Collective Works, You must keep intact all copyright notices for the Work and give the Original Author credit reasonable to the medium or means You are utilizing by conveying the name (or pseudonym if applicable) of the Original Author if supplied; the title of the Work if supplied; to the extent reasonably practicable, the Uniform Resource Identifier, if any, that Licensor specifies to be associated with the Work, unless such URI does not refer to the copyright notice or licensing information for the Work; and in the case of a Derivative Work, a credit identifying the use of the Work in the Derivative Work (e.g., "French translation of the Work by Original Author," or "Screenplay based on original Work by Original Author"). Such credit may be implemented in any reasonable manner; provided, however, that in the case of a Derivative Work or Collective Work, at a minimum such credit will appear where any other comparable authorship credit appears and in a manner at least as prominent as such other comparable authorship credit.

**5. Representations, Warranties and Disclaimer**

UNLESS OTHERWISE MUTUALLY AGREED TO BY THE PARTIES IN WRITING, LICENSOR OFFERS THE WORK AS-IS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE WORK, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OF ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

**6. Limitation on Liability.** EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS LICENSE OR THE USE OF THE WORK, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**7. Termination**

a. This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Derivative Works or Collective Works from You under this License, however, will not have their licenses terminated provided such individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7, and 8 will survive any termination of this License.

b. Subject to the above terms and conditions, the license granted here is perpetual

(for the duration of the applicable copyright in the Work). Notwithstanding the above, Licensor reserves the right to release the Work under different license terms or to stop distributing the Work at any time; provided, however that any such election will not serve to withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated above.

**8. Miscellaneous**

a. Each time You distribute or publicly digitally perform the Work or a Collective Work, the Licensor offers to the recipient a license to the Work on the same terms and conditions as the license granted to You under this License.

b. Each time You distribute or publicly digitally perform a Derivative Work, Licensor offers to the recipient a license to the original Work on the same terms and conditions as the license granted to You under this License.

c. If any provision of this License is invalid or unenforceable under applicable law, it shall not affect the validity or enforceability of the remainder of the terms of this License, and without further action by the parties to this agreement, such provision shall be reformed to the minimum extent necessary to make such provision valid and enforceable.

d. No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

e. This License constitutes the entire agreement between the parties with respect to the Work licensed here. There are no understandings, agreements or representations with respect to the Work not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. This License may not be modified without the mutual written agreement of the Licensor and You.

Creative Commons is not a party to this License, and makes no warranty whatsoever in connection with the Work. Creative Commons will not be liable to You or any party on any legal theory for any damages whatsoever, including without limitation any general, special, incidental or consequential damages arising in connection to this license. Notwithstanding the foregoing two (2) sentences, if Creative Commons has expressly identified itself as the Licensor hereunder, it shall have all rights and obligations of Licensor.

Except for the limited purpose of indicating to the public that the Work is licensed under the CCPL, neither party will use the trademark "Creative Commons" or any related trademark or logo of Creative Commons without the prior written consent of Creative Commons. Any permitted use will be in compliance with Creative Commons' then-current trademark usage guidelines, as may be published on its website or otherwise made available upon request from time to time.

Creative Commons may be contacted at https://creativecommons.org/.

« Back to Commons Deed

Exhibit F

3/1/19, 9:21 AM

Elizabeth Warren Releases Heritage DNA Results | LifeZette



# LifeZette

Border Security    Drain the Swamp    Election 2020    Traditional Values    Constitutional Freedoms    Videos    More

ADVERTISEMENT

CONSERVATIVE BUZZ
FREE SPEAKING CONSERVATIVE NEWS

OBAMA or TRUMP?

Who is the Better President,

Vote Now



# Elizabeth Warren Releases Heritage DNA Results

Massachusetts Democrat claims there is 'strong evidence' she has a Native American ancestor — but here's the catch

# Elizabeth Warren Releases Heritage DNA Results

By Andrew Brice | Monday, October 15, 2018

*Massachusetts Democrat claims there is 'strong evidence' she has a Native American ancestor — but here's the catch*





## Lee Greenwood on Today's Culture: 'The Only Disconnect I See Today Is Between the American People and Congress'

*by LifeZette Video Staff*



## Lee Greenwood Remembers 'Friend' George H.W. Bush

*by LifeZette Video Staff*



A D V E R T I S E M E N T



BUSTING THE BARRICADES

The inside story of Trump's victory and









# LifeZette

DRAIN THE SWAMP   BORDER SECURITY   A STRONG AMERICA   TRADITIONAL VALUES
CONSTITUTIONAL FREEDOMS   VIDEOS

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH • BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY  PRECISION CREATIONS

Exhibit G

LifeZette

Border Security Drain the Swamp Election 2020 Traditional Values

Constitutional Freedoms Videos More

ADVERTISEMENT

**Who is the Better President - Barack Obama or Donald Trump**

Conservative Buzz is asking you, who is the better President? Obama or Trump?
conservativebuzz.com

OPEN

IMAGE CREDIT: TASOS KATOPODIS/GETTY IMAGES

ADVERTISEMENT

STARTING AT
$10
A MONTH
sling
TELEVISION
SUBSCRIBE NO

ADVERTISEMENT

fragrance ROOM
UP TO
80% OFF!
DEPARTMENT STORE PRICES
ADDITIONAL 20%
OFF SITEWIDE
CODE: SAVE20

DRAIN THE SWAMP

# Elizabeth Warren Takes DNA Test — See What Results Actually Reveal

'I'm not enrolled in a tribe,' says the progressive Massachusetts

the progressive Massachusetts
senator, keeping her Native
American heritage claims alive

By Michele Blood | October 15, 2018

  

Sen. Elizabeth Warren (D-Mass.) released
the results of a DNA analysis indicating she
is between one-32nd and one-512th Native
American, The Boston Globe reported
Monday morning.

Late Monday morning, however, the Globe
had to correct its own math on the DNA test
results. "Correction: Due to a math error, a
story about Elizabeth Warren misstated the
ancestry percentage of a potential 10th-
generation relative. It should be 1/1,024,"
(down from one-512th), the publication
said.

A D V E R T I S E M E N T



SPONSORED BY XFINITY

All your
entertainment. All

LATEST STORIES



**Ocasio-Cortez
Has a 'List' of
Moderates She'll
Help Unseat in
2020 if She Can**

19 MINS AGO



**Dems and Media
Are 'Unpatriotic'
in Their Hope
for 'America's
Failure on the
World Stage'**

3 HOURS AGO



**Bernie Sanders'
New Staffer
Can't Vote for
Him in 2020:
She Claims She's
an Illegal
Immigrant**

3 HOURS AGO

A D V E R T I S E M E N T

# on X1.

From your favorite shows to your favorite
apps, with X1 you get all the entertainment
you love all in one place.

Several hours after that, the Globe had to
again correct another part of their reporting,
adjusting the math on its higher sixth-
generation figure from one-32nd to one-
64th — "which puts Warren's most
optimistic claim to Native ancestry below 2
percent of her DNA," Breitbart noted.





A D V E R T I S E M E N T



RECOMMENDED   by Revcontent



## 12x Better Than Solar Panels? Prepper's Invention Takes Nation

Patriot Advance Report



## Here's What An Online Masters Degree Should Cost

Masters Degree - Sponsored



3/1/19, 9:56 AM

"The minimum requirement to claim membership in most Native American tribes ranges from 1/8 (12.5 percent) to 1/2 (50 percent)," reported Breitbart.

"A few tribes have a minimum requirement of 1/16 (six percent)."

"My family (including Fox News watchers) sat together and talked about what they think of @realDonaldTrump's attacks on our heritage," Warren said in a Monday morning tweet.

A D V E R T I S E M E N T



EXCLUSIVE: Former Speaker Boehner Talks Marijuana

Promoted Content

Watch The Video

"And yes, a famous geneticist analyzed my DNA and concluded that it contains Native American ancestry."





## Common Signs That Your Body is Battling Lung Cancer

Lung Cancer - Sponsored



## Gut Doctor "I Beg Americans To Throw Out This Vegetable Now"

United Naturals

## TRENDING STORIES



### Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming

2 DAYS AGO



### Ivanka Trump Blasts Ocasio-Cortez's Green New Deal,





Suggests Most
Americans
Reject Handouts

3 DAYS AGO

Jim Jordan
Questions Why
Admitted Liar
Michael Cohen
Is Testifying
Before Congress
Against Trump

2 DAYS AGO



A D V E R T I S E M E N T



The analyst's calculations indicated that
Warren's "pure Native American ancestor"
appears in her family tree "in the range of
6–10 generations ago," according to the
Globe, paralleling Warren's statements that
her great-great-great grandmother was "at
least partially Native American."

President Donald Trump has openly mocked
Warren for her claims of Native American
ancestry, which reportedly helped her obtain
entry into Harvard Law faculty.

The president refers to Warren jokingly as
"Pocahontas," and said at a Montana rally in
July that he would donate $1 million to the

charity of her choice if she could prove her ancestry.

A D V E R T I S E M E N T



Harvard Law School in the 1990s touted Warren as being Native American. "They singled her out, Warren later acknowledged, because she had listed herself as a minority in an Association of American Law Schools directory," reported CNN last year.

Warren's critics point out that in her student applications and during her time as a teacher at the University of Texas, she did not list herself as a minority, noted CNN.

"Who cares?" Trump responded about Warren's DNA results during a brief press event on Monday morning.

The president also said Monday morning that he hoped Sen. Elizabeth Warren (D-Mass.) runs for president because "she'd be very easy" to beat.

**[Related: Elizabeth Warren Says She Will 'Take a Hard Look' at Running for President in 2020](#)**

ADVERTISEMENT



**Get a Free Quote & ADT Offers**

ADT    When It Comes To Smart Home Security, Trust The Pros >

Appended to Warren's tweet about her DNA results is a video titled "Elizabeth Warren's Family Story."

"The facts suggest that you absolutely have a Native American ancestor in your pedigree," Dr. Carlos Bustamante says in the video.

Bustamante, a Stanford University genetics professor, has advised companies such as Ancestry.com, 23 and Me, and Helix.

"I'm not enrolled in a tribe, and only tribes determine citizenship," Warren says in the video, as she pages through what appears to be a family photo album.

"I understand and respect that distinction,

but my family history is my family history."

A D V E R T I S E M E N T



Do you think Donald Trump is leading the country in the right direction?

Yes

No

Not sure

84,433 Votes · Promoted Content

"Blood quantum" is the amount of "Indian blood" an individual possesses, said NPR; the mathematical calculation is used to determine eligibility for tribal citizenship, and tribes vary in their quantum requirements.

The video features comments from her family members, clips of President Trump and others questioning her claims of Native American ancestry, and clips of administrators, colleagues and students who praise her academic credentials and deny that minority status played any role in Warren's hiring for various positions.

One of the senator's aides told the Globe that the original DNA sample was sent to an unidentified private lab in Georgia, and Bustamante further analyzed the data that

lab provided.



Dinesh D'Souza ✔
@DineshDSouza

Normally tribes require you to be, at a minimum, one-sixteenth Native American to be eligible for consideration. So the DNA test actually proves Warren faked her claim to Indian identity for professional advancement

Tom Bevan ✔ @TomBevanRCP
This just in: Elizabeth Warren releases results of DNA test purporting to show "strong evidence" she is anywhere from 1/32 to 1/512 Native American. bostonglobe.com/news/politics/…

♡ 28.3K   7:38 AM - Oct 15, 2018                         ⓘ

💬 14K people are talking about this                      ›



Liz Wolfe ✔  @lizzywol · Oct 15, 2018
Replying to @lizzywol
The issue is, genetic test reports that Native American DNA was found somewhere between six and ten generations ago, meaning Smith was not likely full Native American (making Warren 1/64th Native American, at best). Reporters are confusing the family lore vs. DNA testing %s.

Liz Wolfe ✔
@lizzywol

All this aside, this entire issue is NUTS. Warren is foolish to act like this should give her some sort of special claim to being oppressed. I'm not sure which voters this





https://twitter.com/TimRunsHisMouth/status/1051839831494590464

See more in the video below.



*This story has been updated.*





*Michele Blood is a Flemington, New Jersey–based freelance writer and a regular contributor to LifeZette.*



MORE FROM LIFEZETTE

## RELATED STORIES



**Trump Campaign Identifies**



**Pro-Life Kentucky Student Seen**



**Warren's Beer Guzzling**

**Identifies Three Top Democrat Challengers for 2020**

*by The Political Insider Staff*

**Student Seen Standing with Native-American Protester Speaks Out**

*by Samuel Chamberlain*

**Guzzling 'Very Much' Channels Clinton's 'Hot Sauce' Pandering, Says Tammy Bruce**

*by Kathryn Blackhurst*

ADVERTISEMENT

## LifeZette Feed                          by Engage.IM



**People Are Taken Back by Alexandria Ocasio-cortez's Net Worth**

Sponsored: Confoundly





### Seniors Without Life Insurance Should Do This Before March 2019

Sponsored: Patriot Advance Report



### Melania's IQ Vs Michelle's IQ is Pretty Unnerving

Sponsored: Confoundly



### This Photo is Unedited. Look Closer

Sponsored: Beautifultrendstoday



## Remember Her? Try Not to Gasp when You See How She Looks Now

Sponsored: Confoundly



## Remember Her? Well, Now She is Broke & Lost

Sponsored: Confoundly



**Garth Brooks' Divorce Settlement is Mind-blowing**

Sponsored: Confoundly



**New Dental Implant Pricing in Cambridge Might Surprise You**

Sponsored: Sponsored links



**This Bizarre Photo Caused Mayhem, Try Not to Gasp when You See Why**

Sponsored: Confoundly





## Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)

Sponsored: Health Today

**LOAD MORE CONTENT**

---

## Popular In the Community

 

| JARED KUSHNER SPOKESPERSON PUSHES... | GRAHAM TRASHES DEMS FOR HOLDING COHEN... | SELF-IN HOLLY |
|---|---|---|
| **callmecrazybut** | **JAN** | |
| 10h | 1d | |
| House Intelligence Committee Chairma... | That's because they think they are going ... | I'm su suppo |

ADVERTISEMENT





DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA
TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH •
BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY  PRECISION CREATIONS

Exhibit H

A D V E R T I S E M E N T



A D V E R T I S E M E N T



IMAGE CREDIT: SHUTTERSTOCK

A D V E R T I S E M E N T



## POPZETTE

# Conservatives Lampoon Elizabeth Warren's Embarrassing DNA Results

Kaya Jones, James Woods, and

Raya Jones, James Woods, and others took to Twitter to have some fun with what should have been a big moment for the senator

By Zachary Leeman | October 15, 2018

   

Sen. Elizabeth Warren (D-Mass.) released DNA results on Monday morning in an attempt to prove past comments about her Native American heritage correct.

The results were … a little embarrassing, to say the least.

ADVERTISEMENT



SPONSORED BY XFINITY

All your entertainment. All on X1.

From your favorite shows to your favorite apps, with X1 you get all the entertainment you love all in one place.

The Boston Globe first reported the results,

## LATEST STORIES



### Ocasio-Cortez Has a 'List' of Moderates She'll Help Unseat in 2020 if She Can

17 MINS AGO



### Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'

3 HOURS AGO



### Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant

3 HOURS AGO

ADVERTISEMENT

and the publication has already had to issue a correction.

The Globe originally reported that Warren was between one-32nd and one-512th Native American.

A correction issued Monday morning then said, "Due to a math error, a story about Elizabeth Warren misstated the ancestry percentage of a potential 10th-generation relative. It should be 1/1,024."

Yet another update from the Globe later stated, "Due to a math error, a story about Elizabeth Warren misstated the ancestry percentage of a potential 6th to 10th generation relative. The generational range based on the ancestor that the report identified suggests she's between 1/64th and 1/1,024th Native American."

That minuscule amount does not exactly help Warren's credibility or shine a good light on past comments about her being Cherokee.

Conservatives have had plenty of fun lampooning the fumbled moment from Warren.

A D V E R T I S E M E N T



A D V E R T I S E M E N T



RECOMMENDED by Revcontent



**12x Better Than Solar Panels? Prepper's Invention Takes Nation**

Patriot Advance Report



**Here's What An Online Masters Degree Should Cost**

Masters Degree - Sponsored



Conservatives Lampoon Elizabeth Warren's Embarrassing DNA Results                                                    3/1/19, 9:54 AM



**Every American Should Collect "Federal Rent Checks"**

Promoted Content                    Watch The Video

Conservative singer Kaya Jones — who actually is part Native American (and is pictured above, far left) — questioned the Warren results on Twitter when they were first released.

"Wait … @SenWarren hasn't given us the numbers or shown us the breakdown of her DNA & you all are believing & praising her? I am Native & provided proof & have been attacked repeatedly for it. Yeah we would like to see more than just a paper saying you have Native evidence #PROOF," she wrote.



**Kaya Jones** ✔
@KayaJones

Wait.. @SenWarren hasn't given us the numbers or shown us the breakdown of her DNA & you all are believing & praising her? I am Native & provided proof & have been attacked repeatedly for it. Yeah we would like to see more than just a paper saying you have Native evidence #PROOF

♡ 3,478   8:13 AM - Oct 15, 2018                    ⓘ

💬 1,247 people are talking about this                    ›



## Common Signs That Your Body is Battling Lung Cancer

Lung Cancer - Sponsored



## Gut Doctor "I Beg Americans To Throw Out This Vegetable Now"

United Naturals

### TRENDING STORIES



## Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming

2 DAYS AGO



## Ivanka Trump Blasts Ocasio-Cortez's Green New Deal, Suggests Most



Suggests Most
Americans
Reject Handouts

3 DAYS AGO

Outspoken conservative and two-time
Academy Award-nominated actor James
Woods (pictured above, far right) went after
the Globe for needing to issue a correction to
its report and for some questionable
methods in determining the senator's
heritage.

**Jim Jordan
Questions Why
Admitted Liar
Michael Cohen
Is Testifying
Before Congress
Against Trump**



2 DAYS AGO



---

James Woods ✔
@RealJamesWoods

The @BostonGlobe corrected this
possibility to 1/1024 for her tenth
generation relative.

> **James Woods** ✔ @RealJamesWoods
> The actual facts are that a non commercial
> tester, Carlos Bustamante, deduced that
> Warren was between 1/32 to 1/512
> Colombian, Peruvian, or Mexican.  The dearth
> of Native American DNA prompted the
> "examiner" to use these national markers
> based on migration theory. #SeñoritaWarren
> twitter.com/thehill/status…

♡ 4,725   10:32 AM - Oct 15, 2018   ⓘ

💬 2,234 people are talking about this   >

---

A D V E R T I S E M E N T





**James Woods** ✔
@RealJamesWoods

Of course the lying #left always buries the
truth way down in paragraph seven!
#SenoritaWarren

**John Laghezza** @JLaghezza
Replying to @RealJamesWoods

Dont forget to read the fine print on this bogus
non-story about Fauxcahontas

Twitter    08:11    75%
🔒 bostonglobe.com

Detecting DNA for Native Americans is
particularly tricky because there is an absence
of Native American DNA available for
comparison. This is in part because Native
American leaders have asked tribal members
not to participate in genetic databases.

"The tribes have felt they have been exploited,"
explained Lawrence Brody, a senior
investigator with the Medical Genomics and
Metabolic Genetics Branch at the National
Institutes of Health. "The amount of genetic

♡ 4,947   9:01 AM - Oct 15, 2018

💬 2,493 people are talking about this   ›





**James Woods** ✔
@RealJamesWoods

The bad news for #Pocahontas: she's gotta swap the headdress for a sombrero. #SeñoritaWarren

♡ 11.5K   8:50 AM - Oct 15, 2018

💬 5,462 people are talking about this   ❯

ADVERTISEMENT



Writer Andrew Klavan, who helped script the currently in release "Gosnell," came up with a new nickname for Warren.



**Andrew Klavan** ✔
@andrewklavan



From now on, she will be known by her native name, Walks Like a Duck. "Elizabeth Warren Releases DNA Test Purporting to Show 0.1 to 1.6% Native Ancestry" bit.ly/2IXq0YZ via @BreitbartNews

♡ 129   10:44 AM - Oct 15, 2018   ⓘ

**Elizabeth Warren Releases DNA Test S…**
Elizabeth Warren has declared her decades-long claim to be Cherokee vindicated, thanks
breitbart.com

💬 57 people are talking about this   ❯

"I guess Elizabeth Warren is saying that her claim to be Native American is only 99.9 percent false," wrote "Death of a Nation" filmmaker Dinesh D'Souza.



**Dinesh D'Souza** ✔
@DineshDSouza

I guess Elizabeth Warren is saying that her claim to be Native American is only 99.9 percent false

♡ 17.8K   11:30 AM - Oct 15, 2018   ⓘ

💬 6,957 people are talking about this   ❯

A D V E R T I S E M E N T

3/1/19, 9:54 AM

Conservatives Lampoon Elizabeth Warren's Embarrassing DNA Results



**Do you think Donald Trump is leading the country in the right direction?**

Yes | No
Not sure

⚡ 107,718 Votes · Promoted Content

The filmmaker also said, "I suspect that, given the criteria being used by Elizabeth Warren, that @realDonaldTrump has more American Indian ancestry than she does."



**Dinesh D'Souza** ✓
@DineshDSouza

I suspect that, given the criteria being used by Elizabeth Warren, that @realDonaldTrump has more American Indian ancestry than she does

♡ 4,860   12:06 PM - Oct 15, 2018   ⓘ

💬 1,496 people are talking about this   >

Conservative comedian Dennis Miller wrote in reaction, "Oh for God's sake! I'm pretty sure George Custer had more American Indian blood than that."



**Dennis Miller** ✓
@DennisDMZ



Oh for god's sake! I'm pretty sure George Custer had more American Indian blood than that.

♡ 11.6K   1:03 PM - Oct 15, 2018                    ⓘ

💬 3,201 people are talking about this              ⟩

A D V E R T I S E M E N T



Who is the Better President, OBAMA or TRUMP?

Vote Now

CONSERVATIVE BUZZ
FREE SPEAKING CONSERVATIVE NEWS

"Gosnell" director Nick Searcy has had plenty of fun with the correction the Globe had to issue to the original report and the fact that Warren is only one-1,024th Native American.



**Nick Searcy, INTERNATIONAL FI** 🐦
@yesnicksearcy

I endorse 1/1024th of this thread.
twitter.com/JesseKellyDC/s…

♡ 334   9:59 AM - Oct 15, 2018              ⓘ

💬 68 people are talking about this          ⟩



**Nick Searcy, INTERNATIONAL FI** 🐦
@yesnicksearcy

Now @theDemocrats and @SenWarren ready to embrace the "one-drop rule" -- which is the system of racial classification they have historically preferred.

But does 1/1024 even constitute a drop? #fauxcahontas #Lieawatha #RunsWithMouthOpen en.wikipedia.org/wiki /One-drop_…

♡ 100   9:48 AM - Oct 15, 2018                    ⓘ

💬 49 people are talking about this              ›

ADVERTISEMENT



Who is the Better President, OBAMA or TRUMP? Vote Now. CONSERVATIVE BUZZ — FREE SPEAKING CONSERVATIVE NEWS



**Nick Searcy, INTERNATIONAL FI** 🐦
@yesnicksearcy

1/1024.  You guys always set the bar so low.

**AP Eastern US** ✔ @APEastRegion
A DNA analysis done on Sen. Elizabeth
Warren provides strong evidence she has



Warren provide strong evidence she has
Native American heritage, a claim her critics
have long mocked. apne.ws/45aRJpf

♡ 160    9:38 AM - Oct 15, 2018                    ⓘ

💬 61 people are talking about this            ❯

Conservative commentator Ann Coulter
mocked Warren's results and compared
them to her chances of being president.



**Ann Coulter** ✔
@AnnCoulter

Big deal.  Elizabeth Warren percentage of
Indian between 1/32 to 1/1,024th.   I.e., the
same percentage chance she has of being
elected president.

♡ 12.6K   12:29 PM - Oct 15, 2018             ⓘ

💬 3,801 people are talking about this          ❯

She also jokingly wrote, "BREAKING:
Cleveland Indians announce Elizabeth
Warren not even eligible to be a
bobblehead."



**Ann Coulter** ✔
@AnnCoulter

BREAKING: Cleveland Indians announce
Elizabeth Warren not even eligible to be a
bobblehead.

♡ 48.6K   12:58 PM - Oct 15, 2018             ⓘ

💬 14.9K people are talking about this          ❯

Check out more reactions to the report on
Warren's DNA results below — and try not
to laugh too hard!



**Ben Shapiro** ✓  🐦
@benshapiro

Warren: My mom was so Native American
my dad's family was racist against her.
Trump: Nope.
Warren: Here's a study saying MAYBE 10
generations ago I had a Native American
ancestor.
Media: SEE? TRUMP WAS WRONG.

♡ 20.5K   11:42 AM - Oct 15, 2018      ⓘ

💬 5,176 people are talking about this        ›



**LifeZette**   f 🐦 📌 📶   🔍

Border Security    Drain the Swamp    Election 2020    Traditional Values    Constitutional Freedoms

Videos    More



**Ben Shapiro** ✓  🐦
@benshapiro

Elizabeth Warren rn

♡ 2,363   10:26 AM - Oct 15, 2018

💬 488 people are talking about this        ›

**Dana Loesch** ✓  🐦





@DLoesch

Remember: Warren didn't just say she had "native ancestry." She said she WAS Cherokee. She's carefully edited that out of her defense. Again, here she is explaining her parents had to elope because her dad's family was racist to her Native American mom: twitter.com/DLoesch/status…

---

**Dana Loesch**  @DLoesch
Replying to @DLoesch

Remember — @elizabethforma herself said that her parents eloped because her mom was Cherokee: youtu.be/SLI3SU33tlc . Part of her family objected to 1/500thwhatever ? It completely undermines her new, edited narrative.

---

 4,329   1:04 PM - Oct 15, 2018    ⓘ

💬 **2,398 people are talking about this**    ⟩

---

 **Guy Benson**  @guypbenson    🐦
@guypbenson

Conspicuously absent from this video: Any *actual* Native Americans.

Except, possibly, Donald Trump — who very well could be more "Native American" than Warren, based on NYT-reported genetic science.

---

**Elizabeth Warren** ✓ @ewarren
My family (including Fox News-watchers) sat together and talked about what they think of @realDonaldTrump's attacks on our heritage. And yes, a famous geneticist analyzed my DNA and concluded that it contains Native American ancestry.



♡ 1,975   11:59 AM - Oct 15, 2018                    ⓘ

💬 599 people are talking about this                    ❯



Elizabeth Warren Relea…

Massachusetts Democrat claims there is …

*This piece has been updated.*



MORE FROM LIFEZETTE



MEET THE AUTHOR

# Zachary Leeman



*PopZette editor Zachary Leeman can be reached at [zachary.leeman@lifezette.com](mailto:zachary.leeman@lifezette.com).*

## RELATED STORIES






**Elizabeth Warren Says Reparations for Native-Americans Should Be 'Part of the Conversation' Today**

*by Adam Shaw*

**Conservatives in Hollywood Blast Elizabeth Warren for Her Native-American Deception**

*by Zachary Leeman*

ADVERTISEMENT



**Feed**        by Engage.IM





**Seniors Without Life Insurance Should Do This Before March 2019**

Sponsored: Patriot Advance Report



**People Are Taken Back by Alexandria Ocasio-cortez's Net Worth**

Sponsored: Confoundly



**Melania's IQ Vs Michelle's IQ is Pretty Unnerving**

Sponsored: Confoundly



**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday



**Remember Her? Try Not to Gasp when You See How She Looks Now**

Sponsored: Confoundly





### Remember Her? Well, Now She is Broke & Lost

Sponsored: Confoundly



### Garth Brooks' Divorce Settlement is Mind-blowing

Sponsored: Confoundly



### New Dental Implant Pricing in Cambridge Might Surprise You

Sponsored: Sponsored links



## This Bizarre Photo Caused Mayhem, Try Not to Gasp when You See Why

Sponsored: Confoundly



## Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)

Sponsored: Health Today

LOAD MORE CONTENT

Conservatives Lampoon Elizabeth Warren's Embarrassing DNA Results

3/1/19, 9:54 AM

## Popular In the Community

 



**SHOOTER WHO NEARLY KILLED A CALIFORNIA...**

**Paul Werner**
23h

Well, the good news is this illegal alien will...

**JORDAN QUESTIONS WHY ADMITTED LIAR MICHAE...**

**Pro Trump**
1d

The far left can only drag up the dregs to...

**DEMS A 'UNPA**

Miran Demo

ADVERTISEMENT



The inside story of Trump's victory and the fitful struggle to enact his agenda.

NOW IN PAPERBACK

BUSTING THE BARRICADES

WHAT I SAW at the POPULIST REVOLT

LAURA INGRAHAM



   

DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA

**TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS**

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH • BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY  PRECISION CREATIONS

Exhibit I

A D V E R T I S E M E N T

**Should Trump Build Our Wall - Urgent Public Opinion Poll**
Do you support President Trump in building a wall along our border? Vote Now.
conservativebuzz.com

Ad ⌄

OPEN



IMAGE CREDIT: WIN MCNAMEE / GETTY IMAGES

**POPZETTE**

# 21 Headlines That Show Exactly Why Elizabeth Warren's DNA Reveal Was Such a Disaster

Many media outlets — including liberal publications — called out the Massachusetts Democrat's 'heritage news' for what it was

By Deirdre Reilly | October 17, 2018

    

Sen. Elizabeth Warren (D-Mass.) has made headlines for days since she released the results of a DNA test that she says confirms her longstanding claims of having Native American ancestry — which, in turn, had allowed her in the past to identify herself as a minority in job searches.

In what was termed an "unmitigated disaster" for Warren by the Republican National Committee (RNC) in an email blast, the progressive senator also dropped a video into a self-serving tweet that

A D V E R T I S E M E N T



Who is the Better President, OBAMA or TRUMP?

Vote Now

CONSERVATIVE BUZZ
FREE SPEAKING CONSERVATIVE NEWS

Ad ⌄

A D V E R T I S E M E N T



fragrance room

UP TO 80% OFF!
DEPARTMENT STORE PRICES

ADDITIONAL 20% OFF SITEWIDE
CODE: SAVE20

**LATEST STORIES**



**Ocasio-Cortez Has a 'List' of Moderates She'll Help Unseat in 2020 if She Can**
15 MINS AGO



**Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'**
3 HOURS AGO



**Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant**

progressive senator also dropped a video into a self-serving tweet that proves that she is about as Native American as the next white person — or perhaps even less so.

Still, Warren continues to defend her baffling decision to release the DNA test, despite the fact that it shows she is as little as 1/1024th Native American, most recently to The Boston Globe.

A D V E R T I S E M E N T



SPONSORED BY XFINITY

**All your entertainment. All on X1.**

From your favorite shows to your favorite apps, with X1 you get all the entertainment you love all in one place.

The following 21 headlines, rounded up mostly by the RNC in the group's email today and with some inserted here by LifeZette as well, show clearly and starkly what a mess this DNA reveal was for Warren. Note that many of these — not all — are from liberal mainstream outlets.

Here are 21. (We miss any you think our readers would want to know about? Share them in the comments section below this article.)

**1.)** "Warren's DNA Claim Inflames Some Native Americans" — the Associated Press

**2.)** "Pocahontas Descendant: Elizabeth Warren Should 'Apologize' for Native American Ancestry Claims" — AOL

**3.)** "U.S. Senator Elizabeth Warren Faces Backlash After Indigenous DNA Claim" — BBC

A D V E R T I S E M E N T



**4.)** "Warren Fails This Indian Heritage Test" — the Boston Herald

**5.)** "Elizabeth Warren Might Have Actually Made Things Worse with Her DNA Gambit" — CNN

**6.)** "Elizabeth Warren's DNA Stunt Alienates Native Americans" — The Daily Beast



3 HOURS AGO

A D V E R T I S E M E N T



A D V E R T I S E M E N T



**RECOMMENDED**                                    by Revcontent



**12x Better Than Solar Panels? Prepper's Invention Takes Nation By Storm!**

Patriot Advance Report



**Here's What An Online Masters Degree Should Cost**

Masters Degree - Sponsored



21 Headlines That Show Exactly Why Elizabeth Warren's DNA Reveal Was Such a Disaster

3/1/19, 9:51 AM

**7.)** "Warren's Lonesome Tribe of One" — Fox News

**8.)** "Elizabeth Warren Just Proved She Can't Beat Donald Trump in 2020" — the Huffington Post

**9.)** "Warren's DNA Test Renews Scrutiny of Long History Claiming Native American Heritage" — Fox News

ADVERTISEMENT


NEW EPISODES

**10.)** "Elizabeth Warren Is Not Native American" — the Huffington Post

**11.)** "The Elizabeth Warren Fiasco" — The New York Times

**12.)** "Cherokee Nation Slams Democratic Senator Elizabeth Warren's DNA Test as 'Inappropriate and Wrong'" — Salon

**13.)** "What Elizabeth Warren Still Doesn't Get" — The Intercept

**14.)** "Elizabeth Warren's DNA Test Shows Only One Thing — That She's Not Ready for the White House" — the New York Daily News

ADVERTISEMENT


LOVE IT
OR YOUR FIRST PAIR IS ON US
GET COMFORTABLE

**16.)** "Cherokee Nation Condemns Elizabeth Warren's 'Inappropriate and Wrong' DNA Test to Prove Her Heritage" — The Telegraph

**17.)** "Elizabeth Warren, Typical White Person" — The Boston Globe

**Related: Congressman Who's Actually a Cherokee Nation Member Slams Warren**

**18.)** "Cherokee Nation: Warren's Use of DNA Test 'Inappropriate,' 'Wrong'" — The Hill

ADVERTISEMENT


Who is the Better President, OBAMA or



**Common Signs That Your Body is Battling Lung Cancer**

Lung Cancer · Sponsored



**Get A Masters Degree In 12 Months 100% Online - Start Here**

Masters Degree · Sponsored

### TRENDING STORIES


**Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming**
2 DAYS AGO


**Ivanka Trump Blasts Ocasio-Cortez's Green New Deal, Suggests Most Americans Reject**

 LifeZette


**Admitted Liar Michael Cohen Is Testifying Before Congress Against Trump**
2 DAYS AGO

ADVERTISEMENT


Who is the Better President, OBAMA or TRUMP?
Vote Now

Border Security    Drain the Swamp    Election 2020    Traditional Values    Constitutional Freedoms    Videos    More





**19.)** "Did Elizabeth Warren Just Kill Identity Politics?" — The Wall Street Journal

**20.)** "Why Many Native Americans Are Angry with Elizabeth Warren" — The New York Times

**21.)** "Cherokee Nation to Elizabeth Warren: Drop Dead" — the Washington Examiner

See more about the Warren DNA test results in the video below.



Elizabeth Warren Releases Heritage DNA Res…
Massachusetts Democrat claims there is 'strong evidence' she has a N…



MORE FROM LIFEZETTE

RELATED STORIES






  

**Trump Campaign Identifies Three Top Democrat Challengers for 2020**

*by The Political Insider Staff*

**Warren's Beer Guzzling 'Very Much' Channels Clinton's 'Hot Sauce' Pandering, Says Tammy Bruce**

*by Kathryn Blackhurst*

**Growing Socialist Wing of the Democrat Party Will Flex Its Muscles Starting Now**

*by Adam Shaw*

ADVERTISEMENT

**LifeZette** Feed

by Engage.IM

  

**People Are Taken Back by Alexandria Ocasio-cortez's Net Worth**

Sponsored: Confoundly

**Seniors Without Life Insurance Should Do This Before March 2019**

Sponsored: Patriot Advance Report

**Melania's IQ Vs Michelle's IQ is Pretty Unnerving**

Sponsored: Confoundly

 

**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday

**Remember Her? Try Not to Gasp when You See How She Looks Now**

Sponsored: Confoundly

  

**Remember Her? Well, Now She is Broke & Lost**

Sponsored: Confoundly

**Garth Brooks' Divorce Settlement is Mind-blowing**

Sponsored: Confoundly

**New Dental Implant Pricing in Cambridge Might Surprise You**

Sponsored: Sponsored links

 

**This Bizarre Photo Caused Mayhem. Try Not to Gasp when**

**Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain**

3/1/19, 9:51 AM

Mayhem, Try Not to Gasp when
You See Why
Sponsored: Confoundly

Stretch Relieves Years of Back Pain
(Watch)
Sponsored: Health Today

LOAD MORE CONTENT

## Popular In the Community ‹ ›

SHOOTER WHO NEARLY
KILLED A CALIFORNIA...

TRUMP JR. MOCKS
COHEN, SAYS HE 'LIED...

WHY JIMMY KIMMEL
LIKED LIAR MICHAEL...

PHOTO OF OCASIO-
CORTEZ'S CHIEF OF S

Paul Werner
23h

Frederick Jacks...
1d

mike
18h

Lisa Hawks
1d

Well, the good news is
this illegal alien will...

Only criminals support
Trump.

No wonder nobody
watches this idiot...

AOC is NOT right i
the head...she is a

ADVERTISEMENT





  

DRAIN THE SWAMP   BORDER SECURITY   A STRONG AMERICA   TRADITIONAL VALUES   CONSTITUTIONAL FREEDOMS   VIDEOS

ABOUT LIFEZETTE · ADVERTISE WITH US · JOBS AT LIFEZETTE · CONTACT US · SEARCH · BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY  PRECISION CREATIONS

Exhibit J

ADVERTISEMENT



ADVERTISEMENT



*IMAGE CREDIT: SHUTTERSTOCK & WIN MCNAMEE/GETTY IMAGES*

**POPZETTE**

# Hollywood Celebs Throw Support Behind Elizabeth Warren's Presidential Run

'Deadpool 2' star Rob Delaney and

ADVERTISEMENT



Hollywood Celebs Throw Support Behind Elizabeth Warren's Presidential Run

"Deadpool 2" star Rob Delaney and others have taken to Twitter to defend the controversial Massachusetts senator

By [Zachary Leeman](#) | December 31, 2018

    

Sen. Elizabeth Warren (D-Mass.) announced an intention to run for president in 2020 on Monday morning — and she's already receiving some support from Hollywood's more outspoken liberal celebrities.

"America's middle class is under attack," Warren said in a video announcing her candidacy.

A D V E R T I S E M E N T



SPONSORED BY XFINITY

## All your entertainment. All on X1.

From your favorite shows to your favorite apps, with X1 you get all the entertainment you love all in one place.

## LATEST STORIES



### Ocasio-Cortez Has a 'List' of Moderates She'll Help Unseat in 2020 if She Can

3 MINS AGO



### Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'

3 HOURS AGO



### Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant

3 HOURS AGO

A D V E R T I S E M E N T



"How did we get here? Billionaires and big corporations decided they wanted more of the pie," she added, "and they enlisted politicians to cut 'em a fatter slice."

Comedian and actor John Fugelsang ("Coyote Ugly," "The Girl on the Train") was already defending Warren by reacting to a tweet from the president that was originally sent out back in 2016.

"I find it offensive that Goofy Elizabeth Warren, sometimes referred to as Pocahontas, pretended to be Native American to get in Harvard," the president's tweet read.

Fugelsang reacted a whole two years later by saying, "If Elizabeth Warren is 'Pocahontas' I guess you're Custer.
Except Custer was natural blonde & didn't avoid military service. And she never pretended to be Native American to get into Harvard, but you pretended to have bone spurs to get out of something."



**John Fugelsang** ✔
@JohnFugelsang

If Elizabeth Warren is 'Pocahontas' I guess you're Custer.
Except Custer was natural blonde & didn't avoid military service.



A D V E R T I S E M E N T



RECOMMENDED by Revcontent



**12x Better Than Solar Panels? Prepper's Invention Takes Nation**
Patriot Advance Report



**Here's What An Online Masters Degree Should Cost**
Masters Degree - Sponsored



And she never pretended to be Native American to get into Harvard, but you pretended to have bone spurs to get out of something.

**Donald J. Trump** ✔ @realDonaldTrump
I find it offensive that Goofy Elizabeth Warren, sometimes referred to as Pocahontas, pretended to be Native American to get in Harvard.

♡ 15.2K   10:25 AM - Dec 31, 2018                    ⓘ

💬 4,652 people are talking about this          ＞

A D V E R T I S E M E N T



noom.
A smarter way to lose weight

Lose weight for good

Warren has been heavily criticized for claiming to be Native American on several occasions.

Results of an ancestry test revealed in October did not help matters. It showed Warren to be only between one-32nd and one-512th Native American.


## Common Signs That Your Body is Battling Lung Cancer
Lung Cancer - Sponsored


## Top Gut Doctor Warns: "Throw Out This Vegetable Immediately"
United Naturals

## TRENDING STORIES


### Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming
2 DAYS AGO


### Ivanka Trump Blasts Ocasio-Cortez's Green New Deal, Suggests Most

Actor Rob Delaney ("Deadpool 2,"
"Catastrophe") has also been supportive of
Warren's announcement to run for
president, though it appears the outspoken
celebrity believes someone else will be the
eventual nominee of the Democrat Party.

"The ad is good," the actor (pictured above
left) wrote in response to Warren's
announcement video. "I think her second ad
should highlight the fact that she
cosponsored (with 15 other Dem senators)
the Senate #MedicareForAll bill on
September 13, 2017."

He continued, "More & more happy Warren
announced so early. She's one of the best of
the very famous politicians, policy-wise &
most of the candidates who'll come out will
be markedly worse than her but they'll have
to grapple with what she's laid down."

A D V E R T I S E M E N T



Jim Jordan
Questions Why
Admitted Liar
Michael Cohen
Is Testifying
Before Congress
Against Trump

2 DAYS AGO



He finally added, "Warren coming out first will exert a pull on eventual nominee that will make them more likely to win presidency in 2020. So, it's good. #CorrectTake."



rob delaney ✔
@robdelaney

Start talking about #MedicareForAll immediately. Make all the other Dem yogurt heads catch up with you. Make your candidacy mean something.

> Elizabeth Warren ✔ @ewarren
>
> Every person in America should be able to work hard, play by the same set of rules, & take care of themselves & the people they love. That's what I'm fighting for, & that's why I'm launching an exploratory committee for president. I need you with me: elizabethwarren.com

♡ 2,542   8:49 AM - Dec 31, 2018                    ⓘ

💬 237 people are talking about this                 ❯



rob delaney ✔  @robd… · Dec 31, 2018
Start talking about #MedicareForAll

immediately. Make all the other Dem yogurt heads catch up with you. Make your candidacy mean something.



**rob delaney** ✓
@robdelaney

The ad is good. I think her second ad should highlight the fact that she cosponsored (with 15 other Dem Senators) the Senate #MedicareForAll bill on September 13, 2017.

♡ 447   9:03 AM - Dec 31, 2018                    ⓘ

💬 22 people are talking about this                    ❯



**rob delaney** ✓  @robd…  · Dec 31, 2018  🐦
Replying to @robdelaney
The ad is good. I think her second ad should highlight the fact that she cosponsored (with 15 other Dem Senators) the Senate #MedicareForAll bill on September 13, 2017.

**rob delaney** ✓
@robdelaney

More & more happy Warren announced so early. She's one of the best of the very famous politicians, policy-wise & most of the candidates who'll come out will be markedly worse than her but they'll have to grapple with what she's laid down.

♡ 574   9:26 AM - Dec 31, 2018                    ⓘ

💬 28 people are talking about this                    ❯

A D V E R T I S E M E N T

Who is the Better President,





**rob delaney** ✔ @robd... · Dec 31, 2018
Replying to @robdelaney

More & more happy Warren announced so early. She's one of the best of the very famous politicians, policy-wise & most of the candidates who'll come out will be markedly worse than her but they'll have to grapple with what she's laid down.



*LifeZette*

    

Border Security    Drain the Swamp    Election 2020    Traditional Values    Constitutional Freedoms

Videos    More

♡ 440   9:35 AM - Dec 31, 2018                                ⓘ

💬 23 people are talking about this                              ›

Comedian and podcaster Rhea Butcher also tweeted to her 90,000-plus followers that those who said they'd vote for Warren in 2016 better come through in 2020.

ADVERTISEMENT






"I'm holding every random person who yelled at me in 2016 to their word that they'd vote for a woman if it was Elizabeth Warren. I will come to your house. I will flip over your cereal bowl. I will carry you to the polls," she wrote in a now-deleted tweet.

Butcher has since tweeted that she supports Democrats putting more focus on local elections than the presidency.

She reacted to a tweet that said, "Democratic donors and activists historically have prioritized the flashy thing — usually, the presidency — and underfunded progressive infrastructure and local elections to the point of negligence. That's one of the many causes of our current reality."

Butcher responded, "For real though: I care more about this than Warren for president. For real."

 *For real though: I care*

*For real though. I care more about this than Warren for president*

*For real*
*https://t.co/SctL2LBDJF*

*— rhea butcher (@RheaButcher) December 31, 2018*

A D V E R T I S E M E N T



For more on Elizabeth Warren, check out the video below:

Elizabeth Warren Releases Herit…



MORE FROM LIFEZETTE





MEET THE AUTHOR
## Zachary Leeman

*PopZette editor Zachary Leeman can be reached at [zachary.leeman@lifezette.com](mailto:zachary.leeman@lifezette.com).*

## RELATED STORIES



**Elizabeth Warren Says Reparations for Native-Americans**



**Look Which Democrat Backs Reparations for Black**



**Hollywood Liberals Have a Meltdown Over News Trump May**

**Americans
Should Be
'Part of the
Conversation'
Today**

*by Adam Shaw*

for Black
Americans in
This Country

*by Louis Casiano*

Trump May
Declare
National
Emergency

*by Zachary
Leeman*

ADVERTISEMENT

 **Feed** *by Engage.IM*



**People Are Taken Back by Alexandria
Ocasio-cortez's Net Worth**

Sponsored: Confoundly



**Here's Her Leaked IQ Score That the White
House Kept Secret**

Sponsored: Confoundly



**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday



**Remember Her? Try Not to Gasp when You See How She Looks Now**

Sponsored: Confoundly





**Garth Brooks' Divorce Settlement is Mind-blowing**

Sponsored: Confoundly



**Remember Her? Well, Now She is Broke & Lost**

Sponsored: Confoundly



**What Your New Dental Implants Should Cost You in Cambridge**

Sponsored: Sponsored links



## This Bizarre Photo Caused Mayhem, Try Not to Gasp when You See Why

Sponsored: Confoundly



## Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)

Sponsored: Health Today





## Archeologists Have Just Found Something Unexpected on Easter Island

Sponsored: 5dwallpaper

LOAD MORE CONTENT

## Popular In the Community ‹ ›

**OCASIO-CORTEZ COMPLAINS 'DUDE WAS...**

**trump supporter**

4h

democrats the do as I say not as I do party....

**BERNIE SANDERS' NEW STAFFER CAN'T VOTE FO...**

Jeffrey Smith

1h

Correction: she can vote for him, she just...

**TRUMP COHEN**

Only Trump

ADVERTISEMENT



The inside story of Trump's victory and the fitful struggle to enact his agenda.

BUSTING THE BARRICADES
WHAT I SAW at the POPULIST





# LifeZette

DRAIN THE SWAMP   BORDER SECURITY   A STRONG AMERICA
TRADITIONAL VALUES   CONSTITUTIONAL FREEDOMS   VIDEOS

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH •
BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY   PRECISION CREATIONS

Exhibit K

ADVERTISEMENT



**Should Trump Build Our Wall - Urgent Public Opinion Poll**
Do you support President Trump in building a wall along our border? Vote Now.
conservativebuzz.com

OPEN

ADVERTISEMENT



**ELECTION 2020**

# Elizabeth Warren Wrote 'American Indian' on Her Texas State Bar Registration Form

## Massachusetts Democrat apologized last week to Cherokee Nation for ill-handled DNA test — now she's apologized this week for newly unearthed evidence

By Gregg Re | February 6, 2019

    

Massachusetts Democratic Sen. Elizabeth Warren indicated her race was "American Indian" in a handwritten registration form filed in 1986 with the Texas State Bar, according to a new report on Tuesday that documents the presidential hopeful's efforts to identify as a minority during her earliest days as a law professor.

The revelation, initially reported by The Washington Post, is the first known instance of Warren claiming Native-American ancestry in an official document or in her own handwriting.

ADVERTISEMENT



80% OFF!
DEPARTMENT STORE PRICES
UP TO
ADDITIONAL 20% OFF SITEWIDE
CODE: SAVE20

**LATEST STORIES**



**Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'**
2 HOURS AGO



**Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant**
2 HOURS AGO



**Jared Kushner Spokesperson Pushes Back on Claims About Top**

It threatened to add more ammunition to already-[frequent attacks](#) by Republicans, including President Donald Trump, deriding Warren for claiming such ancestry to bolster her academic career.

ADVERTISEMENT



SPONSORED BY XFINITY

**All your entertainment. All on X1.**

From your favorite shows to your favorite apps, with X1 you get all the entertainment you love all in one place.

Warren's office, questioned by The Post, did not dispute the authenticity of the bar card.

Last week, Warren [apologized](#) to the Cherokee Nation for taking a DNA test in an attempt to prove she had Native-American ancestry, and on Tuesday, she again more broadly apologized for identifying as Native American "for almost two decades," according to The Post.

Republicans characterized Warren's apologies as politically motivated and insincere.



Amy Gardner ✔
@AmyEGardner

Here is the form Elizabeth Warren filled out for the State Bar of Texas claiming American Indian heritage.

♡ 6,414   7:22 PM - Feb 5, 2019

💬 5,308 people are talking about this   >

ADVERTISEMENT



Is Barack Obama the greatest



**Security Clearance Issues**
10 HOURS AGO

ADVERTISEMENT

ADVERTISEMENT

**RECOMMENDED**   by Revcontent



**12x Better Than Solar Panels? Prepper's Invention Takes Nation By Storm!**
Patriot Advance Report



**Here's What An Online Masters Degree Should Cost**
Masters Degree · Sponsored







**Common Signs That Your Body is Battling Lung Cancer**

Lung Cancer · Sponsored



**Gut Doctor "I Beg Americans To Throw Out This Vegetable Now"**

United Naturals

"For the seven years this has been in the news, Elizabeth Warren has refused to apologize. Now, four days before her formal presidential launch, she's issued a politically opportunistic apology that doesn't go nearly far enough," Republican National Committee (RNC) spokesman Mike Reed said in a statement, referring to Warren's plan to formally begin her campaign for the White House on Saturday.

"Warren pretended to be a minority to climb the Ivy League ladder — a lie that will continue to haunt her presidential ambitions."

The bright-yellow bar card is dated April 1986, when Warren was a professor at the University of Texas School of Law.

Past reporting by several outlets, including CNN, had indicated that Warren "had not" listed herself as a minority in her "student applications and during her time as a teacher at the University of Texas."

Records unearthed by The Boston Globe found that in 1981, 1985, and 1988, personnel forms at the University of Texas showed that Warren had called herself "white."

**Related: Elizabeth Warren Is Still Worth Millions**

The State Bar document, which functions as a kind of directory entry for lawyers, is among multiple instances in which Warren described herself as a Native American.

She indicated that she was Cherokee in an Oklahoma cookbook called "Pow Wow Chow" in 1984, and listed herself as a minority in the Association of American Law Schools Directory of Faculty from 1986 to 1995 — a move she said later was an effort to "connect" with other "people like me."

Warren dropped off the list in 1995, after moving to Harvard Law School. But in 1996, an article in the student-run Harvard Crimson apparently indicated that faculty members and administrators still believed Warren was Native American.

"Although the conventional wisdom among students and faculty is that the Law School faculty includes no minority women, Chmura said Professor of Law Elizabeth Warren is Native American," the article stated, referring to Harvard spokesman Mike Chmura.

And a 2005 document obtained by The Hill indicated that the University of Pennsylvania Law School considered Warren among its past minority faculty members. Warren, who had resigned by the time the university published that document, taught at the law school in the 1980s and 1990s before taking a professorship at Harvard.

TRENDING STORIES



**Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming**

2 DAYS AGO



**Ivanka Trump Blasts Ocasio-Cortez's Green New Deal, Suggests Most Americans Reject Handouts**

3 DAYS AGO



**Jim Jordan Questions Why Admitted Liar Michael Cohen Is Testifying Before Congress Against Trump**

2 DAYS AGO

Through it all, Warren has maintained that she did not use her claims of ancestry to advance her academic career. An extensive investigation by the Globe did not support the contention that Harvard had relied on Warren's' claims of Native American heritage in deciding whether to hire her.

ADVERTISEMENT



Randall Kennedy, a law professor in charge of recruiting minority candidates at Harvard at the time, told the Globe that Warren was never considered a minority for hiring purposes.

"She was not on the radar screen at all in terms of a racial minority hire," Kennedy said. "It was just not an issue. I can't remember anybody ever mentioning her in this context."

Warren's prospective presidential candidacy has had a rocky start since she announced that she had formed an exploratory committee for a White House bid on Dec. 31. That evening, Warren was widely mocked for appearing in an Instagram live feed and awkwardly telling the audience, "Hold on a second — I'm gonna get me a beer."

Warren's' husband later walked into the kitchen, prompting Warren to tell him, "Thank you for being here." He replied, matter-of-factly: "Enjoy your beer."

Trump later savaged the episode as "the Elizabeth Warren beer catastrophe."

On Tuesday, filings revealed Warren is worth more than $4 million — complicating her effort to appeal to working-class voters with proposals like an unprecedented tax on wealth. in January, Warren proposed an unprecedented tax of 2 percent annually on all assets belonging to households worth more than $50 million, as well as a 1 percent tax on households with $1 billion or more.

ADVERTISEMENT



1 | **Top 10 Penny Stock Alert: CTXK $0.97 Stock Gets $3 Buy**
Insiders of this Biotech just invested $5M in a $10M Phase 3 Trial Financing
watchlist.biotechstock.report

2 | **Is the Media Fair to Trump - National Opinion Poll**
Do you think Trump faces more scrutiny than previous presidents from the media today?
conservativebuzz.com

Critics have charged that the idea is both dangerous and unconstitutional because it directly taxes wealth that is not transferred, invested, or earned as income, without ensuring the tax is evenly distributed across states.

And over the weekend, Harry Reid, the longtime Democrat who

   

Although he called Warren a "good person" in an interview with The Boston Globe, Reid, 79, asserted that "my Nevada politics keep me from publicly endorsing her."

He added that "anything I can do to help Elizabeth Warren short of the endorsement, I will do."

Reid helped catapult Warren into the national spotlight by appointing her in November 2008 to the Congressional Oversight Panel, a five-member committee responsible for overseeing the federal bailout provided by the Emergency Economic Stabilization Act.



Elizabeth Warren Releases Heritage DNA Res…
Massachusetts Democrat claims there is 'strong evidence' she has a N…

*Gregg Re is an editor for Fox News. This* Fox News *piece is used by permission.*



ADVERTISEMENT

Do you think Donald Trump is leading the country in the right direction?

Yes        No
Not sure

77,819 Votes · Promoted Content

Read more at Fox News:

Archbishop Calls Bills Repealing Abortion Restrictions 'Evil'
New Details of 2016 Meeting with Trump Dossier Author Conflict with



ADVERTISEMENT

Become a "Barefoot Writer"

And live the life of a famous writer without having to write a block-buster movie script or a chart-topping book.

LEARN MORE ABOUT THIS UNIQUE GROUP
OF HIGHLY-PAID WRITERS …

Dems' Timeline
Tyrus Admits Defending Trump Can Be a Challenge



MORE FROM LIFEZETTE

## RELATED STORIES



**Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant**

by Lukas Mikelionis



**Jared Kushner Spokesperson Pushes Back on Claims About Top Security Clearance Issues**

by Samuel Chamberlain



**'Pawn Stars' Host Rick Harrison Compares Socialism to Heroin**

by Liam Quinn

- A D V E R T I S E M E N T -

LifeZette Feed

by Engage.IM



**People Are Taken Back by Alexandria Ocasio-cortez's Net Worth**

Sponsored: Confoundly



**Here's Her Leaked IQ Score That the White House Kept Secret**

Sponsored: Confoundly



**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday







**Remember Her? Try Not to Gasp when You See How She Looks Now**

Sponsored: Confoundly



**Garth Brooks' Divorce Settlement is Mind-blowing**

Sponsored: Confoundly



**Remember Her? Well, Now She is Broke & Lost**

Sponsored: Confoundly

**What Your New Dental Implants Should Cost You in Cambridge**

Sponsored: Sponsored links

**This Bizarre Photo Caused Mayhem, Try Not to Gasp when You See Why**

Sponsored: Confoundly



**Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)**

Sponsored: Health Today



**Archeologists Have Just Found Something Unexpected on Easter Island**

Sponsored: 5dwallpaper

LOAD MORE CONTENT

**Popular In the Community**  

| WHY JIMMY KIMMEL LIKED LIAR MICHAEL,... | JORDAN QUESTIONS WHY ADMITTED LIAR MICHAE,... | JOHN MELLENCAMP INCLUDES 'TAKE A KNEE... | DEMS AND MEDIA A... 'UNPATRIOTIC' IN T... |
|---|---|---|---|
| mike | Pro Trump | Kishwaukee | Independer |
| 18h | 1d | 1d | 10m |
| No wonder nobody watches this idiot,... | The far left can only drag up the dregs to,... | aaaaaah crap, why's he gotta go do that? | Miranda is full of s Democrats and m... |



ADVERTISEMENT





DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA    TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE   • ADVERTISE WITH US   • JOBS AT LIFEZETTE   • CONTACT US   • SEARCH   • BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY    PRECISION CREATIONS

Exhibit L

Conservatives in Hollywood Blast Elizabeth Warren for Her Native-American Deception

3/1/19, 9:02 AM

A D V E R T I S E M E N T

CONSERVATIVE BUZZ
FREE SPEAKING CONSERVATIVE NEWS
Who is the Better President,
OBAMA or TRUMP? Vote Now



A D V E R T I S E M E N T

Admired
Loved
Cherish

Get yours >

foreverspin™     MADE

IMAGE CREDIT: SHUTTERSTOCK

**POPZETTE**

# Conservatives in Hollywood Blast Elizabeth Warren for Her Native-American Deception

A D V E R T I S E M E N T



fragrance ROOM
UP TO
80% OFF!
DEPARTMENT STORE PRICES
ADDITIONAL 20%
OFF SITEWIDE
CODE: SAVE20

Kaya Jones, Dean Cain and others are highlighting a story the mainstream media seem to care little about, oddly

By Zachary Leeman | February 6, 2019



The mainstream media and the Democrat Party have been reacting with little more than a shrug to the news that Sen. Elizabeth Warren (D-Mass.) once listed herself as "American Indian" on a Texas bar registration form — even though she is only between one-32nd and one-512th Native American, according to a DNA test she took.

Yet many have been expressing outrage online over the news this week of the deception.

ADVERTISEMENT



SPONSORED BY XFINITY

All your entertainment. All

## LATEST STORIES



### Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'

2 HOURS AGO



### Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant

2 HOURS AGO



### Jared Kushner Spokesperson Pushes Back on Claims About Top Security Clearance Issues

10 HOURS AGO

ADVERTISEMENT



PLUS PREPLESS MEALS DELIVERED.

# entertainment. All
# on X1.

From your favorite shows to your favorite
apps, with X1 you get all the entertainment
you love all in one place.



A D V E R T I S E M E N T



While Hollywood liberals have kept their
anguished focus on President Donald Trump
and his recent State of the Union address,
many right-leaning entertainers have used
their platforms to share the Warren story —
a story that would likely be a career ender if
she belonged to the Republican Party.

"Oh no no no. I'm more native than you
@SenWarren and I wouldn't ever dare do
such a thing," musician Kaya Jones wrote in
response to the story.



**12x Better Than Solar
Panels? Prepper's
Invention Takes Nation**

Patriot Advance Report



## Washington Post: Warren
## listed race as 'American
## Indian' on Texas bar
## registration

By Caroline Kelly, CNN

Updated at 7:03 AM ET, Wed February 6, 2019



**Here's What An Online
Masters Degree Should
Cost**

Masters Degree - Sponsored





**Kaya Jones** ✔
@KayaJones

Oh no no no. I'm more Native than you @SenWarren and I wouldn't ever dare do such a thing. Read the full article here. cnn.com/2019/02/05/pol…

♡ 532   8:46 AM - Feb 6, 2019

💬 235 people are talking about this   ›

"The Last Ship" and "Firefly" star Adam Baldwin called out the mainstream media for essentially ignoring what should be an explosive story.

He did so by posting a years-old video of Warren saying she has never used her minuscule Native-American heritage "for anything."

> *MSM throws @ewarren @SenWarren away:https://t.co/sDBgJWxnep*
>
> *— Adam Baldwin (@AdamBaldwin) February 6, 2019*

ADVERTISEMENT



Never Old.
Never New.



**Common Signs That Your Body is Battling Lung Cancer**

Lung Cancer - Sponsored



**Stop Covering Up Your Dark Spots - (Try This Instead)**

Gundry MD

**TRENDING STORIES**



**Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming**

2 DAYS AGO



**Ivanka Trump Blasts Ocasio-Cortez's Green New Deal**





New Deal,
Suggests Most
Americans
Reject Handouts

3 DAYS AGO



Jim Jordan
Questions Why
Admitted Liar
Michael Cohen
Is Testifying
Before Congress
Against Trump

2 DAYS AGO

"Gosnell" star Dean Cain was pointing to the story on Tuesday afternoon.

"Well this is interesting," he tweeted in response to the Warren news.



A D V E R T I S E M E N T



    

LifeZette

Border Security    Drain the Swamp    Election 2020    Traditional Values    Constitutional Freedoms

Videos    More

commentator wrote, "#BelieveAllWomen."





♡ 9,520   7:50 PM - Feb 5, 2019

💬 **2,571 people are talking about this**   ❯

While Warren's party affiliation may earn her credit with mainstream media outlets and special interest groups, there is no stopping this story from coming further into the light or being widely discussed.

For more, check out the video below:



Elizabeth Warren Relea…

Massachusetts Democrat claims there is …



MORE FROM LIFEZETTE





MEET THE AUTHOR

## Zachary Leeman

*PopZette editor Zachary Leeman can be*
*reached at [zachary.leeman@lifezette.com](mailto:zachary.leeman@lifezette.com).*

## RELATED STORIES



**Here's Why President Donald Trump Thanked Actor James Woods**

*by Zachary Leeman*

ADVERTISEMENT

 **Feed**        by Engage.IM





**People Are Taken Back by Alexandria Ocasio-cortez's Net Worth**

Sponsored: Confoundly



**Here's Her Leaked IQ Score That the White House Kept Secret**

Sponsored: Confoundly



**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday



## Remember Her? Try Not to Gasp when You See How She Looks Now

Sponsored: Confoundly



## Garth Brooks' Divorce Settlement is Mind-blowing

Sponsored: Confoundly



### Remember Her? Well, Now She is Broke & Lost

Sponsored: Confoundly



### What Your New Dental Implants Should Cost You in Cambridge

Sponsored: Sponsored links



### This Bizarre Photo Caused Mayhem, Try Not to Gasp when You See Why

Sponsored: Confoundly



## Do This Immediately if You Have Diabetes (Watch)

Sponsored: Patriot Report



## Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)

Sponsored: Health Today

**LOAD MORE CONTENT**

## Popular In the Community

 



**WHY JIMMY KIMMEL LIKED LIAR MICHAEL...**

**mike**
18h

No wonder nobody watches this idiot...

**JORDAN QUESTIONS WHY ADMITTED LIAR MICHAE...**

**Pro Trump**
1d

The far left can only drag up the dregs to...

**JOHN M INCLUD**

aaaaa
he got

ADVERTISEMENT





DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA
TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH •
BACK TO TOP



© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY  PRECISION CREATIONS

Exhibit M

A D V E R T I S E M E N T

**Who is the Better President - Barack Obama or Donald Trump**
Conservative Buzz is asking you, who is the better President? Obama or Trump?
conservativebuzz.com

OPEN



IMAGE CREDIT: WIN MCNAMEE / GETTY IMAGES

A D V E R T I S E M E N T

**ELECTION 2020**

# Elizabeth Warren's Problems Mean One Big Thing: She Can't Beat Trump in 2020

Democrat senator suggests she

A D V E R T I S E M E N T



Elizabeth Warren's Problems Mean One Big Thing: She Can't Beat Trump in 2020

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 115 of 244

3/1/19, 8:57 AM

Democrat senator suggests she used Native-American designation more than once on official documents; apologizes again this week

By Edmund DeMarche | February 7, 2019

    

Sen. Elizabeth Warren (D-Mass.) on Wednesday was once again forced to [apologize for claiming Native American ancestry on a 1986 registration card for the Texas State Bar](), and left the door open that there may be more documents out there with a similar claim.

The controversy appears to be difficult for the senator to put behind her. She had been planning to formally launch her presidential campaign on Saturday.

A D V E R T I S E M E N T



SPONSORED BY XFINITY

All your entertainment. All

## LATEST STORIES



### Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'

2 HOURS AGO



### Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant

2 HOURS AGO



### Jared Kushner Spokesperson Pushes Back on Claims About Top Security Clearance Issues

10 HOURS AGO

A D V E R T I S E M E N T

https://www.lifezette.com/2019/02/warrens-problems-mean-one-big-thing-she-cant-beat-trump-in-2020/

Page 2 of 13

3/1/19, 8:57 AM

# on X1.

From your favorite shows to your favorite apps, with X1 you get all the entertainment you love all in one place.

A reporter on Wednesday asked if she would drop out of the race and she responded, "Thank you."

Fox News' Shepard Smith called Warren's actions "cultural appropriation."

A Boston Globe columnist wrote flatly: With latest revelation, Elizabeth Warren can't beat Donald Trump.

Questions about Warren's heritage date to at least 2012, when her Republican opponent seized on the issue during her first Senate campaign to wrongly argue she identified as a Native American to advance her career. President Donald Trump frequently deploys a racial slur to criticize Warren.

> *"I am not a tribal citizen. Tribes, and only tribes, determine citizenship,"* Warren said.

Warren, who apologized last Friday to the Cherokee Nation for revealing the results of

A D V E R T I S E M E N T

**RECOMMENDED** by Revcontent



## 12x Better Than Solar Panels? Prepper's Invention Takes Nation

Patriot Advance Report



## Here's What An Online Masters Degree Should Cost

Masters Degree - Sponsored



a DNA test last autumn that showed just a trace amount of Native American lineage, was asked if there are any other documents where she claimed the ancestry.

A D V E R T I S E M E N T



Never Old.
Never New.

Get yours >



## Common Signs That Your Body is Battling Lung Cancer

Lung Cancer - Sponsored

   *LifeZette*      

Border Security    Drain the Swamp    Election 2020    Traditional Values    Constitutional Freedoms

Videos    More

## Stop Covering Up Your Dark Spots - (Try This Instead)

Gundry MD

"So all I know is during this time period — this is consistent with what I did because it was based on my understanding from my family's stories," she said. "But family stories are not the same as tribal citizenship."

The registration card was first reported by The Washington Post. Fox News has verified the document, which marks the first known instance of Warren claiming Native American ancestry on an official document.

Hillary Chabot, a reporter at The Boston Herald, wrote that the senator is looking to distance herself from the scandal, but brought up the wealth issue as another

## TRENDING STORIES



### Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming

2 DAYS AGO

### Ivanka Trump Blasts Ocasio-Cortez's Green New Deal



New Deal,
Suggests Most
Americans
Reject Handouts

3 DAYS AGO

potential headache for Warren.

**Related: Warren Is Still Worth Millions**



Jim Jordan
Questions Why
Admitted Liar
Michael Cohen
Is Testifying
Before Congress
Against Trump

2 DAYS AGO

"Warren has worked hard to craft a narrative
as a scrappy Dust Bowl native ready to take
down vast corporations and billionaires like
Starbucks CEO Howard Schultz. But she
usually fails to mention her own vast
wealth," she wrote, pointing out that
Warren and her husband are worth as much
as $11 million.

Paulette Jordan, a former Democratic state
representative in Idaho and a member of the
Coeur d'Alene Tribe, told the Associated
Press, "It's not exactly how you'd want to
enter the arena" as a presidential candidate.

ADVERTISEMENT



ADVERTISEMENT

MAXWORKOUTS



NEVER Do This Ex

Here's

She apologized in private last week to the
principal chief of the Cherokee Nation for
"causing confusion on tribal sovereignty and

tribal citizenship and the harm that
resulted," said tribal spokeswoman Julie
Hubbard.

**Related: RNC Files State Bar Grievance
Against Warren for Native-American Claim**

"I am not a tribal citizen. Tribes, and only
tribes, determine citizenship," Warren said,
adding, "I have apologized for not being
more sensitive to that distinction. It's an
important distinction."



*Fox News' Paul Steinhauser and the Associated
Press contributed to this Fox News report by
Edmund DeMarche and Jason Donner, which is
used by permission.*

Read more at Fox News:

Archbishop Calls Bills Repealing Abortion
Restrictions 'Evil'

New Details of 2016 Meeting with Trump
Dossier Author Conflict with Dems' Timeline

Tyrus Admits Defending Trump Can Be a

Challenge



MORE FROM LIFEZETTE

## RELATED STORIES



**Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant**

*by Lukas Mikelionis*



**Jared Kushner Spokesperson Pushes Back on Claims About Top Security Clearance Issues**

*by Samuel Chamberlain*



**'Pawn Stars' Host Rick Harrison Compares Socialism to Heroin**

*by Liam Quinn*

A D V E R T I S E M E N T



**Feed**

**Feed**                                    by Engage.IM



**People Are Taken Back by Alexandria Ocasio-cortez's Net Worth**

Sponsored: Confoundly



**Here's Her Leaked IQ Score That the White House Kept Secret**

Sponsored: Confoundly



**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday



**Remember Her? Try Not to Gasp when You See How She Looks Now**

Sponsored: Confoundly



**Garth Brooks' Divorce Settlement is Mind-blowing**

Sponsored: Confoundly



### Remember Her? Well, Now She is Broke & Lost

Sponsored: Confoundly



### What Your New Dental Implants Should Cost You in Cambridge

Sponsored: Sponsored links



## This Bizarre Photo Caused Mayhem, Try Not to Gasp when You See Why

Sponsored: Confoundly



## Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)

Sponsored: Health Today



## Archeologists Have Just Found Something Unexpected on Easter Island

Sponsored: 5dwallpaper

LOAD MORE CONTENT




---

## Popular In the Community



**Doctor Says Don?t Diet To Make Belly Fat Disappear(Try This)**

TRUMP PR
RELATION

Fr
1c

Seriously
Ingraham

ⁱ⁰

A D V E R T I S E M E N T








DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA
TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH •
BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY   PRECISION CREATIONS

Exhibit N

Defiant Elizabeth Warren Declares Her Candidacy for 2020, Goes After 'Bigotry' in the 'Oval Office'

3/1/19, 8:56 AM

A D V E R T I S E M E N T

**Who is the Better President - Barack Obama or Donald Trump**
Conservative Buzz is asking you, who is the better President? Obama or Trump?
conservativebuzz.com

OPEN

 

*IMAGE CREDIT: SHUTTERSTOCK*

A D V E R T I S E M E N T



## ELECTION 2020

# Defiant Elizabeth Warren Declares Candidacy for 2020, Goes After 'Bigotry' in the 'Oval Office'

A D V E R T I S E M E N T



'We want a country where everyone, not just the wealthy, can take care of their families'

By PoliZette Staff | February 9, 2019



We need to "clean up Washington," shouted Sen. Elizabeth Warren (D-Mass.) on a cold Saturday afternoon to an enthusiastic crowd gathered in Lawrence, Massachusetts, as she announced her campaign intentions for 2020.

She pointedly said of President Donald Trump, "The man in the White House is not the cause of what is broken. He is just the latest and most extreme symptom of what's gone wrong in America — a product of a rigged system that props up the rich and powerful and kicks dirt on everyone else. So once he's gone, we can't pretend that none of this ever happened."

ADVERTISEMENT



## LATEST STORIES



**Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'**

2 HOURS AGO



**Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant**

2 HOURS AGO



**Jared Kushner Spokesperson Pushes Back on Claims About Top Security Clearance Issues**

10 HOURS AGO

ADVERTISEMENT

SPONSORED BY XFINITY

# All your entertainment. All on X1.

From your favorite shows to your favorite apps, with X1 you get all the entertainment you love all in one place.

As supporters cheered and clapped, she also said on Saturday, "I'm opting out … I'm not taking a dime of PAC money in this campaign … There's more. I'm not taking a single check from a federal lobbyist. I'm not taking applications from billionaires who want to run a super PAC on my behalf."

"And I challenge every other candidate who asks for your vote in this primary to say exactly the same thing."

"Real democracy requires equal justice under law … We need reform," she added as supporters chanted, "Democracy!" in the background.

"We must not allow those with power to weaponize hatred and bigotry to divide us," said Warren, who is 69, adding later, "Bigotry has no place in the Oval Office."

"Today, today, we come together ready to raise our voices together until this fight is won … Our movement won't be divided by

A D V E R T I S E M E N T



RECOMMENDED by Revcontent



**12x Better Than Solar Panels? Prepper's Invention Takes Nation**

Patriot Advance Report



**Here's What An Online Masters Degree Should Cost**

Masters Degree - Sponsored



Defiant Elizabeth Warren Declares Her Candidacy for 2020, Goes After Bigotry in the Oval Office                    3/1/19, 8:56 AM

our differences. It will be united by the values we share."

"We all want a country where everyone, not just the wealthy, can take care of their families ... where everyone can participate in democracy, where every child can dream big and reach for real opportunity ... to build an America that works for everyone."

A D V E R T I S E M E N T



Do you think Donald Trump is leading the country in the right direction?

| Yes | No |
|-----|-----|
| Not sure | |

107,412 Votes · Promoted Content

**Related: Elizabeth Warren Is Still Worth Millions**

She also said, "Get ready. Because change is coming faster than you think."

Then she proceeded to tell a personal story about how, in the nick of time before she started law school, she was able to find child care with just days to go — and to train her young daughter, then two years old, to be "dependably potty-trained" before she began school.



## Common Signs That Your Body is Battling Lung Cancer

Lung Cancer - Sponsored



## 4 Warning Signs of Diabetic Heart Attacks

Vibrant Health Network

## TRENDING STORIES



### Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming

2 DAYS AGO



### Ivanka Trump Blasts Ocasio-Cortez's Green New Deal, Suggests Most



## Suggests Most Americans Reject Handouts

**3 DAYS AGO**



## Jim Jordan Questions Why Admitted Liar Michael Cohen Is Testifying Before Congress Against Trump

**2 DAYS AGO**

began school.

Sounding very much like a single mother, Warren highlighted this as a major achievement — as her supporters smiled and laughed — and insisted that if she could do something like this, then anything is possible.

Her first husband, Jim Warren — to whom she was married during the period she described, from 1968 to 1978, and with whom she has two children — worked as NASA mathematician.

While they were married, she began her law studies at Rutgers University in New Jersey, earning her law degree in 1976. After their divorce in 1978, she married Bruce Mann, a Harvard University law professor, in 1980.

ADVERTISEMENT



President Trump had something to say

Defiant Elizabeth Warren Declares Her Candidacy for 2020, Goes After Bigotry in the Oval Office                    3/1/19, 8:56 AM

about her announcement on Saturday:



**Donald J. Trump** ✔
@realDonaldTrump

Today Elizabeth Warren, sometimes referred to by me as Pocahontas, joined the race for President. Will she run as our first Native American presidential candidate, or has she decided that after 32 years, this is not playing so well anymore? See you on the campaign TRAIL, Liz!

♡ 197K   5:54 PM - Feb 9, 2019                              ⓘ



☰                         **LifeZette**                       

Border Security   Drain the Swamp   Election 2020   Traditional Values   Constitutional Freedoms

Videos   More

heat after a form years ago for the Texas bar came to light.

On that form, she listed herself as an "American Indian" in her handwriting — and even after she apologized, she's faced strong criticism for it.

ADVERTISEMENT



Never Old.
Never New.

Get yours >

foreverspin™                    MADE IN CANADA



## Related: Warren Wrote 'American Indian' on Her Texas State Bar Registration Form

The Boston Globe, in an editorial, ripped into her ahead of her announcement on Saturday, saying, in part: "Voters ready to forgive and move on might feel differently if the slow drip continues, or if her explanations don't hold up. She should have put all this to rest years ago when it first came up in her 2012 Senate campaign against Scott Brown. This go-around, Warren needs to deal with the issue now, rather than in October 2020."

"And oh, there's one more thing and it's unbelievable Warren hasn't done it yet: Deliver an honest apology publicly."

"The information on the Texas bar registration card was collected for statistical purposes, and there's no indication it was shared with anyone. If it was all a scheme to further her career, then Warren's not very good at scheming."

"Still, much of the political damage is already done, and Warren's never going to silence critics like President Trump, who gleefully taunts her in racist language," The Globe went on. "Warren took and released a DNA test last fall confirming she has some

ancestry dating six to 10 generations ago, but that did little to defuse Trump. And among white voters who resent affirmative action, the issue is probably going to be a lasting political liability."

ADVERTISEMENT



Was Obama a better president than Trump?

Yes    No

Not sure

42,461 Votes · Promoted Content

"But many Americans are still making up their minds about Warren. And she shouldn't presume that the scrutiny of her past is going to end as she formally launches her presidential campaign."

Check out this video:



Elizabeth Warren Releases Herit…



MORE FROM LIFEZETTE

## RELATED STORIES



**Elizabeth Warren Says Reparations for Native-Americans Should Be 'Part of the Conversation' Today**

*by Adam Shaw*



**Look Which Democrat Backs Reparations for Black Americans in This Country**

*by Louis Casiano*



**Elizabeth Warren's Problems Mean One Big Thing: She Can't Beat Trump in 2020**

*by Edmund DeMarche*

ADVERTISEMENT

 **Feed**

by Engage.IM



### People Are Taken Back by Alexandria Ocasio-cortez's Net Worth

Sponsored: Confoundly



### Here's Her Leaked IQ Score That the White House Kept Secret

Sponsored: Confoundly



**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday



**Remember Her? Try Not to Gasp when You See How She Looks Now**

Sponsored: Confoundly



**Garth Brooks' Divorce Settlement is Mind-blowing**

Sponsored: Confoundly



3/1/19, 8:56 AM



### Remember Her? Well, Now She is Broke & Lost

Sponsored: Confoundly



### What Your New Dental Implants Should Cost You in Cambridge

Sponsored: Sponsored links



### This Bizarre Photo Caused Mayhem, Try Not

**This Bizarre Photo Caused Mayhem, Try Not to Gasp when You See Why**

Sponsored: Confoundly



**Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)**

Sponsored: Health Today



**Archeologists Have Just Found Something Unexpected on Easter Island**

Sponsored: 5dwallpaper

**LOAD MORE CONTENT**

Defiant Elizabeth Warren Declares Her Candidacy for 2020, Goes After Bigotry in the Oval Office                                    3/1/19, 8:56 AM

## Popular In the Community

 

**JORDAN QUESTIONS WHY ADMITTED LIAR MICHAE...**

Pro Trump

1d

The far left can only drag up the dregs to...

**JOHN MELLENCAMP INCLUDES 'TAKE A KNEE...**

Kishwaukee

1d

aaaaaah crap, why's he gotta go do that?

**SHOOT KILLED**

Well, t this ill

A D V E R T I S E M E N T





   



DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA

TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH •
BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY   PRECISION CREATIONS

Exhibit O

ADVERTISEMENT

**Should Trump Build Our Wall - Urgent Public Opinion Poll**
Do you support President Trump in building a wall along our border? Vote Now.
conservativebuzz.com

OPEN




ADVERTISEMENT



ADVERTISEMENT



**ELECTION 2020**

# Elizabeth Warren Says Reparations for Native-Americans Should Be 'Part of the Conversation'

# Today

## Democrat 2020 candidate, hoping to unseat Trump, threatens to renew talk of her own missteps on this issue

By **Adam Shaw** | February 23, 2019

    

One of the 2020 presidential hopefuls, Sen. Elizabeth Warren (D-Mass.), expanded on an already-radical proposal on Friday, telling reporters that Native-Americans should be "part of the conversation" on reparations for African-Americans — a move that threatens to bring back her own history with Native-Americans.

Taking questions from reporters ahead of a Democratic Party fundraiser in Manchester, New Hampshire, Warren said America has an "ugly history of racism" and outlined her ways to tackle it — including the possibility of reparations.

A D V E R T I S E M E N T



LATEST STORIES



### Ocasio-Cortez Has a 'List' of Moderates She'll Help Unseat in 2020 if She Can

29 MINS AGO



### Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'

3 HOURS AGO



### Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant

3 HOURS AGO

A D V E R T I S E M E N T

Who is the Bette President, OBAMA or TRUMP? Vote Now



SPONSORED BY XFINITY

# All your entertainment. All on X1.

From your favorite shows to your favorite apps, with X1 you get all the entertainment you love all in one place.

"We need to confront it head on and we need to talk about the right away to address it and make change," she said.

Warren had said in a statement to The New York Times this week that "we must confront the dark history of slavery and government-sanctioned discrimination in this country that has had many consequences, including undermining the ability of black families to build wealth in America for generations."

"We need systemic, structural changes to address that," she said.

On Friday, asked whether she would include Native-Americans in her support for reparations, Warren answered, "I think it's a part of the conversation. It's an important part of the conversation."

Her fellow 2020 hopefuls Sen. Kamala Harris (D-Calif.) and former San Antonio Mayor



A D V E R T I S E M E N T



RECOMMENDED by Revcontent



**12x Better Than Solar Panels? Prepper's Invention Takes Nation**
Patriot Advance Report



**This Selfie Turned into the Biggest Embarrassment**
Expertnewsblog



Julian Castro have come out in favor of reparations for African-Americans but have so far not gone as far as Warren in opening the door to reparations for Native-Americans.

"We have to be honest that people in this country do not start from the same place or have access to the same opportunities," Harris said in the statement to The Times. "I'm serious about taking an approach that would change policies and structures and make real investments in black communities."

A D V E R T I S E M E N T


**Related: Look Which Democrat Supports Reparations**

Since reparations are in response to African-Americans impacted by slavery, presumably reparations for Native-Americans would be to make amends for crimes and abuses



### Remember Him? Try Not to Gasp when You See Him Now

Expertnewsblog



### 24 Unbelievable Photos Taken at the Airport

Global Hot News

## TRENDING STORIES



### Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming

2 DAYS AGO



### Ivanka Trump Blasts Ocasio-Cortez's Green New Deal, Suggests Most Americans

Elizabeth Warren Says Reparations for Native Americans Should Be Part of the Conversation Today

3/1/19, 10:06 AM

committed on the Native population by the U.S. government over America's history.

It is far from clear how much such a policy would cost and whether it would command support from the public at large.

**Americans Reject Handouts**

3 DAYS AGO



**Jim Jordan Questions Why Admitted Liar Michael Cohen Is Testifying Before Congress Against Trump**

2 DAYS AGO

The Times estimated that a reparations policy could cost several trillion dollars.

The policy is so radical that former President Barack Obama, and both 2016 Democratic candidates, Hillary Clinton and Bernie Sanders, declined to endorse it.

Warren's apparent willingness to entertain



## LifeZette

   

Border Security    Drain the Swamp    Election 2020    Traditional Values    Constitutional Freedoms

Videos    More

compensation for America's past sins.

A D V E R T I S E M E N T





## [Related: Elizabeth Warren Is Still Worth Millions](#)

It is also a sign of a risky move for Warren in particularly as it threatens to again bring up her own history of controversy when it comes to Native-Americans, for which she has herself tried to make reparations.

"It's no surprise Elizabeth Warren would attempt to pander to the Native-American community after getting caught falsely claiming Native American status in order to advance her career," Republican National Committee spokesman Steve Guest told Fox News on Saturday.

Warren [claimed for years to have Native-American ancestry](#), and this year apologized to the Cherokee Nation for taking a DNA test that she said initially proved she had Native American heritage.

This month it emerged she had [listed her race as "American Indian" in a Texas State Bar registration form in the 1980s](#).

A D V E R T I S E M E N T





The years-long controversy over her heritage has dogged her 2020 bid and led to her being nicknamed "Pocahontas" in right-wing circles — including from President Trump.

Last month Trump mocked her Instagram livestream by suggesting she should have streamed it from "Bighorn or Wounded Knee."

"If Elizabeth Warren, often referred to by me as Pocahontas, did this commercial from Bighorn or Wounded Knee instead of her kitchen, with her husband dressed in full Indian garb, it would have been a smash!" he tweeted.



*Adam Shaw is a reporter covering U.S. and*

*European politics for Fox News. Fox News' Paul Steinhauser and Louis Casiano contributed to* [this Fox News report](#)*, which is used by permission.*

Read more at Fox News:

[Trump 'Should Be Removed' Under 25th Amendment, Says Former Bush Ethics Attorney](#)
[New Details of 2016 Meeting with Trump Dossier Author Conflict with Dems' Timeline](#)
[Tyrus Admits Defending Trump Can Be a Challenge](#)



MORE FROM LIFEZETTE

## RELATED STORIES



**Ocasio-Cortez Has a**



**Bernie Sanders' New**



**Jared Kushner**

**Cortez Has a 'List' of Moderates She'll Help Unseat in 2020 if She Can**

*by Bradford Betz*

**Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant**

*by Lukas Mikelionis*

**Kushner Spokesperson Pushes Back on Claims About Top Security Clearance Issues**

*by Samuel Chamberlain*

ADVERTISEMENT

 **Feed**        by Engage.IM



**Photos That Will Make Your Jaw Drop**

Sponsored: Expertnewsblog



**Melania Trump Wishes These Photos Didn't Exist!**

Sponsored: Global Hot News



**People Are Taken Back by Alexandria Ocasio-cortez's Net Worth**

Sponsored: Confoundly



**Seniors Without Life Insurance Should Do This Before March 2019**

Sponsored: Patriot Advance Report



Elizabeth Warren Says Reparations for Native Americans Should Be Part of the Conversation Today                    3/1/19, 10:06 AM



### 25 Utterly Chilling Photos You Will Never See in History Books

Sponsored: Global Hot News



### Melania's IQ Vs Michelle's IQ is Pretty Unnerving

Sponsored: Confoundly



**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday



**Remember Her? Try Not to Gasp when You See How She Looks Now**

Sponsored: Confoundly



**Remember Her? Well, Now She is Broke & Lost**

Sponsored: Confoundly





## Garth Brooks' Divorce Settlement is Mind-blowing

Sponsored: Confoundly

LOAD MORE CONTENT

## Popular In the Community



Doctor Says Don't Cover Up Your Dark Spots - (Try This Instead)

GLORIA STE
ACTUALLY

D V

21h

By her log
most evil t

A D V E R T I S E M E N T



# LifeZette



DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA
TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH •
BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY    PRECISION CREATIONS

Exhibit P



# LifeZette

   

Border Security    Drain the Swamp    Election 2020    Traditional Values

Constitutional Freedoms    Videos    More

A D V E R T I S E M E N T

**Who is the Better President - Barack Obama or Donald Trump**
Conservative Buzz is asking you, who is the better President? Obama or Trump?
conservativebuzz.com

OPEN

A D V E R T I S E M E N T



**ELECTION 2020**

# Elizabeth Warren, 2020 Democrat Hopeful, Is Still Worth Millions

New financial disclosures show the
Massachusetts lawmaker keeps the

A D V E R T I S E M E N T



## bulk of her wealth in bonds and mutual funds

By Adam Shaw | February 5, 2019

  

Democratic presidential hopeful and class warrior Sen. Elizabeth Warren (D-Mass.) is still worth millions, new financial records show — as she pushes a new wealth tax aimed at millionaires and billionaires.

Warren's presidential candidate personal financial disclosure, obtained by The Center for Public Integrity, indicates that Warren is worth somewhere between roughly $4 million and $10 million.

A D V E R T I S E M E N T



SPONSORED BY XFINITY

## All your entertainment. All on X1.

From your favorite shows to your favorite apps, with X1 you get all the entertainment you love all in one place.

## LATEST STORIES



### Dems and Media Are 'Unpatriotic' in Their Hope for 'America's Failure on the World Stage'

2 HOURS AGO



### Bernie Sanders' New Staffer Can't Vote for Him in 2020: She Claims She's an Illegal Immigrant

2 HOURS AGO



### Jared Kushner Spokesperson Pushes Back on Claims About Top Security Clearance Issues

10 HOURS AGO

A D V E R T I S E M E N T





A D V E R T I S E M E N T

The exact number is not clear, as the report includes ranges for various investments and income streams, rather than exact amounts.

The center reports that she's earning some money from book royalties from various publications. But the bulk of her wealth is held in bond and mutual funds, as it has been for years.

The forms also show Warren's retaining her title as "emeritus professor" at Harvard.

Warren's wealth has been no secret.

**[Related: Hollywood Celebs Throw Support Behind Warren's Presidential Run](#)**

But it could become a political target in 2020 for anyone looking to chip away at her image as a left-wing economic populist who has rallied for everyday workers against big banks and the ultra-rich.



RECOMMENDED by Revcontent



**12x Better Than Solar Panels? Prepper's Invention Takes Nation**

Patriot Advance Report



**Here's What An Online Masters Degree Should Cost**

Masters Degree · Sponsored



A D V E R T I S E M E N T



One of a Kind. Just like You.

Get yours >

foreverspin™    MADE IN CANADA

Warren has taken a consistently hard–Left approach to taxation, tax avoidance and income inequality.

Last month, she called for a "wealth tax" on Americans with more than $50 million in assets.

Warren's filing indicates she would fall below that threshold.

> *Warren has announced an exploratory committee for a presidential run, and is expected to formally announce her candidacy on Saturday.*

"We need structural change. That's why I'm proposing something brand new — an annual tax on the wealth of the richest Americans. I'm calling it the 'Ultra-Millionaire Tax' & it applies to that tippy top 0.1 percent — those with a net worth of over $50M," Warren tweeted.

She went on to claim that it would generate almost $3 trillion over 10 years.



## Common Signs That Your Body is Battling Lung Cancer

Lung Cancer - Sponsored



## Stop Covering Up Your Dark Spots – (Try This Instead)

Gundry MD

## TRENDING STORIES



### Photo of Ocasio-Cortez's Chief of Staff Eating a Burger Has Her Fuming

2 DAYS AGO

### Ivanka Trump Blasts Ocasio

A D V E R T I S E M E N T



**Blasts Ocasio-Cortez's Green New Deal, Suggests Most Americans Reject Handouts**

3 DAYS AGO





**Jim Jordan Questions Why Admitted Liar Michael Cohen Is Testifying Before Congress Against Trump**

2 DAYS AGO

Her pitch is likely to be greeted positively by the party's base, which has shown signs of lurching to the Left in recent years — with 2020 candidates following and embracing once-fringe policies such as a Green New Deal and Medicare for All.

Warren has announced an exploratory committee for a presidential run, and is expected to formally announce her candidacy on Saturday.

A D V E R T I S E M E N T





After a Polarized 2018, …

Divisiveness doesn't work — let's focus o…

*Adam Shaw is a reporter covering U.S. and*

*European politics for Fox News. This [Fox News](#) piece is used by permission.*

Read more at Fox News:

[Archbishop Calls Bills Repealing Abortion Restrictions 'Evil'](#)

[New Details of 2016 Meeting with Trump Dossier Author Conflict with Dems' Timeline](#)

[Tyrus Admits Defending Trump Can Be a Challenge](#)



MORE FROM LIFEZETTE

## RELATED STORIES



**Bernie Sanders' New Staffer Can't Vote for Him in 2020: She**



**Jared Kushner Spokesperson Pushes Back on Claims**



**'Pawn Stars' Host Rick Harrison Compares Socialism to**

Elizabeth Warren, 2020 Democrat-hopeful, Is Still Worth Millions                                                         3/1/19, 8:50 AM

### Claims She's an Illegal Immigrant

*by Lukas Mikelionis*

### About Top Security Clearance Issues

*by Samuel Chamberlain*

### Heroin

*by Liam Quinn*

ADVERTISEMENT

 **Feed**                    by Engage.IM



**People Are Taken Back by Alexandria Ocasio-cortez's Net Worth**

Sponsored: Confoundly



**Here's Her Leaked IQ Score That the White House Kept Secret**

Sponsored: Confoundly

Sponsored: Confoundly



**This Photo is Unedited. Look Closer**

Sponsored: Beautifultrendstoday



**Remember Her? Try Not to Gasp when You See How She Looks Now**

Sponsored: Confoundly





**Garth Brooks' Divorce Settlement is Mind-blowing**

Sponsored: Confoundly



**Remember Her? Well, Now She is Broke & Lost**

Sponsored: Confoundly



**What Your New Dental Implants Should Cost You in Cambridge**

Sponsored: Sponsored links



## This Bizarre Photo Caused Mayhem, Try Not to Gasp when You See Why

Sponsored: Confoundly



## Do This Immediately if You Have Diabetes (Watch)

Sponsored: Patriot Report





### Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain (Watch)

Sponsored: Health Today

LOAD MORE CONTENT

## Popular In the Community

 



### Doctor Says Don't Cover Up Your Dark Spots - (Try This Instead)

OCASIO-CO
COMPLAINS

tru
3h

democrats
say not as

A D V E R T I S E M E N T







# LifeZette

DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA
TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE · ADVERTISE WITH US · JOBS AT LIFEZETTE · CONTACT US · SEARCH ·
BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY · PRECISION CREATIONS

Exhibit Q

Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt - So Who Pays?   6/5/19, 3:17 PM



# LifeZette

  

Border Security    Drain the Swamp    Election 2020    Traditional Values    Constitutional Freedoms

Videos    More





A D V E R T I S E M E N T



**ELECTION 2020**

# Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt — So Who Pays?

A D V E R T I S E M E N T



https://www.lifezette.com/2019/04/warren-moves-from-wanting-reparations-to-wanting-to-cancel-student-debt-so-who-pays/    Page 1 of 14

# Democrat apparently has an agenda to turn us into the United Socialist States of America

By Wayne Dupree | April 22, 2019

    

Sen. Elizabeth Warren (D-Mass.) has implemented another ploy to try to win that elusive dream of Democratic nomination — and then the presidency.

As part of this new tactic, I hope she has a program to pay for *all* students' college debts, as her plan would be unfair to those who have already settled their debts if only those with outstanding debts would benefit from her proposal.

ADVERTISEMENT



SPONSORED BY KIWI REPORT

## Bear Caught In A Trap Desperately Cries For Help

When this bear was desperate for help, he

LATEST STORIES



### Jussie Smollett Won't Be Returning to 'Empire'

30 MINS AGO



### Two WWII Veterans Reflect on Life, Death, and 'God Bless America'

3 HOURS AGO



### Biden Busted for Plagiarism Charges on Climate Change Plan

4 HOURS AGO

ADVERTISEMENT



EASYCLOSETS

FREE Design Service & FREE Shipping*

GET STARTED TODAY >

Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt — So Who Pays?

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 174 of 244

6/5/19, 3:17 PM

received it from the most unlikely source.

In my view, Warren is delusional, and I'm not alone in thinking this.

ADVERTISING



Student debt is not a public problem. It is a problem of the student who wants to go to a school he or she can't afford.

**Related: Many Dems Are Wary of Going the Impeachment Route — Not Warren**

It's a problem of the student who gets the loans and then parties the money away; it's a problem of students who think they can and should get things in life for free.

I worked at a university and saw what some, not all, students did with their loan money.

Life is a beach — eventually you have to pay up.

 *U.S. Sen. Elizabeth Warren,*

A D V E R T I S E M E N T



RECOMMENDED by Revcontent



**Remember Her? Take a Deep Breath Before You See Her Now**

Top World Articles



**Work Pranks That Got Employees Fired**

Upbeat News



who is seeking the Democratic nomination for the 2020 presidential election, wants to cancel billions of dollars in student loan debt and make college cheaper for students going forward.

Warren, in a post on the website Medium, proposed canceling $50,000 in student loan debt for anyone with annual household income under $100,000, which her campaign said would amount to 42 million Americans.

It would also cancel some debt for those with household incomes between $100,000 and $250,000.

Warren, who has long advocated in Congress for providing debt relief to students, called student

## Game of Thrones Cast with Their Real Life Partners Will Crush Your

Upbeat News



## Horrifying Woodstock Photos That Were Classified

LitDaily

## TRENDING STORIES



### Gillibrand, Polling at About One Percent, Rips into Fox News and President Donald Trump

3 DAYS AGO



### Former Democrat Candidate Slams 'White People,' America and the Flag

1 DAY AGO

Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt. So Who Pays?

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 176 of 244

6/5/19, 3:17 PM

*loan debt a "crisis." She said canceling debt for millions of people would help close the nation's racial and wealth gap, and also proposed making all two-year and four-year public colleges free.*

*"The first step in addressing this crisis is to deal head-on with the outstanding debt that is weighing down millions of families and should never have been required in the first place," Warren wrote.* (source: [Reuters)](#)



### Trump's Approval Rating Just Hit the Highest Point in Two Years

**2 DAYS AGO**

A D V E R T I S E M E N T

A D V E R T I S E M E N T



Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 177 of 244

I think she wants to wipe out the economy for 350 million Americans. Go to college, get a degree in something worthless, become indoctrinated in socialist dogma, become a victim — and then have someone else pay for it.

Sounds like something Warren would love.

Buying votes with other people's money, Warren has an agenda to turn America into the United Socialist States of America.

She makes a lot of money every year, according to her tax returns; so with that, I would say she needs to be the first one to pony up, send a check to the Treasury, and set the example for others to follow.

A D V E R T I S E M E N T



That's what leaders do.

Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt... So Who Pays?

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 178 of 244

6/5/19, 3:17 PM

That's what leaders do.

Be a responsible and upright American and pay your debts. Pay your way through life — and don't leach or sponge off those who are more successful than you are.

ADVERTISEMENT



If you have no real ambitions or maybe you set your sights lower — then you don't deserve the private jet and yacht.



*This piece originally appeared in* [WayneDupree.com](WayneDupree.com) *and is used by permission.*

Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt - So Who Pays?

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 179 of 244

6/5/19, 3:17 PM

Read more at WayneDupree.com:

[Napolitano SLAMS 'Amoral, Venal, Deceptive' Trump: Mueller Report 'Might Be Enough to Prosecute' Him](#)

[Watch Wallace's Tense Interview with Giuliani Over Mueller Report, Obstruction of Justice](#)

[MSNBC Disrupts Robert Mueller's Easter Sunday After Church Service](#)

---





**MEET THE AUTHOR**

## Wayne Dupree

Wayne Dupree is owner and founder of [WayneDupree.com](#). He was named to 2017 Newsmax's 50 Most Influential African-American Republicans. He served in the USAF from 1987-1995; he saw time in Operation Desert Storm/Shield. The father of three, he's the host of "The Wayne Dupree Show."

## RELATED STORIES



**Jussie**



**Trump**



**Trump Slams**



**Smollett Won't Be Returning to 'Empire'**

*by Brian Brinker*

**Responds to Schumer on Mexico Tariffs: 'No Bluff!'**

*by The Political Insider Staff*

**Sadiq Khan: 'He Should Focus on His Job'**

*by The Political Insider Staff*

ADVERTISEMENT



**LifeZette** Feed                    by Engage.IM

**New Policy Helps Seniors Get $250,000 In Life Insurance With No Medical Exam**

Sponsored: Lifestyle Rocket



**What Pam Said to Michael That Left Fans Furious**

Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt — So Who Pays?

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 181 of 244

6/5/19, 3:17 PM

Furious

Sponsored: Upbeat News



### 22 Game of Thrones Characters with Their Real-life Partners

Sponsored: Upbeat News



### Game of Thrones Cast in Different Roles is Blowing Minds

Sponsored: Upbeat News





### Md: Do This Immediately to Destroy Toe Fungus

Sponsored: HealthScore



### Daughter Reveals Truth About Don Knotts That Made Fans Furious

Sponsored: Upbeat News



### Fans Furious After Their Best Guitarist of All Time Didn't Make the List

Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt – So Who Pays?

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 183 of 244

6/5/19, 3:17 PM

**Time Ever Made the List**

Sponsored: Upbeat News



**Bride Has Priceless Reaction After Groom Says He Loves Another Woman**

Sponsored: Upbeat News



**Couple Finally Opens Wedding Gift 9 Years Later to a Stunning Surprise**

Sponsored: Upbeat News



Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt - So Who Pays?

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 184 of 244

6/5/19, 3:17 PM



## Gov't Will Pay Up to $355/mo off Your Mortgage if You Have No Missed Payments

Sponsored: SavvyFinance.org

**LOAD MORE CONTENT**

---

## Popular in the Community

 

**NORMANDY, REAGAN AND TRUMP ON THE...**

Pete Mervyn

5h

Reagan had great speech writers. Facts...

**OUTRAGEOUS: GUCCI PUSHES ABORTION ON...**

Laughingatyou

4d

What about all the female fetuses...

**TRUMP RATING**

Every...
appro...

ADVERTISEMENT

Warren Moves from Wanting Reparations to Wanting to Cancel Student Debt - So Who Pays?

Case 1:20-cv-00693-ABJ   Document 1-3   Filed 03/10/20   Page 185 of 244

6/5/19, 3:17 PM





# LifeZette

DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA
TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE • ADVERTISE WITH US • JOBS AT LIFEZETTE • CONTACT US • SEARCH •
BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY   PRECISION CREATIONS

Exhibit R

# LifeZette

   

Border Security    Drain the Swamp    Election 2020    Traditional Values

Constitutional Freedoms    Videos    More

ADVERTISEMENT

## Police Say To Carry This

Police say everyone should carry this new safety device that protects against attackers. TrySafePersonalAlarm.com

OPEN

ADVERTISEMENT




**ELECTION 2020**

# Democrats on Stage: 'Not Everyone Is Sharing' in Today's Strong Economy

Swipes at Trump, vows to overhaul

## LATEST STORIES

### A Prediction

ADVERTISEMENT



# health care and declarations about corruption dominated the discussions

By **Brooke Singman** | June 26, 2019

   

Democratic presidential hopefuls took pains to downplay economic gains under the Trump administration at the first debate of the 2020 presidential cycle — blasting large corporations and calling for more taxes for the wealthy.

ADVERTISEMENT



SPONSORED BY CONFLICT OF NATIONS

## World War 3 Strategy Game

Simulate and play different scenarios in real-time against up to 64 players! Can you lead your country to victory?

The answers came minutes after the debate began, as 10 candidates squared off in the first debate of the 2020 presidential election cycle at the Adrienne Arsht Center for the



Blows Tragedy Involving Officer with California Highway Patrol

3 HOURS AGO

ADVERTISEMENT

RECOMMENDED                by Revcontent

Through





### This Photo is Unedited. Look Closer

Life Buzz

### This Photo Caused Mayhem, Try Not to Gasp when You See Why

Obsev.com



### Top Cardiologist: This One Thing Will Properly Flush out Your Bowels

Gundry MD

"Who is this economy really working for? It's doing great for thinner and thinner slices at the top," Sen. Elizabeth Warren of Massachusetts said right out the gate.

ADVERTISING





### Doctor: Do This Immediately if You Have High Blood Sugar

Allied Naturals

## RECOMMENDED

by Revcontent



### This Photo is Unedited. Look Closer

Life Buzz



### This Photo Caused Mayhem, Try Not to Gasp when You See Why

Obsev.com

"When you've got an economy that does great for those with money ... it is corruption pure and simple. We need to call it out and we need to attack it head-on. We need to make structural changes in our government, our economy and our country."

Minutes later, Sen. Amy Klobuchar (D-Minn.) was the first on the debate stage to mention President Donald Trump by name.

**Related: Dems Finally Acknowledge America's Border Crisis (What Took Them So Long?)**

"The economy — we know that not everyone is sharing in this prosperity. And



Trump just sits in the White House and gloats about what's going on when there are so many people having trouble paying for college and trouble paying for their prescriptions," Klobuchar said, laying out her plans to "make it easier" to pay off student loans and attend college.

"Billionaires can pay off their yachts, then students should be able to pay off their student loans," Klobuchar said.

Former Texas Rep. Beto O'Rourke then weighed in, blasting the economy, saying it "does not work for everyone" — in both English and Spanish.

And New York City Mayor Bill de Blasio also took a swipe at the president, saying, "There is plenty of money in this country, it's just in the wrong hands."

But while the Democrats challenged the sense of economic gains in recent years, the Trump campaign and Republican National Committee rapid response team sent email blasts and tweets "fact-checking" and defending the president's economic record and the creation of "six million jobs" since Election Day 2016.

> *The format and sheer number of candidates means candidates have limited opportunity*



## Top Cardiologist: This One Thing Will Properly Flush out Your Bowels

Gundry MD



## Seniors (With No Life Insurance) May Get Up to $250,000 if They Only

National Family

A D V E R T I S E M E N T

## TRENDING STORIES

**Shep Smith So Upset That Hundreds of Undocumented Workers Were Arrested**

2 DAYS AGO



**Jeffrey Epstein News: 12 Outraged Americans React to His Passing**

3 DAYS AGO



**Upset Iowa Resident Tells Candidate Kamala Harris: 'Leave Our Health Care**

*limited opportunity even during two hours of debate to make their case.*

**Health Care Alone**

18 HOURS AGO

ADVERTISEMENT

Warren was the highest-polling candidate among those on stage Wednesday, but others were looking for their breakout moment or to recapture lost momentum, especially contenders like O'Rourke of Texas. Top-polling candidates, including former Vice President Joe Biden and Sen. Bernie Sanders of Vermont, are set to face off Thursday night on the same stage.

The format and sheer number of candidates, though, means candidates have limited opportunity even during two hours of debate to make their case.

ADVERTISEMENT





**Related: Trump Communicated a Powerful Message That Will Be Remembered for Years**

The rules, set by the Democratic National Committee, gave candidates 60 seconds to answer questions from the NBC, MSNBC, and Telemundo moderators, and 30 seconds to respond to their follow-up questions.

The candidates could not give opening statements, but were offered the chance to give closing remarks later in the night.

Also on stage Wednesday: Sen. Cory Booker of New Jersey, former Housing and Urban Development Secretary Julian Castro, Washington Gov. Jay Inslee, Reps. Tulsi Gabbard of Hawaii and Tim Ryan of Ohio, and former Rep. John Delaney of Maryland.

*Brooke Singman is a politics reporter for Fox News. This Fox News piece is used by permission.*

Read more at Fox News:

Iran Likely at 'Inflection Point'

Andrew McCabe Celebrates Sarah Sanders' Exit from White House

Mark Levin Rakes Ayesha Rascoe for
Her 'Criminal' Comment About Trump

## RELATED STORIES



Popular in the Community
Upset Iowa
Resident

Jeffrey
Epstein Is

GOP Bill That
Would
ncrease
nalties for
owing
ter on
s Faces
nocratic
shback

Adam Shaw

Indep

4d

He wants to
Congress is s

ADVERTISEMENT

LifeZette                Feed                    by Engage.IM







Experts Pick
This One Card
over
Hundreds of

Md - You Can
Restore
Wrinkled
Skin at Home

Born Before
1985? Gov't
Will Pay Up
to

Hundreds of Others

Skin at Home The This

to $355/month



### Remember Her? Take a Deep Breath Before You See How She Looks Now

Sponsored: Confoundly



### This Photo is Unedited. Look Closer

Sponsored: Life Buzz



### Toe Fungus Causing Problems? Try This Now and Clear It



### Toenail Fungus Gone - Just Do This (Video)

Sponsored: Life



### Horrifying Woodstock Photos That Were Classified



### You Will Not Believe How These Celeb



### 30 Jaw-Dropping Historical Photos

**Kids Look New**

Sponsored: Life Buzz

**That Will Knock
Your Socks Off**

Sponsored: Life Buzz

## LOAD MORE CONTENT

 **Feed**

by Engage.IM

### This Cash Back Card is Totally Worth the Hype

Sponsored: Wise Bread

### Seniors with No Life Insurance May Get a $50,000 Policy for $15 a Month

Sponsored: Healthy Partisan

### Md - You Can Fix Sagging Skin at Home (Do This Today)

Sponsored: HealthScore

### Top Cardiologist: This One Thing Will Properly Flush out Your Bowels

Sponsored: Gundry MD

### Born Before 1985? Gov't Will Pay Up to $355/month off Your Mortgage

Sponsored: SavvyFinance.org

LOAD MORE CONTENT

ADVERTISEMENT



DRAIN THE SWAMP    BORDER SECURITY    A STRONG AMERICA
TRADITIONAL VALUES    CONSTITUTIONAL FREEDOMS    VIDEOS

ABOUT LIFEZETTE  •  ADVERTISE WITH US  •  JOBS AT LIFEZETTE  •  CONTACT US  •  SEARCH  •
BACK TO TOP

© 2014-2019 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY   PRECISION CREATIONS

Exhibit S

6/6/19, 2:26 PM



LifeZette - Posts



**Kevin Harris** Give the money back you freaking Thief eat a bag of s***
Like · Reply · 16w

**Anne Liddelow** They are all worth millions; where did they get the money? Guess!
Like · Reply · 17w

**Linda Lewis** It will cost it if this jerk runs.
Like · Reply · 17w

**Marvin White** astill got that one hour teaching job at harvad tthat pays 350 grand a year too.
Like · Reply · 17w                                          👍 2

**James L Cross** No, she has millions, but not worth a shit !!!!!!!!!!
Like · Reply · 17w                                          👍 1

**Robert Mabrey** She should give 70 % of her wealth.
Like · Reply · 17w                                          👍 1
↳ 1 Reply

**Dave Johnson** "You can't become rich in politics unless you're a crook." Harry Truman. (And I shudder to think how many politicians this applies to.)
Like · Reply · 17w · Edited                                 👍❤ 45
↳ 4 Replies

**Richard Kalinowski** The tribe better check the bank account, some might be missing ???
Like · Reply · 17w

**Nick Raulsten** There are more rich politicians than rich athletes! Athletics play a game and politicians rig the game.
Like · Reply · 17w                                          👍 36
↳ 2 Replies

**Pat Genovese** They all are and most of it was made from us little guys.
Like · Reply · 17w                                          👍 3

**Patricia Finley** It's all about the money. They could care less about the people. What other Pres. gave up his paycheck for the good of others?
Like · Reply · 17w                                          👍🎨 26
↳ 13 Replies

**Bill Jerome** She ain't worth squat...just has the money...
Like · Reply · 17w                                          👍 7

**John Barton** I think she is not worth a shit.
Like · Reply · 17w                                          👍 4

**Dennis Williams** That means that she has benefited from Trump's economy.Good for her.
Like · Reply · 16w

👑 Top Fan
**N.C. Griswold** She can share her millions with me...I don't mind at all.

LifeZette - Posts

6/6/19, 2:26 PM

Like · Reply · 17w

**Ian Harrison** Well, there goes her narrative. Oops.
Like · Reply · 17w

**Kevin Kaitis** Some of those reservations are in bad shape, why don't you help out your extended family?
Like · Reply · 17w

**JoAnn Muchiarone** Wonderful how much of her money she earned.....
Like · Reply · 17w

**Bobby McGehee** And became a millionaire on $174,000 salary
Like · Reply · 17w

**George Cosper** Did she get an inheritance from the Indians?
Like · Reply · 17w

**Larry Capley** Yes no telling she might have falsified government documents to steal those millions.
Like · Reply · 16w

**Bill Dame** Exactly Right Dave Johnson . when we have to tighten our belts. They go on Vacation with pay and return still drawing a very Healthy Check.They are Completely out of Touch with the taxpayers. The ones that are footing the Bill for their Lavish Lifestyle
Like · Reply · 17w

**Howard Koyle** an Indian Princess, i think not.
Like · Reply · 17w           👍😡 5
↳ 1 Reply

**William DiNuovo** She wants healthcare that doesn't apply to her, retirement plans that don't apply to her and,next tax laws that don't apply to her or her colleagues. Just watch. It's called responsible immunity.
Like · Reply · 17w           👍 12
↳ 1 Reply

**Keith Pyles** She may have millions of dollars, but she still isn't worth a crap.
Like · Reply · 17w           👍 8
↳ 1 Reply

**Phillip Jones** She may have millions but she is not worth millions. Maybe 25 cents lol
Like · Reply · 17w           👍 1

**Dorveen Duncan Rowan**
Democrats/Liberals/Progressives/Socialists/Communists ALL think the same, just at different levels of insanity.
"When we get ready to take the United States, we will not take it under the label of Communism; we will not take it under the label of Soci... See More
Like · Reply · 17w           👍 1

**Angie Stein** They make $$$$ from pharma, other special interests & even running for potus!!! U DIDNT KNOW? 🌈
Like · Reply · 17w



**Diane Crocker** So is Nancy, Chuckie, Bernie, Maxine and how many more?

Like · Reply · 17w    👍 6

↳ 3 Replies

**Robert L Fredrickson** How did anyone being that incredibly stupid ever get to be worth that much.

Like · Reply · 17w    👍 6

↳ 6 Replies

**Alex Fisher Setchko** WHAT ??? The special mortgages in the omnibus bill - that pasted thru congress. Should find out the number of unelected, unconnected people who got those offers. Also college debt forgiveness same bills for congress families , interns , and staff. (I am in the wrong party. But neighbors lost homes While congress gives selves break. Kids older now student loans ? ).

Like · Reply · 17w

**James Bridges** Your so right! Now is the time for term limits! Stand up and be counted. Its term limits are a no vote period!

Like · Reply · 17w    👍 1

↳ 1 Reply

**Ed Smith** Give all your money away and I might vote for you...

Like · Reply · 17w    👍 5

**Brian Hollifield** Her and her husband were flipping houses during the housing crises during money on other people's misery.

Like · Reply · 17w    👍 2

**Rick Rasmussen** Cabal Pays Well Too Bad it's our Tax Money in their Pockets.

Like · Reply · 17w    👍 1

**Barbara Mayberry** I love the way these rich politicians are so quick to criticize wealthy Americans who have earned their wealth.

Like · Reply · 17w    👍 1

**Jon Frost** Capitalism has been good for het

Like · Reply · 17w    👍 3

**Gary H. Montgomery** As Harry Truman pointed out the only way to get rich in politics ia by being a crook

Like · Reply · 17w    👍 1

**Nancy Brandt** Of course she is, and so is Bernie Sanders. They just don't want you to know it.

Like · Reply · 17w

**Jimmy Jones** How long has she been in Congress, I bet her salary doesn't add up to her net worth wanna bet!!

Like · Reply · 17w    😡

↳ 2 Replies

**Renee' Taylor** She needs to share her wealth!!! (We know that's going to happen).

Like · Reply · 17w    👍 1



**Tom G. Roe** The politicians will exempt them from a new tax law like the did with health care. Only apply to common citizens.

Like · Reply · 17w   1

**Marlene Swift** Of course. She got the same way all the others did. From us.

Like · Reply · 17w   1

🛡 Top Fan
**Louie Sanders** She will be giving her money away all of it.

Like · Reply · 17w

🛡 Top Fan
**Louie Sanders** She doesn't seem to be open minded or someone to have over for dinner.

Like · Reply · 17w

↳ 1 Reply

**Salvatore Salmeri** How can all these officials be worth MILLIONS ,on what they get Paid. Things Don't add up

Like · Reply · 17w   2

🛡 Top Fan
**Linda Beacham Bush** How did she manage this? Best I know, her career has been spent in academia and politics.

Like · Reply · 17w   1

↳ 1 Reply

View more comments        50 of 172

---



**LZ** **LifeZette**
11 mins · 🌐

Did you see what Acosta said? ...

LIFEZETTE.COM
**Anti-Trumper Jim Acosta Actually Praised Trump for His Flawless D-Day Speech**



😍😂😮 83                                    21 Comments 10 Shares

👍 Like                💬 Comment              ↪ Share          🌐 ▾

Most Relevant ▾

Write a comment...                                    😊 GIF 🎭

**Joe Connelly** Trying with desperation to get some viewers back!
Like · Reply · 4m                                              👍 3

**Kay Volman** He struggled saying something nice.
Like · Reply · 6m

View 16 more comments

**LZ** **LifeZette**          •••
1 hr · 🌐

On D-Day's 75th, be sure to catch up with this ...

LIFEZETTE.COM
**Two World War II Veterans Reflect on Life, Death, and 'God Bless America'**

👍❤️😮 294                                   10 Comments 44 Shares

👍 Like                💬 Comment              ↪ Share          🌐 ▾

Most Relevant ▾

Write a comment...                                    😊 GIF 🎭

**Patricia Charles** My heroes God bless all.
Like · Reply · 1h

**Denise Curnow** God bless them
Like · Reply · 58m

View 8 more comments

**LZ** **LifeZette**          •••
3 hrs · 🌐

Developing story ...



LIFEZETTE.COM
**At Least One West Point Cadet Killed in Training Exercise**
The United States Military Academy tweeted about an 'accident in the

😢👍😮 122                    12 Comments  17 Shares

👍 Like          💬 Comment          ➦ Share          🌐 ▾

Most Relevant ▾

Write a comment...                         😊 GIF 🎭

**Wanda Carney** Prayers
Like · Reply · 1h

**Vickie Johnson** RIP God bless
Like · Reply · 2h

View 10 more comments

**LZ  LifeZette**
4 hrs · 🌐                              • • •

Did you see this? ...

LIFEZETTE.COM
**Pelosi Said She Wants to See Trump in Prison**
House speaker apparently rejected the notion of impeachment — and



😡👍😆 520      535 Comments 91 Shares

👍 Like     💬 Comment     ↪ Share 🌐 ▾

Most Relevant ▾

Write a comment...

**Ada Lyashkov** And I personally would love to see you in orange suit ###. 🙏🇺🇸

Like · Reply · 4h

↳ 3 Replies

**Phyllis Leo** I thought you had to commit a crime to be placed in prison; exactly what is his crime? Someone should call her out for everything she says. She rambles and never makes any sense.

Like · Reply · 4h

↳ 7 Replies

View more comments      2 of 514

**LZ** **LifeZette**
6 hrs · 🌐     •••

Hard to believe ...

LIFEZETTE.COM
**House Democrats Are Suggesting They Need a Pay Raise**
The political body is already viewed negatively by scores of Americans —



😡😆😢 1.4K                                                1.4K Comments  559 Shares

👍 Like            💬 Comment            ➤ Share         🌐 ▾

Most Relevant ▾

Write a comment...

**Cheryl Kenesie** Yes I would love to give them a raise....RIGHT ON THE END OF MY FOOT AND OUT THE DOOR.
Like · Reply · 5h
↳ 7 Replies

**Lana Joanne Evans** For what???? Definitely NOT for doing a good job.
Like · Reply · 6h · Edited
↳ 3 Replies

View more comments                                                2 of 1,401

---

**LZ  LifeZette**
15 hrs · 🌐

Truly unbelievable ...

LIFEZETTE.COM
**Texas Teacher Fired After She Asked Trump to Remove Illegal Immigrants**

😡👍😢 477                                                207 Comments  108 Shares

👍 Like            💬 Comment            ➤ Share         🌐 ▾

Most Relevant ▾

Write a comment...

**Hanna Wiemer Curzon** I support the teacher. She should Sue the school district. We need to take care of our own children.
Like · Reply · 15h · Edited
↳ 11 Replies

**Delaine Henricksen Porter** I also support the teacher!!
Like · Reply · 15h

View more comments                                                2 of 173

See More ▾

Chat

Exhibit T





**Dick Henry** I worked my ass off to make sure my children graduated debt free. Are they going to pay me back what I paid? Of course not....

Like · Reply · 6w                                                        👍 4

**Gary Vaughan** What about parents that sacrificed many things and pleasures so that our children would not be saddled with student loans? Will I receive a rebate for the cost of their tuition? I suppose I will be punished because I was financially responsible. Please stop the madness in Washington!!!

Like · Reply · 6w · Edited                                              👍 18

↳ 1 Reply

**William Poellot** So what about people that paid into social security for years and years. You commies want to spend our money on someone else's choice. If you can't afford it don't do it! Nobody is taken care of from cradle to grave!

Like · Reply · 6w                                                        👍 2

🏅 Top Fan
**Susan Barfield LaPoint** Sounds like she really wants to break our country!

Like · Reply · 6w                                                        👍 5

**Gail Martin** Ask her if she is willing to pay out her own money. She is wealthy, let her pay those loans out of her millions. It's a start.

Like · Reply · 6w                                                        👍 3

**Darlene Axline** I guess she is going with whatever a group of people want. Knowing full well how asinine the promise.

Like · Reply · 6w                                                        👍 1

🏅 Top Fan
**Janice Henderson** Wouldn't vote for her to be head of chicken pluckers committee

Like · Reply · 6w                                                        👍 5

🏅 Top Fan
**Kyle Koeller** Nothings free. You pay somewhere. Dont ever believe life is free. Shes just kidding herself

Like · Reply · 6w                                                        👍 3

↳ 1 Reply

**Elwood EJ Johnson** She is searching around to find someone who will vote for her.

Like · Reply · 6w                                                        👍 1

**Thomas Maher** Can my kids get back the money they repaid or is just the unresponsible going to get off the hook?

Like · Reply · 6w · Edited                                              👍 3

**Marsha Aeschliman** Is she going to pau off there loans?

Like · Reply · 6w                                                        👍 2

**Chuck Jackson** I WORKED and paid my own way through college....if you take on debt for a worthless degree, fuck you pay it back!

Like · Reply · 6w                                                        👍 3

↳ 1 Reply

**James Beatty** I dont mind students getting their debt paid off..as long as they give back the degrees they recieved.

LifeZette - Posts

6/6/19, 2:29 PM



Like · Reply · 6w

**Jerry Bragg** Will buy votes. With other people's money...

Like · Reply · 6w                                                 👍 4

🏆 Top Fan

**Kim Brussow** I owe $120,000 on my house. I signed on the line because I wanted a house. Is Liz going to forgive that too? Students signed on the line to get a degree because they wanted one.. I fail to see the difference.

Like · Reply · 6w                                        👍❤️😆 39

↪ **7 Replies**

**Sharon Hunn Balsavias** It took my son 10 years to repay money borrowed to attend law school. Are you going to re-imburse him to make this deal fair to him?

Like · Reply · 6w

**David Harrington** Replace the failed tax cuts that millionaires and billionaires along with corporations reaped additional wealth. Son making 11 billion dollars in profits without paying a penny for taxes.

Like · Reply · 6w

↪ **2 Replies**

**Keith Kobus** Shouldn't she be in Washington doing her present job we are paying her to do. Not running around the country complaining.

Like · Reply · 6w

**Steve Zoop** What's her plan to pay off the $22 trillion debt? The interest on it this year will be $479 billion.

Like · Reply · 6w

**Donald Kane** Anxious to spend other peoples money. Wanting to force people to pay for other peoples debts.

Like · Reply · 6w

↪ **2 Replies**

**Chip Edgar** Can she just give everything away and be done with it.

Like · Reply · 6w

**Terri LeBleu** Right- what about all who have worked hard to pay back loans ? What about those who will have to pay for these student debts?

Like · Reply · 6w

↪ **1 Reply**

**Larry Erickson** Because of her "Native American heritage" she probably knows where in the Forrest the money trees grow.

Like · Reply · 6w

**Ann Mason** Not her for sure! Congress are experts at spending our money!! Have another Beer, Liz!'

Like · Reply · 6w · Edited

**Joy Gould** Say ANYTHING to get votes. Interesting that Warren keeps going back to the same pot to pay for all her freebies. Even corporations run out of money at the rate *she's* planning to spend it. It would be the death of our economy!

Like · Reply · 6w · Edited



**Ruth Clark** She proposes a new wealth tax to pay the student loans isn't that just terrific?

Like · Reply · 6w



🏆 Top Fan

**Michael DeBerardinis** So why should any of us pay any debt we have. If people make a decision to take on debt for any reason then they should pay it back. No one should have to pay off others debts. Ridiculous!

Like · Reply · 6w

   ↳ 2 Replies



**Gary Seley** She doesn't care she knows her program will never happen. She just needs her ego stroked.

Like · Reply · 6w



**Kathy Myers** So this will be in addition to Free Medicare for all, Reparation for families of Slaves ? Too bad Pocahontas...we don't have that kind of money!!! If we did, most of us would demand that Social Security be paid back and funded forward!!!!

Like · Reply · 6w



**Michael Sanders** Cherokee must pay like they paid when she stole tribal identity.

Like · Reply · 6w



**Michael J. Migas** Tax payer paying. She pretty free with your money.

Like · Reply · 6w



**Brian Herwick** Pocahontas doesn't care. It is simply a "come on" to get votes. And in the near impossibility that she DID get elected, the idea / promise would never happen.

Like · Reply · 6w

   ↳ 3 Replies



🏆 Top Fan

**Barbara Moorman-Harris** EVERYONE PAYS FOR HER CRAP, ALSO BERNIES!!!

Like · Reply · 6w



**Devon McMullen Foley** She's an ass, who does she think is going to pay for all their wants!

Like · Reply · 6w

   ↳ 1 Reply



**Sharon Van Dyke** Quit talking about freebies when you know it's a lie and not going to happen, you are catering to the young gullible people.

Like · Reply · 6w



**Rich McFadden** Democrats know how to buy votes by promising free stuff from the government. Often they don't deliver on the actual promise, but we do always get more socialism and government control.

Like · Reply · 6w

   ↳ 1 Reply



**Tom Sawyer** We all have to pay and get screwed with that plan of hers.

Like · Reply · 6w

 **Mary Kubinski** The working people of course, the ones on welfare won't.

Like · Reply · 6w

 **Tina M. Meyer** WOW she's really throwing empty promises out to capture the young voter who's too young to know she's got nothing to back it up!

Like · Reply · 6w

 **Gloria Davis** She is spouting nonsense to get votes. What a piece of work!

Like · Reply · 6w

 **Peggy Ann Harris Pool** She is a little nuts. Our country can't afford this. Just want votes.

Like · Reply · 6w

 **Phillip Jones** This is who they were thinking about when they started all those Blonde jokes !

Like · Reply · 6w

 **Clifford Jackson** Why even bother with a degree. Why not just award everyone what ever they want. Opps sorry that sounds like common core, or leave no child behind. But you get a award.

Like · Reply · 6w

 **Sheryl Sjogren** She don't care she just wants to screw Americans

Like · Reply · 6w

 **Sherry Daniel** If the loans paid off they need to forfeit the degree, right???

Like · Reply · 6w

 **David Wiley** Everything is free . What is yours is mine and what is mine is mine !

Like · Reply · 6w

 **Michael McCleary** The democrat party is getting so desperate that they have to resort to promising everything for free just to get votes... They have nothing left.

Like · Reply · 6w

 **Richard Eynon Jr.** So what about all the people pay taxes all these years since Reagan was President

Like · Reply · 6w

View more comments      50 of 398

 **LifeZette**
13 mins · 🌐

Did you see what Acosta said? ...




LIFEZETTE.COM

**Anti-Trumper Jim Acosta Actually Praised Trump for His Flawless D-Day Speech**

👍😂😮 98                                             29 Comments  11 Shares

👍 Like          💬 Comment          ↪ Share          🌐 ▾

Most Relevant ▾

Write a comment...          😊 GIF 🎨

**Kay Volman** He struggled saying something nice.
Like · Reply · 9m

**Joe Connelly** Trying with desperation to get some viewers back!
Like · Reply · 7m

↪ 1 Reply

View 23 more comments

**LZ  LifeZette**
1 hr · 🌐

On D-Day's 75th, be sure to catch up with this ...



LIFEZETTE.COM

**Two World War II Veterans Reflect on Life, Death, and 'God Bless America'**



297        10 Comments   44 Shares

👍 Like      💬 Comment      ➤ Share

Most Relevant ▼

Write a comment...

**Patricia Charles** My heroes God bless all.
Like · Reply · 1h

**Denise Curnow** God bless them
Like · Reply · 1h

View 8 more comments

**LifeZette**
3 hrs · 🌐

Developing story ...

LIFEZETTE.COM
**At Least One West Point Cadet Killed in Training Exercise**
The United States Military Academy tweeted about an 'accident in the

😢👍😮 122        12 Comments   17 Shares

👍 Like      💬 Comment      ➤ Share

Most Relevant ▼

Write a comment...

**Wanda Carney** Prayers
Like · Reply · 1h

**Vickie Johnson** RIP God bless
Like · Reply · 2h

View 10 more comments

**LifeZette**
4 hrs · 🌐

Did you see this? ...



LIFEZETTE.COM
**Pelosi Said She Wants to See Trump in Prison**
House speaker apparently rejected the notion of impeachment — and

😡❤️😆 520                                          535 Comments   91 Shares

👍 Like              💬 Comment              ↗ Share           🌐 ▼

Most Relevant ▼

Write a comment...                                    😊 GIF 🎨

**Ada Lyashkov** And I personally would love to see you in orange
suit ###. 🙏🇺🇸
Like · Reply · 4h

↳ 3 Replies

**Phyllis Leo** I thought you had to commit a crime to be placed in
prison; exactly what is his crime? Someone should call her out
for everything she says. She rambles and never makes any
sense.
Like · Reply · 4h

↳ 7 Replies

View more comments                                           2 of 514

**LZ**  **LifeZette**
6 hrs · 🌐

Hard to believe ...

LIFEZETTE.COM
**House Democrats Are Suggesting They Need a Pay Raise**
The political body is already viewed negatively by scores of Americans —

😡😆😢 1.4K                                          1.4K Comments  562 Shares

👍 Like          💬 Comment          ➦ Share          🌐 ⌄

Most Relevant ⌄

Write a comment...                                😊 GIF 📷

**Cheryl Kenesie** Yes I would love to give them a raise....RIGHT ON
THE END OF MY FOOT AND OUT THE DOOR.

Like · Reply · 5h

↪ 7 Replies

**Lana Joanne Evans** For what???? Definitely NOT for doing a
good job.

Like · Reply · 6h · Edited

↪ 3 Replies

View more comments                                    2 of 1,403

---

**LZ**  **LifeZette**  ···
15 hrs · 🌐

Truly unbelievable ...



LIFEZETTE.COM
**Texas Teacher Fired After She Asked Trump to Remove Illegal
Immigrants**

😡😢😢 477                                          207 Comments  108 Shares

👍 Like          💬 Comment          ➦ Share          🌐 ⌄

Most Relevant ⌄

Write a comment...                                😊 GIF 📷

**Hanna Wiemer Curzon** I support the teacher. She should
Sue the school district. We need to take care of our own children.

Like · Reply · 15h · Edited

↪ 11 Replies

**Delaine Henricksen Porter** I also support the teacher!!

Like · Reply · 15h

View more comments                                    2 of 173

See More ▼

Chat 

Exhibit U

LifeZette - Posts

8/13/19, 2:05 PM



| LifeZette |



Dan    Home    Create

Like    Follow    Share



**LifeZette**
@LifeZette

Home
About
**Posts**
Videos
Photos
Community

Create a Page

**LZ** **LifeZette**
June 26 ·

First night of debates ...



LIFEZETTE.COM
**Democrats on Stage: 'Not Everyone Is Sharing' in Today's
Strong Economy**

377                    398 Comments  33 Shares

Like            Comment            Share

Most Relevant

Write a comment...

**Diane Ivey** Am I the only person who is sick of these politicians
trying to make me feel guilty because I was born in this country,
worked hard for over 40 years to get a small pension and depend
on Social Security. I'm fortunate to live here but I hate it when
someone yells that somehow we are responsible for other's poor
life choices when they weren't even born here.

Like · Reply · 6w                                                    39

6 Replies

**Our Story**

From pop culture to faith, parenting to
politics, LifeZette delivers a compelling
mixture of stories...
See More

**Community**                            See All

Invite your friends to like this Page
1,010,815 people like this
1,003,054 people follow this

**About**                                See All

Send Message
News & Media Website · Publisher
Suggest Edits

**Page Transparency**              See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken
by the people who manage and post content.

Page created - May 5, 2015

English (US) · Español · Português (Brasil)
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2019



**Lee Mada Knight** If they are not sharing in it then they are sitting on the sidelines waiting for a HANDOUT! Get up, get a job, and participate! Jobs are plentiful, in many areas. Not so much my immediate area, but 50 miles away, lots of openings!!!' Glad to be retired.

Like · Reply · 6w · Edited                                                    5

**Jason Meyers** Not everyone is working for a living either,because they don't have to or want to! I work hard for my money I don't have to share anything I don't want to!

Like · Reply · 6w                                                            5

**Vearl C Counts** It's apparent there is no acceptance that for the many many years Democrats had control to make the changes they are now talking about and none of them came about my feeling now is go Trump keep working on it I see great Improvement

Like · Reply · 6w                                                           11

**Norm McGaffey** Like Bernie said, he paid what was required and he obviously ain't giving it up unless required! Their rhetoric is all a show! Their caring fir the American public is all a show! This has been proven over and over! They are focused on " self enrichment" after their first year of service! Term limits scream to be applied!

Like · Reply · 6w                                                            7

**Jim Ryan** Let's see here, Liz since the 80s claimed American Indian status,,,, Robert is an Irishman going by Beto,,, Cory is a wannabe Greek hero SPARTACUS, Pete is hated in South Bend, Harris, well she slept her way to were she is,,,,,,Amy has anger issues, ( ask her staff) need I say more about the Democratic party?

Like · Reply · 6w                                                           31

    3 Replies

**Paul Fiorentini** I bet it's doing just great for you ...granny

Like · Reply · 6w

**Daniel Ragusa** I guess politicians should reduce their salary to what the average Americans make ! Sell your houses and apply for regular health insurance

Like · Reply · 6w                                                            4

**Daniel Ragusa** This from the lady who makes $400,000 to teach one class ..... so maybe she should let others move in her big mansion

Like · Reply · 6w · Edited                                                  14

**Don W Feuerstein** CT, NY and CA for example have economies in the toilet due to Democrats in charge of state governments. Get rid of them and more people would prosper

Like · Reply · 6w                                                           38

    4 Replies

**Michael Miller** Especially not the people in New York and California. They are being taxed to death.

Like · Reply · 6w                                                            6

    1 Reply

**Donald Vescoso** Well you have to have a job to get a benefit from the economy. Of course with millions off welfare I really don't know what part of America they are referring to?

Like · Reply · 6w                                                            4



**Marie Avosso Camarda** She always looks puzzled. I am sure China and Iran and Russia would love that look

Like · Reply · 6w

9

**Patrick Nelson** Like him or hate him he's one of the first president's for a long time that's actually sticking to this campaign promises just saying

Like · Reply · 6w

66

6 Replies

**Sue Sharpton** With the government paying for all these free things the democrats are talking about, no one will ever prosper. The country will go down the tubes with their ideology. They have no sure way of paying for all this. Promising the sky and moon to get votes. Not any of them were impressive. Same old song and dance,

Like · Reply · 6w

3 Replies

**Nick M Muccitelli** She actually would prefer shared misery as long as it is equally distributed

Like · Reply · 6w

**Robert Ward** I hope Russia, China and Iran were not watching this shit. They have to be laughing at the U.S. if any of these knuckleheads get elected.

Like · Reply · 6w

5 Replies

**Kelly W Kading** That is correct, you dolt. In any economy, fortunes rise and fall. But the current economy has far more people gaining than losing. But you will continue to scream that "not EVERYONE" is benefiting. Go spear a buffalo.

Like · Reply · 6w

7 Replies

**Robert Chapman** Not everyone wants to work. There are those that want others to work and give them the money. They're called DEMOCRATS!

Like · Reply · 6w

**Connie Leatherman Williams** When are you going to share there miss Warren and the rest of you damn socialist? Stop trying to spend my money

Like · Reply · 6w

4 Replies

**Eva J McCann** Everybody I know benefited from this economy and we're certainly not in the upper 2%.

Like · Reply · 6w

1 Reply

**Karen Wilsonkdwil** The people that work are enjoying it.

Like · Reply · 6w

**Daniel Ragusa** Name one nation where everyone shares equally ? Some people actually work ! Others don't

Like · Reply · 6w

1 Reply

 **Gabriel Athougies** So she admits it's a strong economy. Naturally not everyone can share it, because welfare recipients do not see benefits

Like · Reply · 6w

 **Clarence Gass** Wait a minute on second they say the economy sucks the next they say not everyone is sharing in the strong economy, which is it?

Like · Reply · 6w

    1 Reply

 **Bob Cookston** Hey people, not everyone will share in everything good. Just as not everyone will share heartaches! It is life and life is not fair, but the economy is far better for most under President Trump. The Democrats can not, will not and certainly don't understand how to do what this economy is doing in the last two plus years!

Like · Reply · 6w

 **Elizabeth Walker** Everyone who wants to share in the wealth can.Those who do not want to work will still be poor.

Like · Reply · 6w

 **Patrick M Dudley** Congress consists of 245 millionaires. There are 535 members of Congress. This is based on 2009 data. Possibly the root of her problem?

Like · Reply · 6w

 **Arlene Brassil** Today's strong economy has been brought to you by President Donald J. Trump. 4 more years!!!!

Like · Reply · 6w

    8 Replies

 **Linda Harding** so did they all pool all their money and split it equally, like they want us to do, I'm sure Bill De Blasio has a lot more money than Beto O'Rourke so shouldn't they divide it all equally, that's what they want us to do

Like · Reply · 6w

 **Michael Arant** How rich is Elizabeth Warren? She was paid $400K to teach 1 class at Harvard.

Like · Reply · 6w

    1 Reply

 **Jack Cales** I guess someone left the door to the asylum open again and a bunch of crazies got out.

Like · Reply · 6w

 **Frank Schrock** Of course not, there are always going to be the losers that wouldn't now what to do if you dropped a million dollars in their laps.

Like · Reply · 6w

 **Francine Money** At least they're admitting the economy is doing well!

Like · Reply · 6w

 **Ron Morris** Hey slap a ho what jobs did the Democrat Create to build a better economy

Like · Reply · 6w

    1 Reply

 **Joyce Saueracker** Pass the bread... Here comes the baloney!

Like · Reply · 6w

 **Cindy Crider** Sharing what??? The money I EARNED. YOU CAN KEEP YOUR FILTHY HANDS OFF IT!!!!!

Like · Reply · 6w

 **Barbara Perrin Edwards** Because you democrats are fighting Trump everyday!!

Like · Reply · 6w

 **Arlene Brassil** And many more shared less under Obama. And way more are sharing less in every democratic controlled city.

Like · Reply · 6w

 **Joanie Gaddis** So it would be better for Democraps to destroy the economy altogether so everyone would be equally miserable???

Like · Reply · 6w

 **David Hance** More proof that ALL Anti-American democrats ARE mentally ill !

Like · Reply · 6w

 **Alexander Canete** No to left leaning candidates. We don't want to be communist period.

Like · Reply · 6w

 **Karen Peterson** You politicians aren't sharing that's for damn sure

Like · Reply · 6w · Edited

> 1 Reply

 **Virg Jim Patterson** You said It in this strong aconomy since Donald Trump took over You're wanting to give it to people that don't even work or care to work I don't wanna share what them either

Like · Reply · 6w

 **Nick M Muccitelli** Not everyone ever shares in a strong economy so what's your point?

Like · Reply · 6w

 **Samantha Marcogliese** She tries to hard, and comes off phony to me. #DESPERATEDEMS

Like · Reply · 6w

 **George Huffman** Democratic policy is the problem not conservative

Like · Reply · 6w

 **Mike Horn** This female Dog is talking about other people being Corrupt? Hahahahaha. What a Damn Joke that is.

Like · Reply · 6w

 **Bibina Beasley** Elizabeth E.. dangerous          of America President Trump 2020

Like · Reply · 6w · Edited

 **Micheal V Keefe** So basically they were playing to the ignorant

Like · Reply · 6w

View more comments                                      50 of 336



**LZ  LifeZette**
2 hrs ·

'A LOT of problems' ...

LIFEZETTE.COM
**A Prediction from Years Ago: Bill Clinton Would Have 'Problems' Due to His Relationship with Epstein**

13                                              2 Comments  1 Share

Like            Comment            Share        🌐

Most Relevant

Write a comment...

**Patsy Palmer** Wow. And i would suspect the friends of Epstein have "wiped the island clean (with a cloth)" already. Maybe nothing left? Only God knows where the evidence is. I pray that he will expose it in Jesus's Name. Amen!

Like · Reply · 2h

Most Relevant is selected, so some comments may have been filtered out.

**LZ  LifeZette**
4 hrs ·

Did you see this? ...



LIFEZETTE.COM

**When a Man Called CNN's Chris Cuomo 'Fredo,' the Two Almost Came to Blows**

| 55 | 42 Comments  6 Shares |
|----|----|

| Like | Comment | Share | 🌐 |
|------|---------|-------|----|

Most Relevant

Write a comment...

**Joy Hartsock** He guaranteed that the name Fredo will stick to him forever. If he'd let it pass no one would have remembered it. Nice going Fredo!

Like · Reply · 3h     12

2 Replies

**Arnie Alvizo** Yes the President is attempting to enforce laws that were already on the books..and got lost in the translation during the Obama era in government.. That law regarding illegals working for businesses was a Clinton era law . A lot of the problems are ... See More

Like · Reply · 3h     7

View 33 more comments

---

**LZ** **LifeZette**
5 hrs ·

Terrible incident last night ...



LIFEZETTE.COM

**Tragedy Involving Officer with California Highway Patrol: 'Bullets Flew Through Windows'**

23                                    2 Comments  9 Shares

Like                Comment                Share    

Most Relevant

Write a comment...

**Joyce Vance** wonder if the gunman had liability insurance?
Like · Reply · 4h

**Gary Deverman** SAD
Like · Reply · 3h

 **LifeZette**
5 hrs ·

BARBRA was so upset, she did this ...



LIFEZETTE.COM
**Barbra Streisand Is So Upset About Trump, She Had to Perform a Parody of 'Send in the Clowns'**

157                                    122 Comments  8 Shares

Like                Comment                Share    

Most Relevant

Write a comment...

**Alicia Daas** Her song to sing. But, people would want to hear her many great songs instead of political junk.
Like · Reply · 4h

**Joyce Saueracker** How many "farewell" concerts has she given?
Like · Reply · 4h

View more comments                                         2 of 113

 **LifeZette**
17 hrs ·

Who was this man? ... See these surprising figures ...



LIFEZETTE.COM
**Jeffrey Epstein: A Life by the Numbers**
He was hardly an open book — as investigations continue into the crimes

| 12 | 5 Comments  2 Shares |
|---|---|
| Like | Comment | Share |  |

Most Relevant

 Write a comment...

 **Barbara Gunn** Does anyone know how he earned all that money?
Like · Reply · 6h

 **Oscar Mcginnis** NOTHING AT ALL WILL BE DONE ABOUT IT!
WE HAVE NO JUSTICE SYSTEM IN AMERICA AT ALL!!!
CRIMINAL DEMOCRATIC POLITICIANS ROB AMERICA AND GET
AWAY WITH MURDER AND NEVER HELD
ACCOUNTABLE!!... See More
Like · Reply · 17h

View 3 more comments

 **LifeZette**
19 hrs ·

Iowa senior told her, "Don't mess with it! " ...



LIFEZETTE.COM
**Upset Iowa Resident Tells Candidate Kamala Harris: 'Leave Our
Health Care Alone'**



255              34 Comments  38 Shares

Like          Comment          Share

Most Relevant

Write a comment...

**Maureen Saunders** My sentiments exactly!
Like · Reply · 4h

**Barbara Blake** Ditto from Florida!!!! Leave our Medicare alone!!!!! WE worked for it all our lives!!!!!!!!!!
Like · Reply · 7h

View 24 more comments

See More

Chat

Exhibit V



# TERMS OF USE

The website located at www.LifeZette.com (the "**Site**"), collectively the "**Services,**" are copyrighted works belonging to LifeZette, Inc. ("**LifeZette,**" "**us,**" "**our,**" and "**we**"). Certain features of the services may be subject to additional guidelines, terms, or rules, which will be posted on the site and app in connection with such features. All such additional terms, guidelines, and rules are incorporated by reference into these terms. LifeZette provides an informational platform based on conservative and traditional values to its viewers. We respect your privacy and your privacy is important to us. Please visit our Privacy Policy located here to see how we use your information.

Except for photos clearly in the public domain or when our use is a fair use, LifeZette always seeks permission from copyright owners for photo use. We sometimes use photos when, despite our diligent and good faith efforts, we can't reach the copyright owner. If you are concerned we have used a photo belonging to you without permission, please contact us at termsofuse@lifezette.com.

View our Full Terms of Use Document.



LifeZetteTV          Election 2020

Politics             National
                     Security

World News           Entertainment

ABOUT LIFEZETTE · ADVERTISE WITH US · JOBS AT LIFEZETTE · CONTACT US · SEARCH ·
BACK TO TOP

© 2014-2020 LifeZette. ALL RIGHTS RESERVED. · Terms of Use · Privacy Policy

DESIGNED & DEVELOPED BY  PRECISION CREATIONS

Exhibit W

**LIFEZETTE TERMS OF USE**
**VERSION 1.0**
**LAST REVISED ON: MAY 22, 2015**

The website located at www.LifeZette.com (the "**Site**") collectively the "**Services**" are copyrighted works belonging to LifeZette, Inc. ("**LifeZette**", "**us**", "**our**", and "**we**"). Certain features of the Services may be subject to additional guidelines, terms, or rules, which will be posted on the Site and App in connection with such features. All such additional terms, guidelines, and rules are incorporated by reference into these Terms. LifeZette provides an informational platform based on conservative and traditional values to its viewers. We respect your privacy and your privacy is important to us. Please visit our Privacy Policy to see how we use your information.

THESE TERMS OF USE (THESE "**TERMS**") SET FORTH THE LEGALLY BINDING TERMS AND CONDITIONS THAT GOVERN YOUR USE OF THE SERVICES. BY ACCESSING OR USING THE SERVICES, YOU ARE ACCEPTING THESE TERMS (ON BEHALF OF YOURSELF OR THE ENTITY THAT YOU REPRESENT), AND YOU REPRESENT AND WARRANT THAT YOU HAVE THE RIGHT, AUTHORITY, AND CAPACITY TO ENTER INTO THESE TERMS (ON BEHALF OF YOURSELF OR THE ENTITY THAT YOU REPRESENT). YOU MAY NOT ACCESS OR USE THE SERVICES OR ACCEPT THE TERMS IF YOU ARE NOT AT LEAST 18 YEARS OLD. IF YOU DO NOT AGREE WITH ALL OF THE PROVISIONS OF THESE TERMS, DO NOT ACCESS AND/OR USE THE SERVICES. NOTWITHSTANDING THE FOREGOING, IF YOU USED THE SERVICES PRIOR TO THE DATE YOU ACCEPTED THE TERMS, YOU HEREBY ACKNOWLEDGE AND AGREE THAT THE TERMS COMMENCED ON THE DATE YOU FIRST USED THE SERVICES (WHICHEVER IS EARLIER) AND WILL REMAIN IN FULL FORCE AND EFFECT WHILE YOU USE THE SERVICES, UNLESS EARLIER TERMINATED IN ACCORDANCE WITH THE TERMS.

THESE TERMS OF USE INCLUDE A CLASS ACTION WAIVER AND REQUIRE BINDING ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS.

1. **ACCOUNTS**

    **1.1    Account Creation.** In order to use certain features of the Services, you must register for an account ("**Account**") and provide certain information about yourself as prompted by the account registration form. You represent and warrant that: (a) all required registration information you submit is truthful and accurate; (b) you will maintain the accuracy of such information. You may delete your Account at any time, for any reason, by following the instructions on the Services. LifeZette may suspend or terminate your Account in accordance with Section 8.

    **1.2    Account Responsibilities.** You are responsible for maintaining the confidentiality of your Account login information and are fully responsible for all activities that occur under your Account. You agree to immediately notify LifeZette of any unauthorized use, or suspected unauthorized use of your Account or any other breach of security. LifeZette cannot and will not be liable for any loss or damage arising from your failure to comply with the above requirements.

2. **ACCESS TO THE SERVICES AND LIFEZETTE CONTENT.**

    **2.1    License to LifeZette Content.** LifeZette hereby grants you a license to view, download and print Content provided by LifeZette ("LifeZette Content"), subject to the following conditions: (a) you may access and use the LifeZette Content solely for personal, informational, non-commercial and internal purposes, in accordance with these Terms; (b) you may not modify or alter the LifeZette Content; (c) you may not distribute or sell, rent, lease, license or otherwise make the LifeZette Content; (d) you may not remove any copyright or other proprietary notices contained in the LifeZette Content; and (d) you may not copy or distribute any photos, graphics, audio or video in the LifeZette Content apart from their accompanying text. LifeZette reserves the right to revoke the authorization to view, download and print the LifeZette Content at any time, and any such use shall be discontinued immediately upon notice from LifeZette. The rights specified above are not applicable to the design, layout or look and feel of the Site. Such elements of the Site are protected by Intellectual Property Rights and may not be copied

or imitated in whole or in part.  No mark, graphic, sound or image from the Site may be copied or retransmitted unless expressly permitted by LifeZette.

  **2.2**  "**Content**" means, without limitation, any and all information, data, results, ideas, plans, sketches, texts, files, links, images, photos, video, sound, inventions (whether or not patentable), notes, works of authorship, articles, feedback, or other materials.

  **2.3**  **LifeZette Software**. Use of any software and associated documentation, other than through the Services, that is made available via the Site, App or the Services ("**Software**") is governed by the terms of the license agreement that accompanies or is included with the Software, or by the license agreement expressly stated on the Site page(s) within the App accompanying the Software. These license terms may be posted with the Software downloads or on the Site page or App where the Software can be accessed. You shall not use, download or install any Software that is accompanied by or includes a license agreement unless you agree to the terms of such license agreement. At no time will LifeZette provide you with any tangible copy of our Software. LifeZette shall deliver access to the Software via electronic transfer or download and shall not use or deliver any tangible media in connection with the (a) delivery, installation, updating or problem resolution of any Software (including any new releases); or (b) delivery, correction or updating of documentation. For the purposes of this section tangible media shall include, but not be limited to, any tape disk, compact disk, card, flash drive, or any other comparable physical medium.  Unless the accompanying license agreement expressly allows otherwise, any copying or redistribution of the Software is prohibited, including any copying or redistribution of the Software to any other server or location, or redistribution or use on a service bureau basis. If there is any conflict between the Terms and the license agreement, the license agreement shall take precedence in relation to that Software (except as provided in the following sentence). If the Software is a pre-release version, then, notwithstanding anything to the contrary included within an accompanying license agreement, you are not permitted to use or otherwise rely on the Software for any commercial or production purposes. If no license agreement accompanies use of the Software, use of the Software will be governed by the Terms. Subject to your compliance with the Terms, LifeZette grants you a non-assignable, non-transferable, non-sublicensable, revocable non-exclusive license to use the Software for the sole purpose of enabling you to use the Services in the manner permitted by the Terms. Some Software may be offered under an open source license that we will make available to you. There may be provisions in the open source license that expressly override some of these Terms.

  **2.4**  **Updates**. You understand that the Services are evolving. As a result, LifeZette may require you to accept updates to the Services that you have installed on your computer or mobile device. You acknowledge and agree that LifeZette may update the Services with or without notifying you. You may need to update third-party software from time to time in order to use the Services.

  **2.5**  **Third-Party Materials**. As a part of the Services, you may have access to materials that are hosted by another party. You agree that it is impossible for LifeZette to monitor such materials and that you access these materials at your own risk.

  **2.6**  **Certain Restrictions.**  The rights granted to you in these Terms are subject to the following restrictions: (a) you shall not license, sell, rent, lease, transfer, assign, distribute, host, or otherwise commercially exploit the Services, whether in whole or in part, or any content displayed on the Services; (b) you shall not modify, make derivative works of, disassemble, reverse compile or reverse engineer any part of the Services; (c) you shall not access the Services in order to build a similar or competitive website, product, or service; and (d) except as expressly stated herein, no part of the Services may be copied, reproduced, distributed, republished, downloaded, displayed, posted or transmitted in any form or by any means.  Unless otherwise indicated, any future release, update, or other addition to functionality of the Services shall be subject to these Terms.  All copyright and other proprietary notices on the Services (or on any content displayed on the Services) must be retained on all copies thereof.

  **2.7**  **Modification.**  LifeZette reserves the right, at any time, to modify, suspend, or discontinue the Services (in whole or in part) with or without notice to you.  You agree that LifeZette will not be liable to you or to any third party for any modification, suspension, or discontinuation of the Services or any part thereof.

**2.8     No Support or Maintenance.**  You acknowledge and agree that LifeZette will have no obligation to provide you with any support or maintenance in connection with the Services.

**2.9     Ownership.**  Excluding any User Content that you may provide (defined below), you acknowledge that all the intellectual property rights, including copyrights, patents, trade marks, and trade secrets, in the Services and its content are owned by LifeZette or LifeZette's suppliers.  Neither these Terms (nor your access to the Services) transfers to you or any third party any rights, title or interest in or to such intellectual property rights, except for the limited access rights expressly set forth in Section 2.1. LifeZette and its suppliers reserve all rights not granted in these Terms.  There are no implied licenses granted under these Terms.

## 3.     USER CONTENT

**3.1     User Content.**  "**User Content**" means any and all information and content that a user submits to, or makes available to, the Services (e.g., content in the user's profile or postings).  You are solely responsible for your User Content.  You assume all risks associated with use of your User Content, including any reliance on its accuracy, completeness or usefulness by others, or any disclosure of your User Content that personally identifies you or any third party.  You hereby represent and warrant that your User Content does not violate our Acceptable Use Policy (defined in Section 3.3).  You may not represent or imply to others that your User Content is in any way provided, sponsored or endorsed by LifeZette.  Because you alone are responsible for your User Content, you may expose yourself to liability if, for example, your User Content violates the Acceptable Use Policy.  LifeZette is not obligated to backup any User Content, and your User Content may be deleted at any time without prior notice.  You are solely responsible for creating and maintaining your own backup copies of your User Content if you desire.

**3.2     License.**  You hereby grant (and you represent and warrant that you have the right to grant) to LifeZette an irrevocable, perpetual, nonexclusive, royalty-free and fully paid, worldwide license to reproduce, distribute, publicly display and perform, prepare derivative works of, incorporate into other works, and otherwise use and exploit your User Content, and to grant sublicenses of the foregoing rights, solely for the purposes of including your User Content in the Services.  You hereby irrevocably waive (and agree to cause to be waived) any claims and assertions of moral rights or attribution with respect to your User Content.

**3.3     Acceptable Use Policy.**  The following terms constitute our "**Acceptable Use Policy**":

**(a)**     You agree not to use the Services to collect, upload, transmit, display, or distribute any User Content (i) that violates any third-party right, including any copyright, trademark, patent, trade secret, moral right, privacy right, right of publicity, or any other intellectual property or proprietary right; (ii) that is unlawful, harassing, abusive, tortious, threatening, harmful, invasive of another's privacy, vulgar, defamatory, false, intentionally misleading, trade libelous, pornographic, obscene, patently offensive, promotes racism, bigotry, hatred, or physical harm of any kind against any group or individual or is otherwise objectionable; (iii) that is harmful to minors in any way; (iv) that is in violation of any law, regulation, or obligations or restrictions imposed by any third party; or (v) that is contrary to the terms governing your use of the Services.

**(b)**     In addition, you agree not to: (i) upload, transmit, or distribute to or through the Services any computer viruses, worms, or any software intended to damage or alter a computer system or data; (ii) send through the Services unsolicited or unauthorized advertising, promotional materials, junk mail, spam, chain letters, pyramid schemes, or any other form of duplicative or unsolicited messages, whether commercial or otherwise; (iii) use the Services to harvest, collect, gather or assemble information or data regarding other users, including e-mail addresses, without their consent; (iv) interfere with, disrupt, or create an undue burden on servers or networks connected to the Services, or violate the regulations, policies or procedures of such networks; (v) attempt to gain unauthorized access to the Services (or to other computer systems or networks connected to or used together with the Services), whether through password mining or any other means; (vi) harass or interfere with any other user's use and enjoyment of the Services; or (vi) use software or automated agents or scripts to produce multiple accounts on the Services, or to generate automated searches, requests, or queries to (or to strip, scrape, or mine data from) the Services (provided, however, that we conditionally grant to the operators of public search engines revocable permission to use spiders to copy materials from the Services for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials, subject to the parameters set forth in our robots.txt file).

**3.4     Enforcement.**   We reserve the right (but have no obligation) to review any User Content, and to investigate and/or take appropriate action against you in our sole discretion if you violate the Acceptable Use Policy or any other provision of these Terms or otherwise create liability for us or any other person. Such action may include removing or modifying your User Content, terminating your Account in accordance with Section 9, and/or reporting you to law enforcement authorities.

**3.5     Feedback.**   If you provide LifeZette with any feedback or suggestions regarding the Services ("**Feedback**"), you hereby assign to LifeZette all rights in such Feedback and agree that LifeZette shall have the right to use and fully exploit such Feedback and related information in any manner it deems appropriate.  LifeZette will treat any Feedback you provide to LifeZette as non-confidential and non-proprietary.  You agree that you will not submit to LifeZette any information or ideas that you consider to be confidential or proprietary.

**4.     APPLICATION.**

**4.1     App License.**   Subject to your compliance with the Terms, LifeZette grants you a limited non-exclusive, non-transferable, non-sublicensable, revocable license to download, install and use a copy of the App on a single mobile device or computer that you own or control and to run such copy of the App solely for your own personal or internal business purposes. Furthermore, with respect to any App accessed through or downloaded from the Apple App Store (an "App Store Sourced App"), you will only use the App Store Sourced App (i) on an Apple-branded product that runs the iOS (Apple's proprietary operating system) and (ii) as permitted by the "Usage Rules" set forth in the Apple App Store Terms of Service.

**4.2     Media Uploads and Usage**. Certain features of the Services through the App may utilize your mobile device's media storage applications (e.g., to use a video in your image gallery). Although you may decide whether or not to use these features, on Android devices you grant us permission to access this feature as part of the installation process. If you later decide to revoke this permission, you can do so by following the standard uninstall process and removing the App from your device. Alternatively, on iOS devices, you can grant or revoke your consent at any time and prevent us from continuing to access your media storage applications by changing the settings on your device. You hereby authorize the App to access such components of your mobile device. YOU HEREBY ACKNOWLEDGE AND AGREE THAT BY USING THE SERVICES MEDIA MAY BE SENT FROM YOUR MOBILE DEVICE TO LIFEZETTE AND YOU ACCEPT SUCH TRANSMISSION AS A CONDITION OF USAGE.

**4.3     Location-Based Information**. When you use our Services on a mobile device, we may also collect location information from the GPS functionality on your device. You hereby authorize us and our Services to take such actions and access such data. You can grant or revoke your consent at any time and prevent us from continuing to access your GPS information by changing the settings on your device. You hereby authorize the App to access such components of your mobile device.

**4.4     App Stores**. You acknowledge and agree that the availability of the App and the Services is dependent on the third party from whom you received the App license, e.g., the Apple iPhone or Android app stores ("App Store"). You acknowledge that the Terms are between you and LifeZette and not with the App Store. LifeZette, not the App Store, is solely responsible for the Services, including the App, the content thereof, maintenance, support services, and warranty therefor, and addressing any claims relating thereto (e.g., product liability, legal compliance or intellectual property infringement). In order to use the App, you must have access to a wireless network, and you agree to pay all fees associated with such access. You also agree to pay all fees (if any) charged by the App Store in connection with the Services, including the App. You agree to comply with, and your license to use the App is conditioned upon your compliance with, all applicable third-party terms of agreement (e.g., the App Store's terms and policies) when using the Services, including the App. You acknowledge that the App Store (and its subsidiaries) are third-party beneficiaries of the Terms and will have the right to enforce them.

**4.5     Accessing and Download the App from iTunes**. The following applies to any App Store Sourced App:

(a)     You acknowledge and agree that (i) the Terms are concluded between you and LifeZette only, and not Apple, and (ii) LifeZette, not Apple, is solely responsible for the App Store Sourced App and content thereof. Your use of the App Store Sourced App must comply with the App Store Terms of Service.

(b)     You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced App.

(c)     In the event of any failure of the App Store Sourced App to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the App Store Sourced App to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced App. As between LifeZette and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of LifeZette.

(d)     You and LifeZette acknowledge that, as between LifeZette and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced App or your possession and use of the App Store Sourced App, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced App fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

(e)     You and LifeZette acknowledge that, in the event of any third-party claim that the App Store Sourced App or your possession and use of that App Store Sourced App infringes that third party's intellectual property rights, as between LifeZette and Apple, LifeZette, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by the Terms.

(f)     You and LifeZette acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of the Terms as related to your license of the App Store Sourced App, and that, upon your acceptance of the terms and conditions of the Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Terms as related to your license of the App Store Sourced App against you as a third-party beneficiary thereof.

(g)     Without limiting any other terms of the Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced App.

**5.     INDEMNIFICATION.**  You agree to indemnify and hold LifeZette (and its officers, employees, and agents) harmless, including costs and attorneys' fees, from any claim or demand made by any third party due to or arising out of (a) your use of the Services, (b) your violation of these Terms, (c) your violation of applicable laws or regulations or (d) your User Content.  LifeZette reserves the right, at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify us, and you agree to cooperate with our defense of these claims.  You agree not to settle any matter without the prior written consent of LifeZette.  LifeZette will use reasonable efforts to notify you of any such claim, action or proceeding upon becoming aware of it.

**6.     THIRD-PARTY CONTENT; OTHER USERS**

**6.1     Third-Party Content.**  The Services may contain links to third-party websites and services, images or videos, and/or display advertisements for third parties (collectively, "**Third-Party Content**").  Such Third-Party Content is not under the control of LifeZette, and LifeZette is not responsible for any Third-Party Content.  LifeZette provides access to this Third-Party Content only as a convenience to you, and does not review, approve, monitor, endorse, warrant, or make any representations with respect to Third-Party Content.  You use all Third-Party Content at your own risk, and should apply a suitable level of caution and discretion in doing so. When you click on any of the Third-Party Content, the applicable third party's terms and policies apply, including the third party's privacy and data gathering practices.  You should make whatever investigation you feel necessary or appropriate before proceeding with any transaction in connection with such Third-Party Content.

       **6.2**      **Other Users.**  Each user of the Services is solely responsible for any and all of its own User Content.  Because we do not control User Content, you acknowledge and agree that we are not responsible for any User Content, whether provided by you or by others.  We make no guarantees regarding the accuracy, currency, suitability, or quality of any User Content.  Your interactions with other users of the Services are solely between you and such users.  You agree that LifeZette will not be responsible for any loss or damage incurred as the result of any such interactions.  If there is a dispute between you and any Services user, we are under no obligation to become involved.

       **6.3**      **Release.**  You hereby release and forever discharge the LifeZette (and our officers, employees, agents, successors, and assigns) from, and hereby waive and relinquish, each and every past, present and future dispute, claim, controversy, demand, right, obligation, liability, action and cause of action of every kind and nature (including personal injuries, death, and property damage), that has arisen or arises directly or indirectly out of, or that relates directly or indirectly to, the Services (including any interactions with, or act or omission of, other Services users or any Third-Party Content).  IF YOU ARE A CALIFORNIA RESIDENT, YOU HEREBY WAIVE CALIFORNIA CIVIL CODE SECTION 1542 IN CONNECTION WITH THE FOREGOING, WHICH STATES: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

**7.**     **DISCLAIMERS**

THE SERVICES ARE PROVIDED ON AN "AS-IS" AND "AS AVAILABLE" BASIS, AND LIFEZETTE (AND OUR SUPPLIERS) EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS, IMPLIED, OR STATUTORY, INCLUDING ALL WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, QUIET ENJOYMENT, ACCURACY, OR NON-INFRINGEMENT.  WE (AND OUR SUPPLIERS) MAKE NO WARRANTY THAT THE SERVICES WILL MEET YOUR REQUIREMENTS, WILL BE AVAILABLE ON AN UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE BASIS, OR WILL BE ACCURATE, RELIABLE, FREE OF VIRUSES OR OTHER HARMFUL CODE, COMPLETE, LEGAL, OR SAFE.  IF APPLICABLE LAW REQUIRES ANY WARRANTIES WITH RESPECT TO THE SITE, ALL SUCH WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF FIRST USE.

LIFEZETTE DOES NOT OFFER MEDICAL ADVICE. ANY CONTENT ACCESSED THROUGH THE SERVICES ARE FOR INFORMATIONAL AND EDUCATIONAL PURPOSES ONLY AND ARE NOT INTENDED TO COVER ALL POSSIBLE USES, DIRECTIONS, PRECAUTIONS, DRUG INTERACTIONS OR ADVERSE EFFECTS.  THE CONTENT SHOULD NOT BE USED DURING A MEDICAL EMERGENCY OR FOR THE DIAGNOSIS OR TREATMENT OF ANY MEDICAL CONDITION.  PLEASE CONSULT YOUR DOCTOR OR OTHER QUALIFIED HEALTH CARE PROVIDER IF YOU HAVE ANY QUESTIONS ABOUT A MEDICAL CONDITION, OR BEFORE TAKING ANY DRUG, CHANGING YOUR DIET, OR COMMENCING OR DISCONTINUING ANY COURSE OF TREATMENT.  DO NOT IGNORE OR DELAY OBTAINING PROFESSIONAL MEDICAL ADVICE BECAUSE OF INFORMATION ACCESSED THROUGH THE SERVICES.  CALL 911 OR YOUR DOCTOR FOR ALL MEDICAL EMERGENCIES.  YOU MAY ONLY USE THE SERVICES IF YOU RESIDE IN THE UNITED STATES.

ANY CONTENT DOWNLOADED FROM OR OTHERWISE ACCESSED THROUGH THE SERVICES IS ACCESSED AT YOUR OWN RISK, AND YOU SHALL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR PROPERTY OR PERSON, INCLUDING, BUT NOT LIMITED TO, YOUR COMPUTER SYSTEM AND ANY DEVICE YOU USE TO ACCESS THE SERVICES, OR ANY OTHER LOSS THAT RESULTS FROM ACCESSING SUCH CONTENT.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM LIFEZETTE OR THROUGH THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.  SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

8.      LIMITATION ON LIABILITY

TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL LIFEZETTE (OR OUR SUPPLIERS) BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY LOST PROFITS, LOST DATA, COSTS OF PROCUREMENT OF SUBSTITUTE PRODUCTS, OR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES ARISING FROM OR RELATING TO THESE TERMS OR YOUR USE OF, OR INABILITY TO USE, THE SERVICES, EVEN IF LIFEZETTE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.  ACCESS TO, AND USE OF, THE SERVICES IS AT YOUR OWN DISCRETION AND RISK, AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR DEVICE OR COMPUTER SYSTEM, OR LOSS OF DATA RESULTING THEREFROM.

TO THE MAXIMUM EXTENT PERMITTED BY LAW, NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, OUR LIABILITY TO YOU FOR ANY DAMAGES ARISING FROM OR RELATED TO THIS AGREEMENT (FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION), WILL AT ALL TIMES BE LIMITED TO A MAXIMUM OF FIFTY US DOLLARS (U.S. $50). THE EXISTENCE OF MORE THAN ONE CLAIM WILL NOT ENLARGE THIS LIMIT.  YOU AGREE THAT OUR SUPPLIERS WILL HAVE NO LIABILITY OF ANY KIND ARISING FROM OR RELATING TO THIS AGREEMENT.

SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

9.      TERM AND TERMINATION.  Subject to this Section 9, these Terms will remain in full force and effect while you use the Services.  We may suspend or terminate your rights to use the Services (including your Account) at any time for any reason at our sole discretion, including for any use of the Services in violation of these Terms.  Upon termination of your rights under these Terms, your Account and right to access and use the Services will terminate immediately.  You understand that any termination of your Account may involve deletion of your User Content associated with your Account from our live databases.  LifeZette will not have any liability whatsoever to you for any termination of your rights under these Terms, including for termination of your Account or deletion of your User Content.  Even after your rights under these Terms are terminated, the following provisions of these Terms will remain in effect: Sections 2.1 through 2.9, Section 3 and Sections 4 through 12.

10.     FEES. We do not currently charge fees for the use of the Services or any features thereof, but we reserve the right to do so in the future.

11.     COPYRIGHT POLICY.

LifeZette respects the intellectual property of others and asks that users of our Services do the same.  In connection with our Services, we have adopted and implemented a policy respecting copyright law that provides for the removal of any infringing materials and for the termination, in appropriate circumstances, of users of our online Site who are repeat infringers of intellectual property rights, including copyrights.  If you believe that one of our users is, through the use of our Services, unlawfully infringing the copyright(s) in a work, and wish to have the allegedly infringing material removed, the following information in the form of a written notification (pursuant to 17 U.S.C. § 512(c)) must be provided to our designated Copyright Agent:

1. your physical or electronic signature;
2. identification of the copyrighted work(s) that you claim to have been infringed;
3. identification of the material on our services that you claim is infringing and that you request us to remove;
4. sufficient information to permit us to locate such material;
5. your address, telephone number, and e-mail address;

6.  a statement that you have a good faith belief that use of the objectionable material is not authorized by the copyright owner, its agent, or under the law; and

7.  a statement that the information in the notification is accurate, and under penalty of perjury, that you are either the owner of the copyright that has allegedly been infringed or that you are authorized to act on behalf of the copyright owner.

Please note that, pursuant to 17 U.S.C. § 512(f), any misrepresentation of material fact (falsities) in a written notification automatically subjects the complaining party to liability for any damages, costs and attorney's fees incurred by us in connection with the written notification and allegation of copyright infringement.

**The designated Copyright Agent for LifeZette is: Cooley LLP**
**Designated Agent: Cooley LLP**
**Address of Agent: 11951 Freedom Drive, Suite 1500 Reston, VA 20190**
**Telephone: 703-456-8000**
**Fax: 703-456-8100**
**Email: sdouglas@cooley.com**

## 12.   GENERAL

**12.1   Changes.**   These Terms are subject to occasional revision, and if we make any substantial changes, we may notify you by sending you an e-mail to the last e-mail address you provided to us (if any), and/or by prominently posting notice of the changes on our Services.   You are responsible for providing us with your most current e-mail address.   In the event that the last e-mail address that you have provided us is not valid, or for any reason is not capable of delivering to you the notice described above, our dispatch of the e-mail containing such notice will nonetheless constitute effective notice of the changes described in the notice.   Any changes to these Terms will be effective upon the earlier of thirty (30) calendar days following our dispatch of an e-mail notice to you (if applicable) or thirty (30) calendar days following our posting of notice of the changes through our Services. These changes will be effective immediately for new users of our Services.   Continued use of our Services following notice of such changes shall indicate your acknowledgement of such changes and agreement to be bound by the terms and conditions of such changes.

**12.2   Dispute Resolution and Arbitration.** *Please read this Arbitration Agreement carefully.   It is part of your contract with LifeZette and affects your rights.   It contains procedures for MANDATORY BINDING ARBITRATION AND A CLASS ACTION WAIVER.*

**(a)**   *Applicability of Arbitration Agreement.*   All claims and disputes (excluding claims for injunctive or other equitable relief as set forth below) in connection with the Terms or the use of any product or service provided by the LifeZette that cannot be resolved informally or in small claims court shall be resolved by binding arbitration on an individual basis under the terms of this Arbitration Agreement.   Unless otherwise agreed to, all arbitration proceedings shall be held in English.   This Arbitration Agreement applies to you and the LifeZette, and to any subsidiaries, affiliates, agents, employees, predecessors in interest, successors, and assigns, as well as all authorized or unauthorized users or beneficiaries of services or goods provided under the Terms.

**(b)**   *Notice Requirement and Informal Dispute Resolution.*   Before either party may seek arbitration, the party must first send to the other party a written Notice of Dispute (**"Notice"**) describing the nature and basis of the claim or dispute, and the requested relief.   A Notice to the LifeZette should be sent to: [          ]. After the Notice is received, you and the LifeZette may attempt to resolve the claim or dispute informally.   If you and the LifeZette do not resolve the claim or dispute within thirty (30) days after the Notice is received, either party may begin an arbitration proceeding.   The amount of any settlement offer made by any party may not be disclosed to the arbitrator until after the arbitrator has determined the amount of the award, if any, to which either party is entitled.

**(c)**   *Arbitration Rules.*   Arbitration shall be initiated through the American Arbitration Association (**"AAA"**), an established alternative dispute resolution provider (**"ADR Provider"**) that offers arbitration as set forth in this section.   If AAA is not available to arbitrate, the parties shall agree to select an alternative ADR Provider.   The rules of the ADR Provider shall govern all aspects of the arbitration, including but

not limited to the method of initiating and/or demanding arbitration, except to the extent such rules are in conflict with the Terms.  The AAA Consumer Arbitration Rules (**"Arbitration Rules"**) governing the arbitration are available online at www.adr.org or by calling the AAA at 1-800-778-7879.  The arbitration shall be conducted by a single, neutral arbitrator.  Any claims or disputes where the total amount of the award sought is less than Ten Thousand U.S. Dollars (US $10,000.00) may be resolved through binding non-appearance-based arbitration, at the option of the party seeking relief.  For claims or disputes where the total amount of the award sought is Ten Thousand U.S. Dollars (US $10,000.00) or more, the right to a hearing will be determined by the Arbitration Rules.  Any hearing will be held in a location within 100 miles of your residence, unless you reside outside of the United States, and unless the parties agree otherwise.  If you reside outside of the U.S., the arbitrator shall give the parties reasonable notice of the date, time and place of any oral hearings.  Any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction.  If the arbitrator grants you an award that is greater than the last settlement offer that LifeZette made to you prior to the initiation of arbitration, LifeZette will pay you the greater of the award or $2,500.00.  Each party shall bear its own costs (including attorney's fees) and disbursements arising out of the arbitration and shall pay an equal share of the fees and costs of the ADR Provider.

(d)     *Additional Rules for Non-Appearance Based Arbitration*.  If non-appearance based arbitration is elected, the arbitration shall be conducted by telephone, online and/or based solely on written submissions; the specific manner shall be chosen by the party initiating the arbitration.  The arbitration shall not involve any personal appearance by the parties or witnesses unless otherwise agreed by the parties.

(e)     *Time Limits*.  If you or LifeZette pursue arbitration, the arbitration action must be initiated and/or demanded within the statute of limitations (i.e., the legal deadline for filing a claim) and within any deadline imposed under the AAA Rules for the pertinent claim.

(f)     *Authority of Arbitrator*.  If arbitration is initiated, the arbitrator will decide the rights and liabilities, if any, of you and LifeZette, and the dispute will not be consolidated with any other matters or joined with any other cases or parties.  The arbitrator shall have the authority to grant motions dispositive of all or part of any claim.  The arbitrator shall have the authority to award monetary damages, and to grant any non-monetary remedy or relief available to an individual under applicable law, the AAA Rules, and the Terms.  The arbitrator shall issue a written award and statement of decision describing the essential findings and conclusions on which the award is based, including the calculation of any damages awarded.  The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have.  The award of the arbitrator is final and binding upon you and LifeZette.

(g)     *Waiver of Jury Trial*.  THE PARTIES HEREBY WAIVE THEIR CONSTITUTIONAL AND STATUTORY RIGHTS TO GO TO COURT AND HAVE A TRIAL IN FRONT OF A JUDGE OR A JURY, instead electing that all claims and disputes shall be resolved by arbitration under this Arbitration Agreement.  Arbitration procedures are typically more limited, more efficient and less costly than rules applicable in a court and are subject to very limited review by a court.  In the event any litigation should arise between you and LifeZette in any state or federal court in a suit to vacate or enforce an arbitration award or otherwise, YOU AND LIFEZETTE WAIVE ALL RIGHTS TO A JURY TRIAL, instead electing that the dispute be resolved by a judge.

(h)     *Waiver of Class or Consolidated Actions*.  ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS ARBITRATION AGREEMENT MUST BE ARBITRATED OR LITIGATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS, AND CLAIMS OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR LITIGATED JOINLY OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER.

(i)     *Confidentiality*.  All aspects of the arbitration proceeding, including but not limited to the award of the arbitrator and compliance therewith, shall be strictly confidential.  The parties agree to maintain confidentiality unless otherwise required by law.  This paragraph shall not prevent a party from submitting to a court of law any information necessary to enforce this Agreement, to enforce an arbitration award, or to seek injunctive or equitable relief.

(j)     *Severability.*  If any part or parts of this Arbitration Agreement are found under the law to be invalid or unenforceable by a court of competent jurisdiction, then such specific part or parts shall be of no force and effect and shall be severed and the remainder of the Agreement shall continue in full force and effect.

(k)     *Right to Waive.*  Any or all of the rights and limitations set forth in this Arbitration Agreement may be waived by the party against whom the claim is asserted.  Such waiver shall not waive or affect any other portion of this Arbitration Agreement.

(l)     *Survival of Agreement*.  This Arbitration Agreement will survive the termination of your relationship with LifeZette.

(m)     *Small Claims Court.*  Notwithstanding the foregoing, either you or the LifeZette may bring an individual action in small claims court.

(n)     *Emergency Equitable Relief.*  Notwithstanding the foregoing, either party may seek emergency equitable relief before a state or federal court in order to maintain the status quo pending arbitration.  A request for interim measures shall not be deemed a waiver of any other rights or obligations under this Arbitration Agreement.

(o)     *Claims Not Subject to Arbitration.*  Notwithstanding the foregoing, claims of defamation, violation of the Computer Fraud and Abuse Act, and infringement or misappropriation of the other party's patent, copyright, trademark or trade secrets shall not be subject to this Arbitration Agreement.

(p)     *Courts.*  In any circumstances where the foregoing Arbitration Agreement permits the parties to litigate in court, the parties hereby agree to submit to the personal jurisdiction of the courts located within the District of Columbia, for such purpose

**12.3     Export.** The Services may be subject to U.S. export control laws and may be subject to export or import regulations in other countries. You agree not to export, re-export, or transfer, directly or indirectly, any U.S. technical data acquired from LifeZette, or any products utilizing such data, in violation of the United States export laws or regulations.

**12.4     Disclosures.**  LifeZette is located at the address in Section 12.10. If you are a California resident, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Product of the California Department of Consumer Affairs by contacting them in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (800) 952-5210.

**12.5     Electronic Communications.**  The communications between you and LifeZette use electronic means, whether you use the Services or send us emails, or whether LifeZette posts notices through the Services or communicates with you via email. For contractual purposes, you (a) consent to receive communications from LifeZette in an electronic form; and (b) agree that all terms and conditions, agreements, notices, disclosures, and other communications that LifeZette provides to you electronically satisfy any legal requirement that such communications would satisfy if it were be in a hardcopy writing. The foregoing does not affect your non-waivable rights.

**12.6     Entire Terms.** These Terms constitute the entire agreement between you and us regarding the use of the Services. Our failure to exercise or enforce any right or provision of these Terms shall not operate as a waiver of such right or provision. The section titles in these Terms are for convenience only and have no legal or contractual effect. The word "including" means "including without limitation". If any provision of these Terms is, for any reason, held to be invalid or unenforceable, the other provisions of these Terms will be unimpaired and the invalid or unenforceable provision will be deemed modified so that it is valid and enforceable to the maximum extent permitted by law.  Your relationship to LifeZette is that of an independent contractor, and neither party is an agent or partner of the other.  These Terms, and your rights and obligations herein, may not be assigned, subcontracted, delegated, or otherwise transferred by you without LifeZette's prior written consent, and any attempted assignment, subcontract, delegation, or transfer in violation of the foregoing will be null and void.

LifeZette may freely assign these Terms.  The terms and conditions set forth in these Terms shall be binding upon assignees.

**12.7**     **Governing Law.** The Terms and any action related thereto will be governed and interpreted by and under the laws of the State of the District of Columbia, consistent with the Federal Arbitration Act, without giving effect to any principles that provide for the application of the law of another jurisdiction. The United Nations Convention on Contracts for the International Sale of Goods does not apply to these Terms.

**12.8**     **Choice of Language.** It is the express wish of the parties that the Terms and all related documents have been drawn up in English. C'est law volone expresse des parties que la presente convention ainsi que les documents qui s'y rattacent soient rediges en anglais.

**12.9**     **Copyright/Trademark Information**.  Copyright © 2015 LifeZette, Inc. All rights reserved.  All trademarks, logos and service marks ("**Marks**") displayed through the Services are our property or the property of other third parties. You are not permitted to use these Marks without our prior written consent or the consent of such third party which may own the Marks.

**12.10**     **Contact Information:**

Email: Termsofuse@lifezette.com

Address: 1055 Thomas Jefferson Street, Suite 301, Washington, DC 20007