UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIM PIERCE,<br><br>       Plaintiff,<br>   v.<br><br>LIFEZETTE, INC.,<br><br>       Defendant. | CASE NO. 1:20-cv-00693-ABJ |

### REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF COURT:**

Pursuant to Fed. R. Civ. Pro. 55(a), the Plaintiff in this case, by and through his undersigned counsel, hereby requests that the Clerk of Court enter a Default by Defendant Lifezette, Inc. ("Lifezette").

Plaintiff properly served Lifezette in accordance with Fed. R. Civ. Pro. 4(h)(1)(B) on March 13, 2020.  *See* Dkt. No. 5, Return of Service/Affidavit of Summons and Complaint Executed.  Lifezette was required to plead or otherwise defend in this action within 21 days from the date of service.  *See* Fed. R. Civ. Pro. 21(a)(1)(A)(i).  Lifezette's answer was due April 3, 2020, *see* Dkt. No. 5 Docket Text, and Lifezette has not filed an Answer or otherwise responded to Plaintiff's Complaint.  *See* Affidavit in Support of Default, attached hereto, executed by J. Matthew Williams, an Attorney for Plaintiff.  Accordingly, the Clerk of this Court is required to enter Lifezette's Default.  *See* Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by

affidavit or otherwise, the clerk must enter the party's default."). Plaintiff therefore respectfully asks the Clerk to enter a Default by Defendant Lifezette.

Dated: April 20, 2020		Respectfully submitted,

		By:	/s/ J. Matthew Williams

			J. Matthew Williams (D.C. Bar No. 501860)
			Theresa B. Bowman (D.C. Bar No. 1012776)
			MITCHELL SILBERBERG & KNUPP LLP
			1818 N Street NW, 7th Floor
			Washington, DC 20036
			(202) 355-7904

			Daniel G. Booth (Mass. BBO No. 672090)
			DAN BOOTH LAW LLC
			60 Thoreau Street #121
			Concord, MA 01742
			*Admitted Pro Hac Vice*

			*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

While Fed. R. Civ. P. 5(a)(2) provides that "[n]o service is required on a party who is in default for failing to appear," I hereby certify that I will send via U.S. mail a copy of this Request for Default and Affidavit in support thereof, along with the Clerk's Entry of Default, to Lifezette, Inc. at 1055 Thomas Jefferson Street, NW, Washington, DC 20007.

By:     /s/ J. Matthew Williams

J. Matthew Williams (D.C. Bar No. 501860)
Theresa B. Bowman (D.C. Bar No. 1012776)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street NW, 7th Floor
Washington, DC 20036
(202) 355-7904

Daniel G. Booth (Mass. BBO No. 672090)
DAN BOOTH LAW LLC
60 Thoreau Street #121
Concord, MA 01742
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*