CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Tim Pierce
_____
Plaintiff(s)

vs.                                                                           Civil Action No. 1:20-cv-00693-ABJ

Lifezette, Inc.
_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __15th__ day of __April__, __2020__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Lifezette, Inc. was [were] (select one):

☑ personally served with process on __March 13, 2020__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
J. Matthew Williams
Mitchell, Silberberg & Knupp LLP
1818 N Street, NW, 7th Floor
Washington, D.C. 20036
202-355-7904

501860
_____
Bar Id. Number                                                            Name, Address and Telephone Number