# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIM PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 1:20-cv-00693 |
| | ) | |
| v. | ) | |
| | ) | |
| LIFEZETTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF DAN BOOTH IN SUPPORT OF TIM PIERCE'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LIFEZETTE, INC.

I, Dan Booth, declare as follows.

1.      I am an attorney licensed to practice in the commonwealth of Massachusetts and I have been admitted to appear in this action as *pro hac vice* counsel for plaintiff Tim Pierce ("Pierce"). I submit this affidavit in support of Pierce's Motion for Default Judgment against defendant Lifezette, Inc. ("Lifezette") and to place before the Court evidence relied on by Pierce in his accompanying motion.

2.      The facts set forth herein are within my personal knowledge except where otherwise indicated and, if sworn as a witness, I could and would testify competently thereto under oath.

3.      Lifezette has not filed or served a response, appeared in this action, or communicated with me in any way regarding this action.

4.      The "Full Terms of Use Document" available on Lifezette's website (the "Website") at https://www.lifezette.com/files/2015/05/LifeZette-Terms-of-Use.pdf states, at ¶ 11, "The designated Copyright Agent for LifeZette is: Cooley LLP[.]"

5.      I conferred with counsel at Cooley LLP on March 11, 2020 by email, sending a courtesy copy of the complaint filed in this action (the "Complaint"). I was informed by counsel, "We no longer represent Lifezette; our representation ended well over two years ago."

6.     The "Terms of Use" page available on the Website at https://www.lifezette.com/privacy-policy/our-terms/ states, "If you are concerned we have used a photo belonging to you without permission, please contact us at termsofuse@lifezette.com."

7.     On behalf of Pierce, on April 10, 2020, I sent courtesy copies of the initial March 10, 2020 filings and the proof of service filed on March 17, 2020 in this action to that email address, explaining: "Your registered agent was served with process on March 13, 2020. A timely response to the complaint was due on or by April 3, 2020. You are now in default. If we do not hear from you by close of business on Monday, April 13, 2020, Mr. Pierce will seek entry of default and proceed toward default judgment." Lifezette has not responded.

8.     In 2016, Pierce discovered the unauthorized use of two of his photographs, including the photograph at issue in this action (the "Photograph"), in connection with five articles published on the Website from May through October 2016.

9.     On behalf of Pierce, on November 30, 2016 and January 2, 2017, I sent letters to Lifezette's predecessor Ingraham Media Group, Inc. ("IMG"), detailing and seeking redress for the infringing uses discovered in 2016. IMG did not respond and did not take down the photographs in response.

10.     IMG published three more articles featuring the Photograph on its Website in February and March 2017, and prominently displayed the Photograph in Facebook and Twitter posts directing readers to those articles.

11.     On behalf of Pierce, on October 2, 2017, I sent a letter and draft complaint to IMG at its termsofuse@lifezette.com email address, detailing its 2016 and 2017 unauthorized, unattributed uses of his photographs, and detailing the terms of the Creative Commons Attribution 2.0 Generic license by which he makes the photographs (including the Photograph) available for

reproduction, distribution, and display. A true and correct copy of that draft complaint is attached hereto as **Exhibit A**.

12.  In response, IMG took down its infringing copies of Pierce's photographs from its Website and Facebook and Twitter posts.

# REDACTED

13.  According to publicly available corporate records I obtained from the Delaware Department of State's Division of Corporations, IMG was formally dissolved effective December 27, 2017, upon filing a form of dissolution on that date. According to publicly available corporate records I obtained from the District of Columbia's Department of Consumer and Regulatory Affairs, Lifezette registered with the Department as a foreign corporation effective January 3, 2018. Upon information and belief, Lifezette took control of the Website on or before that date.

14.  In May 2017, I saved an electronic copy of the marketing "Media Kit" publicly available on the Website dated 2017. The Media Kit identified the Website's "Editorial leadership": Editor-in-Chief Laura Ingraham, Managing Editor Maureen Mackey, Videographer Andrew Brice, along with a digital media producer and the editors of five "content channels" on the

Website (PoliZette, HealthZette, MomZette, PopZette, and FaithZette). A true and correct copy of the Media Kit is attached hereto as **Exhibit C**.

15.    According to a publicly available filing on the United States Securities and Exchange Commission's Electronic Data Gathering, Analysis, and Retrieval (EDGAR) website at https://www.sec.gov/Archives/edgar/data/1626836/000162683614000001/xslFormDX01/primary_doc.xml, IMG issued a Notice of Exempt Offering of Securities dated December 5, 2014. The Notice identifies Laura Ingraham as one of IMG's two executive officers and directors. A true and correct copy of that Notice is attached hereto as **Exhibit D**.

16.    According to publicly available corporate records I obtained from the website of the District of Columbia's Department of Consumer and Regulatory Affairs at https://corponline.dcra.dc.gov/BizEntity.aspx/ViewContact?bizEntityContactId=768673&current TabConfigurationId=633, Lifezette identifies Laura Ingraham as one of its three governors and beneficial owners. A true and correct copy of that website page is attached hereto as **Exhibit E**.

17.    Upon information and belief, Maureen Mackey replaced Laura Ingraham as the Website's editor-in-chief in November 2017 and held the position until 2020. According to the publicly available profile for Maureen Mackey I obtained from the website LinkedIn at https://www.linkedin.com/in/maureen-mackey-4426ab22/, Ms. Mackey was LifeZette's Managing Editor and Chief Editor from April 2015 to October 2017, and was its Editor-in-Chief from November 2017 to January 2020. The "About" section of the profile states, "Previously served as editor-in-chief – and before that, managing editor – of LifeZette, a digital startup." The "Experience" section of the profile states, "Before starting my own company, I planned, created, guided, and oversaw the editorial at LifeZette for nearly 5 years[.]" A true and correct copy of that LinkedIn profile page is attached hereto as **Exhibit F**.

18.    The "Terms of Use" page available on the Website at https://www.lifezette.com/privacy-policy/our-terms/ states, "Except for photos clearly in the public domain or when our use is a fair use, LifeZette always seeks permission from copyright owners for photo use. We sometimes use photos when, despite our diligent and good faith efforts, we can't reach the copyright owner." IMG had the same stated permission policy when it ran the Website. In November 2016 I saved an electronic copy of the publicly available Terms of Use page at the same Website address. A true and correct copy of that Terms of Use page is attached hereto as **Exhibit G**.

19.    In March 2019, I reviewed a video entitled "Elizabeth Warren Releases Heritage DNA Results," as published on the Website at https://www.lifezette.com/video/elizabeth-warren-releases-heritage-dna-results/, and as published on each of the nine other Website pages listed in Paragraph 15 of the Complaint, and I confirmed that the Photograph was prominently featured in the Video in each of those ten publications on the Website.

20.    On May 19, 2020, I reviewed the three articles on the Website listed in Paragraph 16 of the Complaint and the three Facebook posts listed in Paragraph 17 of the Complaint, and I confirmed that those articles and posts remain live on the Website and Lifezette's Facebook page, and that the Photograph is still prominently featured in each.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of May in Concord, Massachusetts.


Dan Booth (Massachusetts Bar No. 672090)
DAN BOOTH LAW LLC
60 Thoreau Street #121
Concord, MA 01742
dan@danboothlaw.com

# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TIM PIERCE, | ) | |
| 2 Village Lane | ) | |
| Berlin, MA 01503 | ) | |
| | ) | |
| Plaintiff, | ) | **COMPLAINT** |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| INGRAHAM MEDIA GROUP, INC. | ) | Civ. A. No._____ |
| and LAURA INGRAHAM, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Tim Pierce brings this civil action for copyright infringement in violation of the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq.*, and violations of the integrity of copyright management information under the Digital Millennium Copyright Act of 1998, as codified in part at 17 U.S.C. § 1202. Defendant Ingraham Media Group, Inc. wrongfully copied two of Mr. Pierce's photographs and displayed and distributed them online, on its website known as LifeZette and elsewhere, without permission and without attribution, knowingly providing and distributing the photographs with false, altered, and removed copyright management information. Defendant Laura Ingraham also wrongfully copied the photographs and displayed and distributed them online on Facebook, without permission and without attribution. Further, as director and executive officer of Ingraham Media Group, Inc. and editor-in-chief of its LifeZette website, Ms. Ingraham is jointly and severally liable for its infringements and copyright management information violations in that she had the right and ability to supervise its wrongful activities in which she had a direct financial interest.

Mr. Pierce further states and alleges as follows.

**PARTIES**

1.     Plaintiff Tim Pierce ("Pierce") is a photographer and photojournalist who owns the copyrights in a multitude of his photographs, which he licenses to online and print publications, including the two photographs at issue in this action. Pierce is a citizen and resident of Berlin, Massachusetts.

2.     Defendant Ingraham Media Group, Inc. ("IMG") is a domestic corporation with its principal place of business at 1055 Thomas Jefferson Street NW, Washington, DC 20007, incorporated under the laws of Delaware in October 2014. At all material times hereto IMG owned, operated, and controlled the website known as LifeZette, located at the web address www.lifezette.com (the "Website").

3.     Defendant Laura Ingraham ("Ingraham") is an individual who, upon information and belief, resides within the District of Columbia, and maintains a principal place of business at 400 North Capitol Street NW, Washington, DC 20001 or, in the alternative, at 1055 Thomas Jefferson Street NW, Washington, DC 20007. Ingraham is, and was at all times material hereto, an executive officer and director of IMG, and Editor-in-Chief and co-founder of the Website. At all material times hereto she has had a direct financial interest in IMG and the Website and the right and ability to supervise their activities.

**JURISDICTION AND VENUE**

4.     This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the claims arise under the federal copyright laws.

5.     This Court has personal jurisdiction over IMG and Ingraham (collectively "Defendants") pursuant to D.C. Code § 13-422 and 13-423(a) because each Defendant maintains a

principal place of business in this District, maintains sufficient systematic and continuous contacts with this District, or transacted business in this District from which Pierce's injuries arise; and Ingraham is, upon information and belief, domiciled in this District.

6.     Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events that give rise to the claims occurred in this District, and under 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this District.

## ALLEGATIONS COMMON TO ALL COUNTS

### *Pierce's Copyrighted Photographs*

7.     On November 2, 2012, four days before Elizabeth Warren's election to the United States Senate, Pierce took various photographs at a rally for her campaign in Auburn, Massachusetts. One photograph taken by Pierce at the rally, entitled *Elizabeth Warren at a campaign rally*, depicts Senator Warren with her right arm upraised (the "Rally photograph"). A copy of the Rally photograph, as it appears on the website Flickr at https://www.flickr.com/photos/qwrrty/8152000438, is attached hereto as Exhibit A.

8.     Another photograph taken by Pierce at the rally, entitled *Elizabeth Warren and Tim Murray*, depicts Senator Warren holding a microphone, with then-Lieutenant Governor of Massachusetts Tim Murray behind her (the "Murray photograph"). A copy of the Murray photograph, as it appears on the website Flickr at https://www.flickr.com/photos/qwrrty/8152000142/, is attached hereto as Exhibit B.

9.     The U.S. Copyright Office registered Pierce's copyright in the Rally photograph under Copyright Registration Number VA 1-910-349, effective February 12, 2014. A copy of the Certificate of Registration is attached hereto as Exhibit C.

10.   The U.S. Copyright Office registered Pierce's copyright in the Murray photograph under

Copyright Registration Number VA 2-059-052, effective November 28, 2016. A copy of

the Certificate of Registration is attached hereto as Exhibit D.

11.   Pierce is the author of the Rally photograph and the Murray photograph (together, the

"Photographs") and has continuously owned all rights thereto, including their copyrights.

***The Creative Commons Attribution 2.0 Generic License***

12.   On November 3, 2012, Pierce uploaded the Photographs to the website Flickr under a

Creative Commons Attribution 2.0 Generic license ("CC BY 2.0 License"), where the

Photographs and hyperlinks to the CC BY 2.0 License have been displayed ever since.

13.   On Flickr, each Photograph is displayed immediately above and in close proximity to

Pierce's name, its title, and a prominent statement "Some rights reserved," highlighted as

a hyperlink to https://creativecommons.org/licenses/by/2.0/, which is a brief summary of

the terms of the CC BY 2.0 License. A copy of that summary is attached hereto as Exhibit

E. The summary prominently specifies the licensed terms of use, including the statement

(with boldface and underlining in original):

> **Attribution** — You must give **<u>appropriate credit</u>**, provide a link to the license, and **<u>indicate if changes were made</u>**. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.

In that statement, the words "appropriate credit" are highlighted as a hyperlink to a pop-

up window. The text in the pop-up window states, in pertinent part, "If supplied, you

must provide the name of the creator and attribution parties, a copyright notice, a license

notice, a disclaimer notice, and a link to the material." A copy of the summary displaying

the "appropriate credit" pop-up window is attached hereto as Exhibit F.

14.   That summary further includes the prominent statement: "This is a human-readable summary of (and not a substitute for) the license." That statement, in turn, includes a highlighted hyperlink to https://creativecommons.org/licenses/by/2.0/legalcode, which is the CC BY 2.0 License in full. A copy of the full license is attached hereto as Exhibit G.

15.   The CC BY 2.0 License grants licensees a worldwide, royalty-free, non-exclusive license to reproduce, publicly display, and distribute copies of the licensed work (in this case, the Photographs) in all media and formats, as Paragraph 3 of the license provides.

16.   Under the CC BY 2.0 License, that broad grant is expressly made subject to and limited by certain restrictions. Paragraph 4(a) of the license requires a licensee to include a copy of the license itself, or a Uniform Resource Identifier for the license, with every copy of the work publicly displayed or distributed. Paragraph 4(a) of the license further requires that a licensee "may not offer or impose any terms on the Work that alter or restrict the terms of this License or the recipients' exercise of the rights granted hereunder," and "may not sublicense the Work." Paragraph 4(b) requires a licensee to give the original author (in this case, Pierce) credit, reasonable to the medium or means utilized by the licensee, by conveying the author's name and the work's title, if supplied (as Pierce did).

*Defendants' Unlicensed and Unattributed Use of Tim Pierce's Photographs*

17.   Without permission or authorization from Pierce, IMG reproduced and displayed copies of the Photographs on the Website and on other websites without attribution.

18.   IMG reproduced and displayed a slightly cropped copy of the Rally photograph, or a derivative image cropped from the Rally photograph, in connection with an article

published on the Website entitled "WikiLeaks: Warren Warned Hillary Not to Push Myth of Rosy Economy," dated October 11, 2016 (the "Wikileaks Article").

19.     IMG reproduced and displayed copies of the Murray photograph, or derivative images cropped from the Murray photograph, in connection with seven articles published on the Website (collectively, with the Wikileaks Article, the "Articles"), entitled:

- "Like Trump, Warren Buys Low, Sells High," dated May 25, 2016 (and updated on May 26, 2016) (the "Trump Article");

- "Hillary's Warren Decoy," dated June 10, 2016 (the "Decoy Article");

- "Hillary's Pocahontas Lovefest," dated June 28, 2016 (the "Lovefest Article");

- "Elizabeth Warren: The 'Nasty' Hypocrite," dated October 24, 2016 (the "Nasty Article");

- "Elizabeth Warren Less Popular Than 'Generic' Democrat," updated February 15, 2017 (the "Generic Article")

- "Curt Schilling Endorses Elizabeth Warren's GOP Opponent," dated (and updated) March 6, 2017 (the "Schilling Article"); and

- "14 Early 2020 Candidates," dated March 9, 2017 (the "Candidates Article").

20.     In connection with the three Articles with 2017 publication dates (the Generic Article, the Schilling Article, and the Candidates Article), IMG displays copies of the Murray photograph or of images cropped from the Murray photograph directly on its Website, either immediately above or as part of the corresponding Articles. Copies of the Generic Article, the Schilling Article, and the infringing page of the Candidates Article are attached hereto as Exhibit H.

21.     In connection with each of the five Articles with a 2016 publication date, rather than displaying a Photograph or derivative image on its Website immediately above or as part of the corresponding Article, IMG created and uploaded to its Website a JPG file of a

cropped copy of the Rally photograph or the Murray photograph, copy either by itself or in tandem with a photograph depicting Hillary Clinton. Copies of the JPG files IMG uploaded to its Website for the five 2016 Articles are attached hereto as Exhibit I.

22.    IMG enabled and facilitated further acts of infringement by creating metatags that direct and cause third-party sites such as Facebook, Twitter, Pinterest, and blog aggregators to reproduce and display the Photographs when users of those sites share the Articles.

23.    IMG has further infringed on Pierce's copyrights by employing those metatags elsewhere on its Website to reproduce and display the Photographs in connection with IMG's hyperlinks to the Articles.

24.    Both Defendants directly infringed Pierce's copyrights by displaying and distributing the Photographs on such third-party sites when sharing the Articles. Copies of screenshots showing seven instances of infringement by IMG through its posts on its LifeZette Facebook account are attached hereto as Exhibit J. Copies of screenshots showing two instances of infringement by IMG through its posts on its LifeZette Twitter account are attached hereto as Exhibit K. Copies of screenshots showing another seven instances of infringement by Ingraham through her posts on her personal Facebook account are attached hereto as Exhibit L.

25.    Each Defendant caused thousands of additional acts of infringement when their infringing posts were shared by other Facebook users.

26.    Defendants profited from the infringements by avoiding the costs of complying with the CC BY 2.0 License or a reasonable license fee. They further profited by displaying the Photographs with hyperlinks to the Articles, driving online traffic from third-party sites to

IMG's Website, where each Article was surrounded by at least a dozen revenue-generating advertisements and links to sponsored content on other third-party websites. Upon information and belief, IMG received that revenue directly, and Ingraham had a material financial interest in that IMG revenue through her positions as an executive officer and director of IMG, and as the Website's Editor-in-Chief.

27.     Pierce displayed the Photographs on Flickr along with his name and the titles of the Photographs. Defendants excluded that identifying information when they copied, displayed, and distributed the Photographs.

28.     Pierce also displayed the Photographs on Flickr along with a link to a Creative Commons website page, on which the CC BY 2.0 License set forth the terms and conditions for use of the Photographs. Defendants excluded those terms and conditions, any Uniform Resource Identifier for the license, and any link thereto, when they copied, displayed, and distributed the Photographs.

29.     When IMG copied, displayed, and distributed the Photographs, it intentionally removed information identifying Pierce, the titles of the Photographs, and the terms and conditions for their use. IMG's removal was without license or legal right, and with the knowledge or reasonable grounds to know that it would enable, facilitate, or conceal IMG's own acts of infringement and infringing acts by others.

30.     When IMG displayed and distributed copies of the Photographs on its Website, it provided copyright management information falsely identifying itself as copyright owner.

31.     A copyright tag on the bottom of each Website page that displays the Photographs states "© 2017 Ingraham Media, Inc. All Rights Reserved."

32. Further, the Website's Terms of Use page, http://www.lifezette.com/our-terms/, available through hyperlinks displayed alongside the copyright tag on the bottom of those Website pages, falsely claims ownership or licensed use of the Website including the Photographs. A copy of the Website's Terms of Use page is attached hereto as Exhibit M.

33. The first sentence of the Terms of Use page (with boldface in original) states in full:

> The website located at www.LifeZette.com (the "**Site**") collectively the "**Services**" are copyrighted works belonging to LifeZette, Inc. ("**LifeZette**", "**us**", "**our**", and "**we**").

34. LifeZette, Inc. is not registered as a valid domestic or foreign corporation with the Department of Consumer and Regulatory Affairs for the District of Columbia. Upon information and belief, LifeZette, Inc. is not a valid corporate entity incorporated in this District or elsewhere. Upon information and belief, LifeZette, Inc. is a d/b/a name, business name, alias, or alter ego through which IMG operates the Website.

35. The second of the two paragraphs of the Website's Terms of Use page states in full:

> Except for photos clearly in the public domain or when our use is a fair use, LifeZette always seeks permission from copyright owners for photo use. We sometimes use photos when, despite our diligent and good faith efforts, we can't reach the copyright owner.

36. The Photographs are not in the public domain. IMG's use of the Photographs is not a fair use. IMG never sought permission from Pierce, even after he contacted IMG.

37. The Website's Full Terms of Use Document, http://cdn.lifezette.com/wp-content/uploads/2015/05/LifeZette-Terms-of-Use.pdf (the "Full Terms of Use Document"), is accessible through a hyperlink on the Website's Terms of Use page under the text, "View our Full

Terms of Use Document." A copy of the Full Terms of Use Document is attached hereto as Exhibit N. It sets forth terms and conditions that purports to bind the Website's users.

38.     The Full Terms of Use Document provides copyright management information that falsely identifies LifeZette, Inc., or IMG under that name, as the copyright owner of all of the Website's contents, including the Photographs; and that falsely purports to impose more restrictive terms and conditions for the use of Website content, including the Photographs, than Pierce set in the CC BY 2.0 License for the Photographs.

39.     The first sentence of the Website's Full Terms of Use Document page restates in full the first sentence of the Terms of Use page:

> The website located at www.LifeZette.com (the "**Site**") collectively the "**Services**" are copyrighted works belonging to LifeZette, Inc. ("**LifeZette**", "**us**", "**our**", and "**we**").

40.     Paragraph 2.1 of the Full Terms of Use Document purports to grant to Website users a revocable license to "view, download and print Content provided by LifeZette ('LifeZette Content')" subject to certain specified conditions, including that users: "may access and use the LifeZette Content solely for personal, informational, non-commercial and internal purposes"; "may not modify or alter the LifeZette Content"; and "may not copy or distribute any photos … in the LifeZette Content apart from their accompanying text." Paragraph 2.2 of that document defines "Content" to include "photos."

41.     The Photographs that IMG displays and provides on its Website are copyrighted works owned by Pierce, not "copyrighted works belonging to LifeZette, Inc." or to IMG.

42.     Unlike IMG's Full Terms of Use Document with its extensive limitations, the CC BY 2.0 License is irrevocable and allows for free sharing and adaptation of the Photographs for

any purpose including commercial use, subject to the license's conditions, including the requirement of attribution.

43.   Defendants's full compliance with the CC BY 2.0 License would have been reasonably practicable at all times material hereto.

44.   The copyright in a work subject to the CC BY 2.0 License is infringed by use of the work in a manner that is outside the scope of the license.

45.   Defendants have used the Photographs in a manner that is outside the scope of the CC BY 2.0 License by distributing and displaying the Photographs without a copy of, or Uniform Resource Identifier for, the license; without appropriate credits identifying Pierce and the titles of the Photographs; and with more restrictive terms and conditions for use than the CC BY 2.0 License imposes.

46.   Defendants are not licensees under the CC BY 2.0 License. Their use, reproduction, display, and distribution of each Photograph without license or permission from Pierce or other legal right is a violation of Pierce's exclusive rights to the Photograph under 17 U.S.C. § 106 and an infringement of his copyright under 17 U.S.C. § 501(a).

47.   IMG has willfully infringed Pierce's copyrights in the Photographs.

48.   At all times material hereto Ingraham, as an executive officer and director of IMG and the Website's Editor-in-Chief, had the authority to control, and exercised control over, the editorial policies and practices of the Website, including its stated practice to "sometimes use photos" despite making no contact with the copyright owner.

***After Tim Pierce Gave Ingraham Media Group Notice of Its Infringing Acts, It Willfully
and Knowingly Continued Its Unlicensed and Unattributed Use of His Photographs***

49. The Website's Terms of Use page states, "If you are concerned we have used a photo belonging to you without permission, please contact us at termsofuse@lifezette.com."

50. Paragraph 12.10 of the Full Terms of Use Document provides, under the heading "Contact Information," the email address termsofuse@lifezette.com and the street address 1055 Thomas Jefferson Street, Suite 301, Washington, DC 20007. Paragraph 12.4 of that Document states that "LifeZette is located at the address in Section 12.10."

51. On November 30, 2016, Pierce's counsel emailed a letter to termsofuse@lifezette.com, addressing IMG as "LifeZette" per the Website's Terms of Use page, detailing IMG's copyright infringements and Digital Millennium Copyright Act violations. A copy of the November 30, 2016 email and letter, excluding its exhibits, is attached hereto as Exhibit O.

52. IMG gave Pierce and his counsel no response to the November 30, 2016 letter.

53. On January 2, 2017, Pierce's counsel emailed another letter to termsofuse@lifezette.com, again addressing IMG as "LifeZette," discussing its continuing acts of copyright infringement and violations of the Digital Millennium Copyright Act. A copy of the January 2, 2017 email and letter, including its exhibits, is attached hereto as Exhibit P.

54. IMG gave Pierce and his counsel no response to the January 2, 2017 letter.

55. Since receiving the November 30, 2016 and January 2, 2017 letters, IMG has not altered the metatags associated with the Articles on the Website itself, where it continues to display the Photographs in connection with links to the Articles.

56.     Since receiving the November 30, 2016 and January 2, 2017 letters, IMG has committed new acts of infringement by displaying copies of the Murray photograph or derivative images cropped from the Murray photograph in connection with the Generic Article, the Schilling Article, and the Candidates Article, on its Website and on third-party sites.

57.     After receiving notice of its infringing acts, when IMG continued to display and distribute the Photographs without Pierce's identifying information, and with its own false claim of copyright ownership, it knew that it was providing false copyright management information, and did so with the intent to facilitate or conceal its own infringement, and to induce, enable, or facilitate infringement by third parties who share the Articles and Pierce's associated Photographs online.

58.     Ingraham is personally, directly liable for copyright infringement for distributing and displaying the Photographs on Facebook, and is vicariously liable for each of IMG's acts of copyright infringement and its violations of the Digital Millennium Copyright Act because at all times material hereto she was an executive officer and director of IMG and had the right and ability to supervise its activities and those of its Website, of which she was Editor-in-Chief and co-founder, and had a direct financial interest in those activities.

## STATEMENT OF CLAIMS

### COUNT ONE
### Copyright Infringement against Ingraham Media Group
### The Rally Photograph

59.     Pierce incorporates by reference all allegations contained in this Complaint.

60.     IMG copied Pierce's Rally photograph without Pierce's authorization.

61.   IMG displayed and distributed the Rally photograph on its Website and Facebook in connection with the Wikileaks Article, and caused its reproduction, display, and distribution on Facebook and other websites, without Pierce's authorization.

62.   IMG's copyright infringement of the Rally photograph was willful.

63.   Pierce is entitled to his damages, costs, and attorney's fees as a result of IMG's copyright infringement of the Rally photograph under 17 U.S.C. §§ 504 and 505.

64.   IMG and Ingraham are jointly and severally liable for IMG's copyright infringement of the Rally photograph under 17 U.S.C. §§ 504(c).

<div align="center">

COUNT TWO
**Copyright Infringement against Ingraham Media Group
The Murray Photograph**

</div>

65.   Pierce incorporates by reference all allegations contained in this Complaint.

66.   IMG copied Pierce's Murray photograph without Pierce's authorization.

67.   IMG displayed and distributed the Murray photograph on its Website and on Facebook in connection with the Trump Article, the Decoy Article, the Lovefest Article, the Nasty Article, the Generic Article, the Candidates Article, and the Schilling Article, and caused the reproduction, display, and distribution of the Murray photograph on Facebook and other websites, without Pierce's authorization.

68.   Pierce is entitled to his actual damages and any additional profits of IMG as a result of its infringements of the Murray photograph in connection with the Trump Article, the Decoy Article, the Lovefest Article, and the Nasty Article under 17 U.S.C. §§ 504(a) and (b).

69.    Pierce is entitled to his damages, costs, and attorney's fees as a result of IMG's infringements of the Murray photograph in connection with the Generic Article, the Candidates Article, and the Schilling Article under 17 U.S.C. §§ 504 and 505.

70.    Ingraham is jointly and severally liable with IMG for its acts of copyright infringement of the Murray photograph including, because they were practical partners in the infringing acts, as to IMG's profits attributable to the infringements.

<div align="center">

COUNT THREE
**Copyright Infringement against Laura Ingraham**
**The Rally Photograph**

</div>

71.    Pierce incorporates by reference all allegations contained in this Complaint.

72.    Ingraham copied, displayed, and distributed the Rally photograph on Facebook in connection with the Wikileaks Article without Pierce's authorization.

73.    Ingraham's copyright infringement of the Rally photograph was willful.

74.    Ingraham is directly liable for her acts of copyright infringement of the Rally photograph.

75.    Ingraham is vicariously liable for IMG's copyright infringement of the Rally photograph because she was an executive officer and director of IMG and had the right and ability to supervise its activities and those of its Website, of which she was Editor-in-Chief and co-founder, and because she had a direct financial interest in those activities.

76.    Pierce is entitled to his damages, costs, and attorney's fees as a result of Ingraham's infringements of the Rally photograph under 17 U.S.C. §§ 504 and 505.

77.    IMG and Ingraham are jointly and severally liable for Ingraham's direct copyright infringement of the Rally photograph under 17 U.S.C. §§ 504(c).

COUNT FOUR
**Copyright Infringement against Laura Ingraham**
**The Murray Photograph**

78.    Pierce incorporates by reference all allegations contained in this Complaint.

79.    Ingraham copied, displayed, and distributed the Murray photograph on Facebook in connection with the Trump Article, the Decoy Article, the Lovefest Article, the Nasty Article, the Generic Article, and the Schilling Article, without Pierce's authorization.

80.    Ingraham is directly liable for her acts of copyright infringement of the Murray photograph in connection with those Articles.

81.    Ingraham is vicariously liable for IMG's acts of copyright infringement of the Murray photograph in connection with those Articles and the Candidates Article because she was an executive officer and director of IMG and had the right and ability to supervise its activities and those of its Website, of which she was Editor-in-Chief and co-founder, and because she had a direct financial interest in those activities.

82.    Pierce is entitled to his actual damages and any additional profits of Ingraham as a result of Ingraham's infringements of the Murray photograph in connection with the Trump Article, the Decoy Article, the Lovefest Article, and the Nasty Article under 17 U.S.C. §§ 504(a) and (b).

83.    Pierce is entitled to his damages, costs, and attorney's fees as a result of Ingraham's infringements of the Murray photograph in connection with the Generic Article and the Schilling Article under 17 U.S.C. §§ 504 and 505.

84.     IMG is jointly and severally liable with Ingraham for her acts of copyright infringement of the Murray photograph including, because they were practical partners in the infringing acts, as to any profits by Ingraham attributable to the infringements.

COUNT FIVE

**Violations of the Digital Millennium Copyright Act against Ingraham Media Group**

85.     Pierce incorporates by reference all allegations contained in this Complaint.

86.     The Photographs are copyright-protected works under the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201 *et seq.*

87.     Pierce is the sole and exclusive owner of all rights, title, and interest in and to the copyrights in the Photographs, subject to licenses he has issued, including without limitation the non-exclusive CC BY 2.0 License he has issued to the public to allow the free reproduction and display of the Photographs with proper attribution.

88.     Pierce conveyed copyright management information with the Photographs as defined in 17 U.S.C. § 1202(c)(1)-(3), (6), including: the title and other information identifying the works; the name of, and other identifying information about, the author of the works; the name of, and other identifying information about, the copyright owner of the works; and the terms and conditions for use of the works.

89.     For example, on his Flickr page for each Photograph, Pierce provided the Photograph's title (respectively, "Elizabeth Warren at a campaign rally" and "Elizabeth Warren and Tim Murray"); an identification of "Tim Pierce" as the copyright owner and photographer of the work; and a declaration of "Some rights reserved," highlighted as a hyperlink to the

CC BY 2.0 License summary, which summary includes a hyperlink to the full CC BY 2.0 License and informs licensees:

> **Attribution** — You must give **appropriate credit**, provide a link to the license, and **indicate if changes were made**. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.

90.   In violation of 17 U.S.C. § 1202(a), IMG knowingly, and with the intent to induce, enable, facilitate, or conceal copyright infringement, has provided and has distributed copyright management information for the Photographs that is false.

91.   IMG's violations of 17 U.S.C. § 1202(a) are intentional, at a minimum, because despite receiving the November 28, 2016 and January 2, 2017 letters from Pierce's counsel, IMG continued to display and distribute copies of the Photographs on its Website, without license and without attribution, in connection with the Articles.

92.   In violation of 17 U.S.C. § 1202(b), IMG, without the authority of the copyright owner Pierce or the law, intentionally removed or altered copyright management information for the Photographs, knowing or having reasonable grounds to know that doing so would induce, enable, facilitate, or conceal an infringement of a right under Title 17 of the United States Code.

93.   In violation of 17 U.S.C. § 1202(b), IMG, without the authority of the copyright owner Pierce or the law, distributed copyright management information for the Photographs knowing that said copyright management information had been removed or altered without the authority of Pierce or the law, knowing or having reasonable grounds to know that doing so would induce, enable, facilitate, or conceal an infringement of a right under Title 17 of the United States Code.

94.     In violation of 17 U.S.C. § 1202(b), IMG, without the authority of the copyright owner
        Pierce or the law, distributed copies of the Photographs knowing that the copyright
        management information had been removed or altered without the authority of Pierce or
        the law, knowing or having reasonable grounds to know that doing so would induce,
        enable, facilitate, or conceal an infringement of a right under Title 17 of the United States
        Code.

95.     IMG has violated 17 U.S.C. § 1202 by copying, distributing, and displaying the
        Photographs in connection with each of the eight Articles on its own Website, and in
        connection with its links to seven of the Articles (each Article other than the Candidates
        Article) on Facebook, and again in connection with its links to at least two of the Articles
        (the Generic Article and the Schilling Article) on Twitter. IMG has thereby committed at
        least seventeen violations of 17 U.S.C. § 1202 with respect to the Photographs.

96.     Pierce is injured by IMG's falsification, removal, or alteration of his copyright
        management information, which has induced, enabled, or facilitated further infringements
        of his copyrights by thousands of Website users.

97.     Pierce is entitled to an award of his damages, costs, and reasonable attorney's fees against
        IMG under 17 U.S.C. §§ 1203(b)(3)-(5).

<div align="center">COUNT SIX</div>
**<div align="center">Violations of the Digital Millennium Copyright Act against Laura Ingraham</div>**

98.     Pierce incorporates by reference all allegations contained in this Complaint.

99.     Ingraham is vicariously liable for each of IMG's violations of 17 U.S.C. § 1202 in
        connection with each of the Articles because she was an executive officer and director of

IMG and had the right and ability to supervise its activities and those of its Website, of which she was Editor-in-Chief and co-founder, and because she had a direct financial interest in those activities.

100.   Ingraham is jointly and severally liable with IMG, for each of its violations of 17 U.S.C. § 1202, for an award to Pierce for his damages, costs, and reasonable attorney's fees under 17 U.S.C. §§ 1203(b)(3)-(5).

## RELIEF REQUESTED

WHEREFORE, Plaintiff seeks the following remedies:

1.   Enter judgment for Pierce against the defendants IMG and Ingraham on all counts;

2.   Find IMG and Ingraham jointly and severally liable for all damages, costs, attorney's fees, and interest available in this action;

3.   Grant a permanent injunction restraining IMG and Ingraham from any further unlicensed use of the Photographs, pursuant to 17 U.S.C. §§ 502 and 1203(b)(1);

4.   Require IMG and Ingraham to pay Pierce the actual damages he has sustained as a result of their infringements of the Murray photograph in connection with the Trump Article, the Decoy Article, the Lovefest Article, and the Nasty Article, and all of their profits attributable to those infringements, pursuant to 17 U.S.C. § 504(b);

5.   Require IMG and Ingraham to pay an award of statutory damages to Pierce in a sum not less than $750 nor more than $30,000 for their infringements of the Murray photograph in connection with the Generic Article, the Candidates Article, and the Schilling Article, as the Court considers just, or, if the Court finds that the infringements were committed willfully, a sum up to and including $150,000, pursuant to 17 U.S.C. § 504(c);

6. Require IMG and Ingraham to pay an award of statutory damages to Pierce in a sum not less than $750 nor more than $30,000 for their infringements of the Rally photograph, as the Court considers just, or, if the Court finds that the infringements were committed willfully, a sum up to and including $150,000, pursuant to 17 U.S.C. § 504(c);

7. Require IMG and Ingraham to pay Pierce his full costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505;

8. Require IMG and Ingraham to pay an award of statutory damages to Pierce for IMG's violations of 17 U.S.C. § 1202, in a sum not less than $2,500 nor more than $25,000 per violation, pursuant to 17 U.S.C. §§ 1203(b)(3), 1203(c)(1)(B), and 1203(c)(3)(B);

9. Require IMG and Ingraham to pay Pierce his costs pursuant to 17 U.S.C. § 1203(b)(4);

10. Require IMG and Ingraham to pay Pierce his reasonable attorney's fees pursuant to 17 U.S.C. § 1203(b)(5);

11. Award pre-judgment and post-judgment interest to Pierce;

12. Award such other relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury in this case on all issues so triable.

Dated: October 6, 2017                     TIMOTHY PIERCE

/s/ John D. Mason
John D. Mason (D.C. Bar No. 464072)
COPYRIGHT COUNSELORS, LLC
7315 Wisconsin Avenue, Suite 400 West
Bethesda, MD 20814
Telephone: (888) 313-3637

<u>/s/ Daniel G. Booth</u>
Daniel G. Booth (BBO No. 672090)
BOOTH SWEET LLP
32R Essex Street, Suite 1
Cambridge, MA 02139
Telephone: (617) 250-8602
*Pro Hac Vice Admission Pending*

*Attorneys for Plaintiff*

# Exhibit B

# EXHIBIT B
# LODGED UNDER SEAL

Exhibit C

# MEDIA KIT

Inform + Inspire + Entertain

2017

# LifeZette

*Life. Explained.*

# Inform + Inspire + Entertain

LifeZette is the trusted content voice for Americans seeking a new media narrative that better aligns with their moderate to conservative core values.

LifeZette's mission is contained in its moniker: Life. Explained. Each day the site captures the wonder, the complexity, the frustration and the joys of life in all its variety. This is media built for the way we live —never in one place or focused on one issue to the exclusion of all others. From pop culture to faith, parenting to politics, LifeZette delivers viewers a compelling mixture of stories, commentary, and video designed to inform and entertain — and to help all of us live our lives to the full.

**LifeZette**

*Life.Explained.*



**LifeZette**

## Our Story

**LifeZette.** The idea was born out of a growing need for a content voice that would inform, inspire, and entertain a vastly undeserved audience who is tired of seeing its basic values constantly undermined, ridiculed, or ignored altogether.

Our editorial mission focuses on more than just news. LifeZette is a right of center view on the day's important events.

**We are content creators, not content aggregators** – our original content ensures our editorial integrity. LifeZette is a trusted voice that delivers more value than aggregated news sites.

*Life.Explained.*

**LifeZette**

# Our Story: Brand Channel Opportunities

LifeZette is specifically designed to showcase editorial content and the content from our brand partners at scale in a sleek, premium environment.

**LifeZette allows brand partners to zero in on specific content channels and audience targets**

## MomZette

**MomZette** mothers who control the day-to-day spending and are making important decisions about managing their life, their investments, their home, their children, and they are actively seeking out better solutions and better products.

## PoliZette

**PoliZette** informed consumers that are politically and socially active and make decisions that directly affect the communities where they live.

## PopZette

**PopZette** relatively affluent conservatives and traditionalists who make purchase decisions for their family and are actively pursuing a pop culture narrative that better aligns with their basic core values.

## HealthZette

**HealthZette** well-educated consumers that are actively making decisions regarding products that help them achieve overall personal and family wellness.

## FaithZette

**FaithZette** philanthropic users that have proven to be loyal to the brands that are associated with the moderate to conservative content they consume.

# Our Story

### Editorial leadership





**Laura Ingraham**
Editor-in-Chief

**Laura's Reach**

- **Robust radio brand**
  - Most quoted radio host in the U.S.
  - 280 radio station affiliates
  - More than 3 million daily listeners

- **Strong television presence**
  - Good Morning America
  - Fox News

- **Large, loyal, and engaged fan base**
  - More than 1.1M followers on Facebook
  - Nearly 1.3M followers on Twitter



**Maureen Mackey**
Managing Editor



**Deirdre Reilly**
MomZette Editor



**Jon Conradi**
PoliZette Editor



**Carleen Wild**
HealthZette Editor



**Elisa Cipollone**
FaithZette Editor



**Zachary Leeman**
PopZette Editor



**Maggie Lit**
Digital Media
Producer

**Andrew Brice**
Videographer

# Our Story  Editorial leadership

## LifeZette Editorial Team

- Large, full-time editorial staff of 26 with extensive experience in the new media publishing space

- **Previous work:** New York Times, Wall Street Journal, New York Post, Los Angeles Times, Weekly Standard, Real Clear Politics, National Review, Washington Times, The Denver Post, People Magazine, PJ Media, The Fiscal Times, Reader's Digest, AARP, The Federalist, The Daily Caller, and the Women's Quarterly among many others.

- **TV appearances:** FOX, MSNBC, CNN, OANN, and CNBC, Larry King Live, Hannity, The O'Reilly Factor and Politically Incorrect.

- Numerous weekly radio appearances

- Large social following stats with reach of over 2M on Facebook and 2.5M on Twitter







One Video's Journey



# The Audience What is the market opportunity?

**63%**

Over **63%** of our audience return to LifeZette 3-4 times per week.

**85%**

Largely female, our audience controls **85%** of the American family's day-to-day purchase decisions

**70%**

Over **70%** consider themselves "brand loyal"

**8%**

Since our launch, we have grown our audience by over **8%** month over month

Our editorial strategy resonates with our audience. We have exceeded on key metrics around audience engagement - time on site, number of pages viewed, bounce rate, and repeat visits.

With our exclusive content, LifeZette is able to reach the highly coveted and growing conservative audience who care as much about the brands they support as the content they consume.

**LifeZette**

Source: Gallup

*LifeExplained.*

10

# The LifeZette Audience

- A proven appetite for online media and a propensity for sharing content they trust

- More than **20M** page views per month and **6M** unique users on LifeZette.com

- More than **3.5M** unique users on our social platforms



- More than **40M** video views per month on premium strategic publisher websites







Source: Online Publishers Association, Pew Research Center (2015)

# The Audience

People that consume LifeZette's content span all demographics.

## Audience Age



**85%** 35+

**47%** 55+

**22%** 45-54

**15%** 18-34

**16%** 35-44

**15%** 18-34

**49%** Male

**51%** Female

**46%** is a direct result of highly engaged social sharing

**75%** of traffic is mobile and growing

Source: Google Analytics

LifeZette



*LifeExplained.*

12



# The LifeZette Platform

- LifeZette.com - a premium, high-gloss digital web destination

- Large, highly-engaged social audiences on Facebook and Twitter

- Robust video infrastructure allowing LifeZette to reach our core user demographics by the millions on dozens of premium websites

- Targeted data collection platform with over 2M users classified by demographic, political, and interest

# Premium Video at Scale:

LifeZette places heavy emphasis on the power of video and its ability to tell stories. This creates meaningful opportunities for our brand partners to engage their core audience



## 70%+ Player Viewability

Source: Moat

## Large Player

## 40M+ monthly video views

Source: JW Player Analytics

Thought-provoking editorial, quizzes, slideshows, visual interactives, and in-house video production

**LifeZette**

*Life.Explained.*



14

# Partner Platforms

LifeZette has unparalleled video infrastructure which allows us to put our content and your creative in front of the highly-sought after moderate to conservative tastemaker, no matter where they've gathered.

**A seamless network capable of handling anything.**

We partnered with world class technology to control and ensure fully scalable, premium quality delivery of our video products to desktop and mobile users.



JWPLAYER

- Fastest loading html video platform on the web, handling billions of videos per month

SPOTX

- Robust ad serving technology with seamless data reporting to manage and control all ad delivery processes.

- Over 5 billion video ad decisions processed daily, with ads delivered to 600+ million people in over 190 countries per month

- Unprecedented transparency and insight, creating a safe, controlled environment in all LifeZette video players



Available Ad Formats & Opportunities

# Video Preroll

You will have the undivided attention of a highly engaged LifeZette viewer for 15–30 seconds inside our large 600+ pixel video player prior to the start of the selected premium video content



# In Article / Out-stream Video Insertions

A rich interactive experience that brings your brand to life between two paragraphs of an original LifeZette feature editorial. Your creative will only appear when the users approach the ad location (100% viewability).

# Custom Editorial well Positioned with Conservative Audience



**PopZette** *Pop Culture. Explained.*

LifeZette | PollZette | MomZette | HealthZette | FaithZette | PopZette | Videos | SIGN UP

### Self-Lacing Shoes? Self-Driving Cars?

We soon won't have to do a thing for ourselves

by Lawrence Meyers

One of the most entertaining moments from Pixar's 2008 animated gem "Wall-E" occurs when we glimpse the fate of mankind, which has been stored in a massive inter-galactic cruise ship where humans literally exert no effort in living their daily lives.

ADVERTISEMENT

The perfect deal for every occasion.
Shop Gift Cards »

GROUPON

Our editorial team will capture the attention of our highly engaged audience and help tell your story to conservative audiences with the trusted LifeZette signature and tone.

**LifeZette**

# High Impact Takeover

Submerge the LifeZette audience in your brand by taking over the visual experience of the LifeZette Homepage or Landing Pages.



# Numerous Other Options



**Social Posts** with
Ingraham Media Group:
a large, hyper-engaged
social network





**Display Ad Sizes:**

- 300x600
- 300x250
- 728x90
- 970x250
- Screen Takeovers



21

LifeZette

LifeZette

LifeExplained.

# Contact Information

## Aric Berquist

Vice President of Strategic Partnerships & Revenue

**904.859.0743**

aric@lifezette.com



**99%**

chance that your initial contact with Aric will be powered by espresso and involve the word "great".

Exhibit D

> The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
> The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
### FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number. | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

---

## 1. Issuer's Identity

CIK (Filer ID Number)   Previous Names   [X] None     Entity Type

<u>0001626836</u>

Name of Issuer

Ingraham Media Group, Inc.

Jurisdiction of Incorporation/Organization

DELAWARE

Year of Incorporation/Organization

[ ] Over Five Years Ago

[X] Within Last Five Years (Specify Year) 2014

[ ] Yet to Be Formed

Entity Type:
[X] Corporation
[ ] Limited Partnership
[ ] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

---

## 2. Principal Place of Business and Contact Information

Name of Issuer

Ingraham Media Group, Inc.

| Street Address 1 | Street Address 2 |
|---|---|
| 4070 52ND STREET NW | |

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
|---|---|---|---|
| WASHINGTON | DISTRICT OF COLUMBIA | 20016 | 202.262.5706 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Ingraham | Laura | |

| Street Address 1 | Street Address 2 |
|---|---|
| 4070 52ND STREET NW | |

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| WASHINGTON | DISTRICT OF COLUMBIA | 20016 |

Relationship: [X] Executive Officer [X] Director [ ] Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Anthony | Peter | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 4070 52ND STREET NW | | |

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| WASHINGTON | DISTRICT OF COLUMBIA | 20016 |

Relationship: [X] Executive Officer [X] Director [ ] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
- [ ] Commercial Banking
- [ ] Insurance
- [ ] Investing
- [ ] Investment Banking
- [ ] Pooled Investment Fund

  Is the issuer registered as an investment company under the Investment Company Act of 1940?
  - [ ] Yes
  - [ ] No
- [ ] Other Banking & Financial Services

[ ] Business Services

Energy
- [ ] Coal Mining
- [ ] Electric Utilities
- [ ] Energy Conservation
- [ ] Environmental Services
- [ ] Oil & Gas
- [ ] Other Energy

Health Care
- [ ] Biotechnology
- [ ] Health Insurance
- [ ] Hospitals & Physicians
- [ ] Pharmaceuticals
- [ ] Other Health Care

[ ] Manufacturing

Real Estate
- [ ] Commercial
- [ ] Construction
- [ ] REITS & Finance
- [ ] Residential
- [ ] Other Real Estate

[ ] Retailing

[ ] Restaurants

Technology
- [ ] Computers
- [ ] Telecommunications
- [ ] Other Technology

Travel
- [ ] Airlines & Airports
- [ ] Lodging & Conventions
- [ ] Tourism & Travel Services
- [ ] Other Travel
- [X] Other

---

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))
☐ Rule 504 (b)(1)(i)
☐ Rule 504 (b)(1)(ii)
☐ Rule 504 (b)(1)(iii)
☐ Rule 505
☒ Rule 506(b)
☐ Rule 506(c)
☐ Securities Act Section 4(a)(5)

☐ Investment Company Act Section 3(c)
☐ Section 3(c)(1)
☐ Section 3(c)(2)
☐ Section 3(c)(3)
☐ Section 3(c)(4)
☐ Section 3(c)(5)
☐ Section 3(c)(6)
☐ Section 3(c)(7)

☐ Section 3(c)(9)
☐ Section 3(c)(10)
☐ Section 3(c)(11)
☐ Section 3(c)(12)
☐ Section 3(c)(13)
☐ Section 3(c)(14)

## 7. Type of Filing

☒ New Notice   Date of First Sale 2014-11-21   ☐ First Sale Yet to Occur
☐ Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?   ☐ Yes ☒ No

## 9. Type(s) of Securities Offered (select all that apply)

☒ Equity
☐ Debt
☐ Option, Warrant or Other Right to Acquire Another Security
☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

☐ Pooled Investment Fund Interests
☐ Tenant-in-Common
☐ Mineral Property Securities
☒ Other (describe)

Offer and sale of Series Seed Preferred Stock and the underlying shares of Common Stock issuable upon conversion thereof.

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer? ☐ Yes ☒ No

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $0 USD

## 12. Sales Compensation

Recipient

Recipient CRD Number ☒ None

(Associated) Broker or Dealer ☒ None

(Associated) Broker or Dealer CRD Number ☒ None

Street Address 1

Street Address 2

City

State/Province/Country

ZIP/Postal Code

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States

☐ All States  ☐ Foreign/non-US

## 13. Offering and Sales Amounts

| | | |
|---|---|---|
| Total Offering Amount | $7,000,000 USD | or ☐ Indefinite |
| Total Amount Sold | $2,850,000 USD | |
| Total Remaining to be Sold | $4,150,000 USD | or ☐ Indefinite |

Clarification of Response (if Necessary):

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:

6

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $0 USD ☐ Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☐ Estimate

Clarification of Response (if Necessary):

---

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against it in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Regulation D for one of the reasons stated in Rule 505(b)(2)(iii) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| Ingraham Media Group, Inc. | /s/ Peter Anthony | Peter Anthony | President | 2014-12-04 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11,

1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

Exhibit E



# Department of Consumer and Regulatory Affairs

Home                                                                 Edit Account | Log Out

## LIFEZETTE, INC - Initial File Number: C00005841323

| Main | Reports | Trade Names | Beneficial Owners |

### Beneficial Owners

| Business Contact Type | Name | Address | Executing Officer | File Number | Actions |
|---|---|---|---|---|---|
| Governor | MARCACCIO, PAUL | 161 Bay Street, Suite 4540<br>Toronto, Ontario<br>M5J 2S1<br>CAN | Is Executing Officer?: Yes<br>Executing Officer Type:<br>ExecutingOfficer | C00005841323 | View |
| Governor | Schreiber, Jurgen | 161 Bay Street, Suite 4540<br>Toronto, Ontario M5J 2S1<br>CAN | Is Executing Officer?: No | 000006218239 | View |
| Governor | Ingraham, Laura | 11951 Freedom Drive, 15th Floor<br>Reston, VA 20190<br>USA | Is Executing Officer?: No | 000006218239 | View |

1 to 3 of 3 rows    4 ⌄

**Name**

First Name          Laura
Middle Name
Last Name           Ingraham

**Address**

Line1      11951 Freedom Drive, 15th Floor
Line2
Line3      Reston, VA 20190
Line4
Country    USA

Return to Home

**District News**

Press Briefings & Schedules
Statements & Releases
Subscribe to Emails
Subscribe to Text Alerts
Online Chats
DC.Gov Social Networks
DC Webcasts
Government Closures

**Information Centers**

72hours Emergency Planning
Business
Consumer Protection
Education
Health
Social Services
Residents
Visitors

**Community**

Citywide Calendar
Census
DC Jobs
DC Procurement
Green DC
DC One Card
Interagency on Homelessness
Recovery.dc.gov

**DC Government**

Mayor's Office
DC Agencies
DC Council
Elected Officials
District Appointees
CapStat
Courts
DC Laws
DC Statehood

**Contact Us**

Call 311
Contact the Mayor
Contact Agency Directors
Send Feedback
Search Telephone Directory
Submit Service Requests
Make FOIA Requests

Accessibility    |    About DC.Gov    |    DC Guide    |    Wi-Fi Hotspots    |    Feedback    |    Privacy & Security    |    Terms & Condi ions

Exhibit F



A Certificate for Leaders **- Complete the Harvard Business Analytics P**

## Maureen Mackey · 3rd 

Experienced Digital Content Executive, Editor and Writer at Maureen Mackey Hevia Media, LLC

Greater New York City Area · 500+ connections · Contact info

**Message**

**Maureen Mackey Hevia Media, LLC**

**The George Washington University**

## About

President of Maureen Mackey Hevia Media, LLC. Previously served as editor-in-chief — and before that editor — of LifeZette, a digital startup. Maureen is a highly motivated editor and writer in competitive pu environments, experienced at delivering content, directing work flow, developing staff, building stra    .

## Featured



**Coronavirus Game Plan: How to Stay Mentally Tough During the Crisis**
Parade

Mental toughness is a trait most of us would like to have, even during normal circumstances. It's a key commodity for success in life. But now, during the coronavirus crisis, the complementary qualities of determination, resilience and a fiercely po

## Activity
704 followers


**Terrific insights here no matter what your job or career path!...**
Maureen shared this


**My new piece for Parade. In adversity, remember your v**
Maureen shared this
1 Reaction • 1 Comment


**Still great advice, #GailSheehy! Thank you for this interview you did with me...**
Maureen shared this

## Experience


**Experienced Digital Content Executive, Editor and Writer**
Maureen Mackey Hevia Media, LLC
Jan 2020 – Present · 4 mos
Greater New York City Area

Experienced editor and writer in digital and print who has led multiple teams, writers, and publications to consistent success. Before starting my own company, I planned, created, guided, and oversaw the editorial at LifeZette for nearly 5 years; before that, I worked with teams at The Fiscal Times, Reader's Digest and other top publications. I've edited thousand articles by writers of many backgrounds, helping smart, engaged people share stories for th widest audiences possible. I've also edited books by historian Craig Shirley (see his latest, I Ball Washington: The Untold Story of George Washington's Mother) and other authors. In addition, I've written many articles and essays, and have been honored to interview ... see m

 **LifeZette**
4 yrs 10 mos

**Editor-in-Chief**
Nov 2017 – Jan 2020 · 2 yrs 3 mos
Washington D.C. Metro Area

**Managing Editor-Chief Editor**
Apr 2015 – Oct 2017 · 2 yrs 7 mos

 LifeZette – Life. Explained. | LifeZette

 **Managing Editor**
The Fiscal Times
Mar 2010 – Apr 2015 · 5 yrs 2 mos

 **Features and Books Editor**
Reader's Digest
Jan 2000 – Jan 2010 · 10 yrs 1 mo

**Editorial Consultant**
Multiple Clients
Jan 1999 – Dec 1999 · 12 mos

## Education

**The George Washington University**
Political Science

**Fordham University**
BA, English (Latin minor)
Activities and Societies: Contributed to multiple campus publications and started the first campus Classics society

**Stanford University**
Professional Publishing





Exhibit G

- LifeZette
- PoliZette
- MomZette
- HealthZette
- FaithZette
- PopZette
- Videos
-   - About LifeZette
    - Advertise With Us
    - Jobs at LifeZette
    - Contact Us
-   - Terms of Use
    - Privacy Policy

- LifeZette
- PoliZette
- MomZette
- HealthZette
- FaithZette
- PopZette
- Videos
- Sign up

# LifeZette

Life. Explained.

Search Term (minimum of :

Search

Terms of Use

- About Us
- Meet Our Editors
- Advertise With Us
- Jobs at LifeZette
- Contact Us

- About Us
- Meet Our Editors
- Advertise With Us
- Jobs at LifeZette
- Contact Us

# Terms of Use

The website located at www.LifeZette.com (the "**Site**") collectively the "**Services**" are copyrighted works belonging to LifeZette, Inc. ("**LifeZette**", "**us**", "**our**", and "**we**"). Certain features of the Services may be subject to additional guidelines, terms, or rules, which will be posted on the Site and App in connection with such features. All such additional terms, guidelines, and rules are incorporated by reference into these Terms. LifeZette provides an informational platform based on conservative and traditional values to its viewers. We respect your privacy and your privacy is important to us. Please visit our Privacy Policy located here to see how we use your information.

Except for photos clearly in the public domain or when our use is a fair use, LifeZette always seeks permission from copyright owners for photo use. We sometimes use photos when, despite our diligent and good faith efforts, we can't reach the copyright owner. If you are concerned we have used a photo belonging to you without permission, please contact us at **termsofuse@lifezette.com**.

View our Full Terms of Use Document

---

**Address:** 1055 Thomas Jefferson Street, Suite 301, Washington, DC 20007



Advertisement





Life. Explained.

Connect with LifeZette

- LifeZette
- PoliZette
- MomZette
- HealthZette
- FaithZette
- PopZette

- Videos

- About LifeZette
- Advertise With Us
- Jobs at LifeZette
- Contact Us

# Sign up for DailyZette

| Email address |

| Go | By signing up, you agree to our terms.

Connect with LifeZette

© 2016 Ingraham Media, Inc. All Rights Reserved Terms of Use Privacy Policy