**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIM PIERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFEZETTE, INC., )<br>)<br>Defendant. )<br>) | Civ. A. No. 1:20-cv-00693-ABJ |

**CERTIFICATE OF SERVICE**

While Fed. R. Civ. P. 5(a)(2) provides that "[n]o service is required on a party who is in default for failing to appear," I hereby certify that I sent a courtesy copy of unsealed portions of Plaintiff's Motion for Default Judgment filing (ECF Nos. 11 and 11-1) on June 16, 2020 via U.S. mail to the defaulting Defendant at Lifezette, Inc. c/o Corporation Service Company, Registered Agent, 1090 Vermont Avenue, NW, Washington, DC 20005. Delivery was accomplished on June 17, 2020.

By: /s/ J. Matthew Williams

J. Matthew Williams (D.C. Bar No. 501860)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street NW, 7th Floor
Washington, DC 20036
(202) 355-7904

Daniel G. Booth (Mass. BBO No. 672090)
DAN BOOTH LAW LLC
60 Thoreau Street #121
Concord, MA 01742
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*