UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIM PIERCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFEZETTE, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 20-0693 (ABJ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [Dkt. # 14] (SEALED), plaintiff's Motion for Default Judgment [Dkt. # 10] (SEALED) is **GRANTED**.

It is **ORDERED** that plaintiff is awarded $139,000 in statutory damages.

It is **FURTHER ORDERED** that defendants are permanently enjoined from using the photograph described in plaintiff's complaint without first abiding by the terms of the license, also described in the complaint.

It is **FURTHER ORDERED** that plaintiff's request for costs and attorneys' fees is **GRANTED**. Plaintiff must submit the necessary materials in support of the request for attorneys' fees by July 2, 2021.

It is **FURTHER ORDERED** that plaintiff inform the Court by June 16, 2021 whether the accompanying Memorandum Opinion can be unsealed in its entirety or, if not, which portions should remain redacted.

1

**SO ORDERED**.

/s/ Amy Berman Jackson
AMY BERMAN JACKSON
United States District Judge

DATE:  June 2, 2021