**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIM PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civ. A. No. 1:20-cv-00693-ABJ |
| | ) |
| LIFEZETTE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF J. MATTHEW WILLIAMS IN SUPPORT OF PLAINTIFF TIM
PIERCE'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**

I, J. Matthew Williams, am a Partner in Mitchell Silberberg & Knupp LLP ("MSK"),
counsel of record for Plaintiff Tim Pierce ("Pierce"). I submit this declaration in support of his
Application for Attorneys' Fees and Costs. Unless otherwise stated herein, I have personal
knowledge of the following facts and could and would testify thereto.

1.      Pierce retained my firm to serve as local counsel in this case. His longtime
counsel, Dan Booth, appeared *pro hac vice*. Our firms worked together to avoid duplicating
work tasks and to otherwise handle the matter efficiently and effectively. In my opinion, Mr.
Booth did an excellent job of reducing the client's fees in this matter by relying on his past
experience with the client, with the Defendant's predecessor, and with other copyright matters.

2.      MSK was founded in 1908 and has a long history of handling copyright,
entertainment and internet related matters. Information on my firm's history, including in these
areas, is available here: https://www.msk.com/about.

3.      MSK has issued six invoices to Pierce for this matter. He has fully paid these
invoices. Four of the invoices are attached hereto as Exhibit A. (Two of the invoices related to
tasks related to Pierce's March 16, 2021 Motion for Status Conference, which was denied.

Pierce is not seeking recoupment of the invoiced fees for that work.)  The time entries in Exhibit A reflect the tasks we performed on the matter.  At times, my firm as a courtesy to the client elected to write off time spent on the matter, which is sometimes reflected on the invoices.  Our fees reflected on the Exhibit A invoices total $20,644.00.

4.      Although we have not yet issued an invoice to Pierce to cover review of the Court's June 2, 2021 opinion and work on his Application for Attorney's Fees, my accounting department informs me that we worked 11 hours of unbilled time resulting in Pierce incurring $4,950.00 in additional fees through June 22, 2021.  A draft invoice with time entries through that date is attached hereto as Exhibit B.  I also worked an additional 4 hours on the matter today to finalize and file the fees application papers, resulting in an additional $1,800.00 in fees.  That brings Pierce's total fees to $27,394.00.

5.      At the outset of our representation of Pierce, my firm agreed to bill on this matter at a blended rate of $450.00 per hour.  This rate was significantly discounted from our usual rates, both for myself and for associates who worked on the matter.  I describe below the experience of each attorney and staff person who worked on the matter and our standard hourly rates.  As a team, we focused on efficiency and effectiveness for the client, and on supporting Mr. Booth as Pierce's long-time counsel.

6.      I am a 2006 graduate of the American University Washington College of Law.  I graduated *magna cum laude* and was named to the Order of the Coif.  I joined MSK as an associate in 2006 after taking the Washington, D.C. bar exam.  I became a partner in 2015.  I am admitted to practice in Washington, D.C. and New York.  I am also admitted to practice in this Court, the District of Maryland, the Eastern District of New York and the Southern District of New York.  I have handled copyright cases in all of those districts, as well as in the Eastern

District of Virginia, the Central District of California, the Northern District of California, the Southern District of California, the Middle District of Florida, the Southern District of Texas, and the Western District of Washington.  I am also admitted to several U.S. appellate courts and to the U.S. Supreme Court, and have handled copyright cases in those courts as well.  I frequently file *amicus/amici curiae* briefs in those courts on cutting-edge copyright issues.  In addition, throughout my career, I have focused on work related to claims arising under the Digital Millennium Copyright Act ("DMCA"), including claims arising under 17 U.S.C. § 1202 (such as the claims at issue in Pierce's case against Lifezette, Inc.).  Moreover, I spent a year as a Practitioner-in-Residence at the American University Washington College of Law, where I taught an intellectual property clinical seminar and a course on international copyright law.  For a two-year period that partially overlapped with my teaching, I served as the Co-chair of the D.C. Chapter of the Copyright Society of the U.S.A.  I have published law review articles and other articles and pieces on copyright issues over the course of my career.  My MSK biography page is available here:  https://www.msk.com/attorneys-Matthew_Williams#Experience.

7.     My standard hourly rate at this time is $715.00 per hour.  In 2020, my standard hourly rate was $695.00 per hour.  In 2009, the Honorable Judge Ricardo Urbina "accept[ed] the reasonableness of the rates" that MSK and I had charged our clients in a copyright action in this Court as it awarded them $65,101.04 in attorneys' fees as the prevailing parties.  *Scott-Blanton v. Univ. Studios Prods. LLLP*, 593 F. Supp. 2d 171, 177 (D.D.C. 2009).  In particular, the Court noted a survey indicating that the $396 per hour rate charged in 2007 and 2008 by MSK partner Marc Mayer, who was admitted to practice in 1997, was even then "below market."  *See id.* at n. 2.  My copyright clients have also been awarded attorneys' fees in other courts, including without limitation in the following cases:  *Moore v. Lightstorm Entm't*, 127 F. Supp. 3d 505 (D.

3

Md. 2015) (Titus, J., awarding $741,785.00 in fees at the requested, pre-approved hourly rates from the district's local rules, which at the time was $400.00 for partners (which was substantially lower than the rate actually billed on the matter by our firm); *Protoons Inc. v. Reach Music Publ'g, Inc.*, No. 09 CIV. 5580 (KBF), 2016 WL 680543 (S.D.N.Y. Feb. 19, 2016) (2d Cir. 2017) (Forrest, J., awarding $1,397,245.00 in fees and costs in a long-running dispute, during which my hourly rate ranged from $280.00 per hour in 2008 to $545.00 per hour after I made partner in 2015, and during which the lead partner on the matter, Christine Lepera's, rates ranged from $590.00 per hour to $710.00 per hour, as reflected in Pacer docket entry No. 311 in the *Protoons* case).

8.     The primary MSK associate who worked on Pierce's case was Theresa Bowman. Theresa graduated from the George Washington University School of Law in 2011.   She served as a Law Clerk in this District for The Honorable Judge Reggie Walton from 2011-2012.   While at MSK, she has worked on several copyright cases, including working with me on an *amicus curiae* brief filed in the U.S. Supreme Court and on a case in the Southern District of Texas involving claims under 17 U.S.C. § 1202.   Otherwise, her practice has focused on general litigation and international arbitration.    Her MSK biography page is available here: https://www.msk.com/attorneys-Theresa_Bowman.

9.     Theresa's standard hourly rate at this time is $650.00 per hour.   In 2020, her standard hourly rate was $610.00 per hour.

10.     Other time keepers on Pierce's matter included an associate, Craig Bradley, and a Senior Research Analyst, James Berkley.   Craig spent a few hours early in the case researching our damages theory.   James spent a small amount of time reviewing evidence for the Complaint provided by local counsel.   Both Craig and James have extensive copyright experience.   Craig

graduated from the University of Illinois College of Law, *magna cum laude*, in 2014.  He was an Articles Editor for the *University of Illinois Journal of Law, Technology & Policy*.  Prior to MSK, he worked on intellectual property matters at Brinks Gilson & Leone and at Perkins Coie LLP.  James has been with MSK nearly two decades, and has worked on numerous copyright cases throughout his career.  In 2020, when they billed time on Pierce's matter, Craig's standard hourly rate was $540.00 per hour and James' was $380.00 per hour.

11.     We also incurred taxable costs for Pierce for the case filing fee, for Mr. Booth's *pro hac vice* application fee, and for service of process.  The total amount of these costs is $667.25.00.  We are concurrently filing a Bill of Costs requesting recoupment of these expenses for Pierce, who reimbursed my firm for these costs.  The Bill of Costs is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2021 in Washington, D.C.

/s/ J. Matthew Williams
J. Matthew Williams (D.C. Bar No. 501860)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street NW, 7th Floor
Washington, DC 20036
(202) 355-7904
mxw@msk.com

# EXHIBIT A



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce                                    Atty No.: 00428
2 Village Lane                                Client ID: 50720
Berlin, MA 01503                              Invoice: 415891

                                              May 29, 2020

**LEGAL SERVICES RENDERED** through April 30, 2020

Re:      adv. to Lifezette, Inc.                    11,869.00
         Disbursements and charges per attached        500.00
                                                            12,369.00

Subtotal:                                              $12,369.00

Less credit on trust account:                          (5,000.00)

TOTAL DUE:                                              $7,369.00

 msk

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 415891

May 29, 2020
Page 2

**adv. to Lifezette, Inc.**

**Fees through April 30, 2020:**

| | | | | |
|---|---|---|---|---|
| 03/02/20 | Review draft complaint and prior settlement and call with D Booth re Lifezette claim, research Lifezette. | M. WILLIAMS | 1.30 | 585.00 |
| 03/05/20 | Prepare for filing complaint. | M. WILLIAMS | 0.20 | 90.00 |
| 03/06/20 | Prep for filing compliant and call with D Booth T Bowman re same. | M. WILLIAMS | 0.90 | 405.00 |
| 03/06/20 | Review complaint and phone call with MXW to discuss filing components (.8). | T. BOWMAN | 0.80 | 360.00 |
| 03/09/20 | Review complaint regarding web links and e-mail with M. Williams, T. Bowman regarding same. | J. BERKLEY | 0.80 | 304.00 |
| 03/09/20 | Meetings and emails with T Bowman, call with J Berkley and emails with D Booth re prep of complaint and materials for filing (1.4). | M. WILLIAMS | 1.40 | 630.00 |
| 03/09/20 | Review, edit and finalizing complaint, exhibits and pro hac vice filing (5.1). | T. BOWMAN | 3.10 | 1,395.00 |
| 03/10/20 | Prepare for filing complaint, monitor work of T Bowman and D Aris, email documents to D Booth. | M. WILLIAMS | 0.40 | 180.00 |
| 03/10/20 | Open civil case, modify filing components for compliance and file Compliant and Pro Hac Vice motion (3.7). | T. BOWMAN | 2.70 | 1,215.00 |

 msk

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 415891

May 29, 2020
Page 3

| 03/11/20 | Monitor judge assignment, service and emails with co-counsel, call with T Bowman. | M. WILLIAMS | 0.40 | 180.00 |
|---|---|---|---|---|
| 03/11/20 | Prepare entry of appearance (.3). | T. BOWMAN | 0.30 | NO CHARGE |
| 03/12/20 | Emails re service. | M. WILLIAMS | 0.10 | 45.00 |
| 03/12/20 | Prepare and initiate service of process on Lifezette through process server (1.1). | T. BOWMAN | 1.10 | 495.00 |
| 03/17/20 | Review and file Affidavit of Service (.8). | T. BOWMAN | 0.80 | 360.00 |
| 03/26/20 | Monitor docket; confirm deadline for answer; consider next steps for approaching defendant. | M. WILLIAMS | 0.10 | 45.00 |
| 03/30/20 | Emails with Booth re answer deadline and strategy. | M. WILLIAMS | 0.20 | 90.00 |
| 04/03/20 | Calls with T Bowman re handling default. | M. WILLIAMS | 0.30 | 135.00 |
| 04/03/20 | Discuss default next steps with MXW (.2). | T. BOWMAN | 0.20 | 90.00 |
| 04/06/20 | Email to Booth re default and options. | M. WILLIAMS | 0.20 | 90.00 |
| 04/07/20 | Prepare hold letter to Lifezette. | M. WILLIAMS | 0.30 | 135.00 |
| 04/14/20 | Correspondence re: default next steps with MXW and prepare and circulate draft default request papers (1.9). | T. BOWMAN | 1.90 | 855.00 |
| 04/15/20 | Emails and revisions for entry of default and prep for MDJ; call with T Bowman re same. | M. WILLIAMS | 0.40 | 180.00 |
| 04/15/20 | Entry of default filing (.9). | T. BOWMAN | 0.90 | 405.00 |

 msk

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 415891

May 29, 2020
Page 4

| 04/20/20 | Finalize default form (.2); consider arguments for MDJ re use of prior settlement (.1). | M. WILLIAMS | 0.30 | 135.00 |
|---|---|---|---|---|
| 04/20/20 | Finalize and file clerk's default request (.7). | T. BOWMAN | 0.70 | 315.00 |
| 04/22/20 | Assign 1202 damages research to C Bradley; communicate with D Booth re MDJ and begin review of draft. | M. WILLIAMS | 0.50 | 225.00 |
| 04/23/20 | Review brief in support of motion for judgment on default, conduct legal research regarding damages under Section 1203, and prepare summary of research for M. Williams. | C BRADLEY | 3.00 | 1,350.00 |
| 04/23/20 | Review MDJ, make notes, call D Booth re same and schedule new call.; assign T Bowman research. | M. WILLIAMS | 0.80 | 360.00 |
| 04/24/20 | Call and emails to C Bradley and T Bowman re 1203 default research and review Bowman and Bradley research/comments on MDJ. | M. WILLIAMS | 0.40 | 180.00 |
| 04/24/20 | Edit draft Motion for Default Judgment and research wilful infringement proof in the default context, add research to Motion draft (1.5). | T. BOWMAN | 1.50 | 675.00 |
| 04/27/20 | Call with D Booth re potential MDJ revisions. | M. WILLIAMS | 0.50 | 225.00 |
| 04/29/20 | Review additional research re: proof of wilful infringement in the default context (.3). | T. BOWMAN | 0.30 | 135.00 |

 msk

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 415891

May 29, 2020
Page 5

Total Fees:                                                      $11,869.00

**Billing Summary**

| Name | Hours | Rate | | Fees |
|------|-------|------|---|------|
| C BRADLEY | 3.00  hours at | $450.00 | = | 1,350.00 |
| T. BOWMAN | 14.00  hours at | $450.00 | = | 6,300.00 |
| M. WILLIAMS | 8.70  hours at | $450.00 | = | 3,915.00 |
| J. BERKLEY | 0.80  hours at | $380.00 | = | 304.00 |
| SUMMARY TOTALS | 26.50 | | | 11,869.00 |

**Costs Advanced and In-House Services:**

| 04/30/20 | Misc - Courts/USDC - Purchase of court documents for L. Coyoca, 3/10/20 | 400.00 |
|----------|--------------------------------------------------------|--------|
| 04/30/20 | Misc - Courts/USDC - Filing fee for complaint and exhibits in District of Columbia District Court, 3/10/20 | 100.00 |

Total Costs:                                                      $500.00

Total Fees & Costs:                                              $12,369.00



## MITCHELL SILBERBERG & KNUPP LLP
#### A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 415891

May 29, 2020

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 11,869.00 |
| Current Disbursements: | 500.00 |
| **Total Current Charges - This Invoice:** | **$12,369.00** |
| Less credit on trust account: | (5,000.00) |
| **TOTAL DUE:** | **$7,369.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:      121000248
Bank Name:      Wells Fargo Bank, N.A.
Bank Address:      420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:      4159349430
Beneficiary Account Name:      Mitchell Silberberg & Knupp LLP
For International Transfers:      Swift  BIC WFBIUS6WFFX
For ACH inquiries only, please contact Elizabeth Carrera at exc@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ I am able to receive future statements via email. Please send them to:



# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 415891

May 29, 2020

Contact name: _____

Email address: _____



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce                                      Atty No.: 00428
2 Village Lane                                  Client ID: 50720
Berlin, MA 01503                                Invoice: 417180

                                                June 29, 2020

**LEGAL SERVICES RENDERED** through May 31, 2020

Re:     adv. to Lifezette, Inc.                          7,560.00
        Disbursements and charges per attached            167.25
                                                                    7,727.25

TOTAL DUE:                                                          $7,727.25



Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 417180

June 29, 2020
Page 2

**adv. to Lifezette, Inc.**

**Fees through May 31, 2020:**

| | | | | |
|---|---|---|---|---|
| 05/11/20 | Revise default motion papers and send to Booth and prepare for motion to seal. | M. WILLIAMS | 1.10 | 495.00 |
| 05/11/20 | Coordinate service of Entry of Default papers (.4). | T. BOWMAN | 0.40 | 180.00 |
| 05/12/20 | Coordinate service of Entry of Default papers (.4). | T. BOWMAN | 0.40 | 180.00 |
| 05/13/20 | Draft and research regarding Motion to Seal Confidential Settlement Agreement (3.4). | T. BOWMAN | 3.40 | 1,530.00 |
| 05/14/20 | Motion for leave to seal. | M. WILLIAMS | 0.10 | 45.00 |
| 05/14/20 | Research and drafting re: Motion to Seal (1.7). | T. BOWMAN | 1.70 | 765.00 |
| 05/15/20 | Research and drafting re: Motion to Seal prior confidentiality agreement (2.1). | T. BOWMAN | 2.10 | 945.00 |
| 05/20/20 | Review draft of motion to seal and revised MDJ and related emails and affidavits. | M. WILLIAMS | 0.80 | 360.00 |
| 05/20/20 | Edit and circulate to Dan Booth draft Motion to Seal, with comments on case law in DDC on sealing confidential settlement agreements (1.5). | T. BOWMAN | 1.50 | 675.00 |
| 05/27/20 | Review Dan Booth edits to Motion to Seal (.5). | T. BOWMAN | 0.50 | 225.00 |
| 05/28/20 | Emails re preparing MDJ filing. | M. WILLIAMS | 0.10 | 45.00 |

 msk

Tim Pierce                                      Atty No.: 00428
2 Village Lane                                  Client ID: 50720
Berlin, MA 01503                                Invoice: 417180

                                                June 29, 2020
                                                Page 3

| 05/28/20 | Review Dan Booth edits to Motion to Seal, make further edits, circulate updated draft (.9). | T. BOWMAN | 0.90 | 405.00 |
|---|---|---|---|---|
| 05/29/20 | Review of materials for filing and calls/emails with T Bowman re same. | M. WILLIAMS | 0.40 | 180.00 |
| 05/29/20 | Draft remaining components, finalize and file Motion for Default Judgment (8.4). | T. BOWMAN | 3.40 | 1,530.00 |

Total Fees:                                                    $7,560.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| M. WILLIAMS | 2.50 | hours at | $450.00 | = | 1,125.00 |
| T. BOWMAN | 14.30 | hours at | $450.00 | = | 6,435.00 |
| SUMMARY TOTALS | 16.80 | | | | 7,560.00 |

**Costs Advanced and In-House Services:**

| 05/22/20 | Service of Process - Service of Process - Capitol Process Services, Inc. - Lifezette, Inc., 3/13/20 | 167.25 |
|---|---|---|

Total Costs:                                      $167.25

Total Fees & Costs:                               $7,727.25



## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 417180

June 29, 2020

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 7,560.00 |
| Current Disbursements: | 167.25 |
| **Total Current Charges - This Invoice:** | **$7,727.25** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
| | |
|---|---|
| Routing Number or ABA: | 121000248 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Address: | 420 Montgomery, San Francisco, CA 94104 |
| Beneficiary Account No.: | 4159349430 |
| Beneficiary Account Name: | Mitchell Silberberg & Knupp LLP |
| For International Transfers: | Swift  BIC WFBIUS6WFFX |

For ACH inquiries only, please contact Elizabeth Carrera at exc@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ I am able to receive future statements via email. Please send them to:

Contact name: _____

Email address: _____



## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce                                           Atty No.: 00428
2 Village Lane                                       Client ID: 50720
Berlin, MA 01503                                     Invoice: 418468

                                                     July 29, 2020

**LEGAL SERVICES RENDERED** through June 30, 2020

Re:     adv. to Lifezette, Inc.                          855.00
        Disbursements and charges per attached             6.60
                                                          ─────────
                                                            861.60

TOTAL DUE:                                              $861.60



Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 418468

July 29, 2020
Page 2

**adv. to Lifezette, Inc.**

**Fees through June 30, 2020:**

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 06/02/20 | Communicate with co-counsel and clerk's office regarding court's ruling on motion to seal (1.2). | T. BOWMAN | 1.20 | 540.00 |
| 06/03/20 | Review unsealed docket entries (.2). | T. BOWMAN | 0.20 | 90.00 |
| 06/05/20 | Discuss case status with MXW (.1). | T. BOWMAN | 0.10 | 45.00 |
| 06/16/20 | Facilitate courtesy copy service of default judgment materials (.4). | T. BOWMAN | 0.40 | 180.00 |

Total Fees: $855.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|------|-------|--|------|--|------|
| T. BOWMAN | 1.90 | hours at | $450.00 | = | 855.00 |
| SUMMARY TOTALS | 1.90 | | | | 855.00 |

 msk

Tim Pierce                                                Atty No.: 00428
2 Village Lane                                           Client ID: 50720
Berlin, MA 01503                                        Invoice: 418468

                                                        July 29, 2020
                                                        Page 3

**Costs Advanced and In-House Services:**

06/25/20   Misc - Pacer Services Center - For services              6.60
           provided during the period of 1/1 - 3/31/20

           Total Costs:                                           $6.60

           Total Fees & Costs:                                  $861.60



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 418468

July 29, 2020

# REMITTANCE
**(please include with payment)**

| | |
|---|---:|
| Current Fees: | 855.00 |
| Current Disbursements: | 6.60 |
| **Total Current Charges - This Invoice:** | **$861.60** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:    121000248
Bank Name:    Wells Fargo Bank, N.A.
Bank Address:    420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:    4159349430
Beneficiary Account Name:    Mitchell Silberberg & Knupp LLP
For International Transfers:    Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ I am able to receive future statements via email. Please send them to:

Contact name: _____

Email address: _____



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce                                          Atty No.: 00428
2 Village Lane                                      Client ID: 50720
Berlin, MA 01503                                    Invoice: 420089

                                                   August 30, 2020

**LEGAL SERVICES RENDERED** through July 31, 2020

Re:    adv. to Lifezette, Inc.                                   360.00
       Disbursements and charges per attached                     9.60
                                                                        369.60
                                                                 ─────────────
Subtotal - current charges:                                             369.60

Prior balance due:                                                      861.60
                                                                 ─────────────
TOTAL DUE:                                                           $1,231.20


Outstanding Invoice (s):            Date          Invoice          Amount

                                  07/29/20        418468            861.60

 msk

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 420089

August 30, 2020
Page 2

**adv. to Lifezette, Inc.**

**Fees through July 31, 2020:**

07/01/20    Prepare and file certificate of service (.8).   T. BOWMAN          0.80          360.00

Total Fees:                                                                                  $360.00

**Billing Summary**

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| T. BOWMAN | 0.80 hours at $450.00 = | | 360.00 |
| SUMMARY TOTALS | 0.80 | | 360.00 |

**Costs Advanced and In-House Services:**

07/07/20   Misc - Court Electronic Records                          9.60

Total Costs:                                                                  $9.60

Total Fees & Costs:                                                          $369.60



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 420089

August 30, 2020

# REMITTANCE
### (please include with payment)

| | |
|---|---:|
| Current Fees: | 360.00 |
| Current Disbursements: | 9.60 |
| **Total Current Charges - This Invoice:** | **$369.60** |
| Prior balance due: | 861.60 |
| TOTAL DUE: | $1,231.20 |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                      Wells Fargo Bank, N.A.
Bank Address:                   420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:        4159349430
Beneficiary Account Name:       Mitchell Silberberg & Knupp LLP
For International Transfers:     Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call us if you ever have any doubt about the authenticity of any communication.

☐ I am able to receive future statements via email. Please send them to:



# MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: 420089

August 30, 2020

Contact name: _____

Email address: _____

# EXHIBIT B



## MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

# DRAFT

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: ******

June 23, 2021

**LEGAL SERVICES RENDERED** through June 23, 2021

| | | |
|---|---|---|
| Re: | adv. to Lifezette, Inc. | 4,950.00 |
| | | 4,950.00 |
| **TOTAL DUE:** | | **$4,950.00** |

 msk

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: ******

June 23, 2021
Page 2

**adv. to Lifezette, Inc.**

**Fees through June 23, 2021:**

| 06/03/21 | Review emails re order, review order, emails with Booth re same and follow up work. | M. WILLIAMS | 0.80 | 360.00 |
|---|---|---|---|---|
| 06/03/21 | Review court's decision and opinion, correspondence re: same (.7). | T. BOWMAN | 0.70 | 315.00 |
| 06/04/21 | Correspondence re: notification to Defendant (.1). | T. BOWMAN | 0.10 | 45.00 |
| 06/14/21 | Review draft papers on costs and fees and confidentiality and emails with D Booth. | M. WILLIAMS | 1.50 | 675.00 |
| 06/14/21 | Review draft response re: unsealing (.2). | T. BOWMAN | 0.20 | 90.00 |
| 06/15/21 | Review revised filing on confidentiality and respond to D Booth email. | M. WILLIAMS | 0.30 | 135.00 |
| 06/15/21 | Review response to opinion, relevant filing procedures (.4). | T. BOWMAN | 0.40 | 180.00 |
| 06/16/21 | Finalize and file sealing order response and notice, correspondence with MXW re: same (2.0). | T. BOWMAN | 2.00 | 900.00 |
| 06/17/21 | Correspondence re: Fees Motion (.2). | T. BOWMAN | 0.20 | 90.00 |
| 06/18/21 | Prepare declaration for fees motion and costs and emails with D Booth re same. | M. WILLIAMS | 0.40 | 180.00 |
| 06/18/21 | Correspondence re: Fees Motion (.1). | T. BOWMAN | 0.10 | 45.00 |
| 06/21/21 | Prepare fees declaration. | M. WILLIAMS | 0.40 | 180.00 |



Tim Pierce                                          Atty No.: 00428
2 Village Lane                                      Client ID: 50720
Berlin, MA 01503                                    Invoice: ******

                                                   June 23, 2021
                                                   Page 3

| | | | | |
|---|---|---|---|---|
| 06/21/21 | Assist with fees motion (1.1). | T. BOWMAN | 1.10 | 495.00 |
| 06/22/21 | Draft fees declaration (2.4) and call with D Booth re same (.2) and call with T Bowman re same (.2). | M. WILLIAMS | 2.80 | 1,260.00 |

Total Fees:                                                    $4,950.00

**Billing Summary**

| Name | Hours | | Rate | | Fees |
|---|---|---|---|---|---|
| M. WILLIAMS | 6.20 | hours at | $450.00 | = | 2,790.00 |
| T. BOWMAN | 4.80 | hours at | $450.00 | = | 2,160.00 |
| SUMMARY TOTALS | 11.00 | | | | 4,950.00 |



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Tim Pierce
2 Village Lane
Berlin, MA 01503

Atty No.: 00428
Client ID: 50720
Invoice: ******

June 23, 2021

# REMITTANCE
**(please include with payment)**

| | |
|---|---|
| Current Fees: | 4,950.00 |
| Current Disbursements: | 0.00 |
| **Total Current Charges - This Invoice:** | **$4,950.00** |

**Please remit to:**
Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

**Wire/ACH Transfer Instructions:**
Routing Number or ABA:          121000248
Bank Name:                             Wells Fargo Bank, N.A.
Bank Address:                          420 Montgomery, San Francisco, CA 94104
Beneficiary Account No.:           4159349430
Beneficiary Account Name:        Mitchell Silberberg & Knupp LLP
For International Transfers:        Swift  BIC WFBIUS6WFFX
For payment inquiries please e-mail payment@msk.com

*** Please Include Invoice Number with Payment ***

Note that MSK will not change its banking information without prior notice on our bills. All MSK emails originate from a [3 initials]@msk.com address. Phishing and fraud attempts are common, especially those requesting that you send payment to a new account that does not match our bills. Please don't hesitate to call if you ever have any doubt about the authenticity of any communication.

☐ I am able to receive future statements via email. Please send them to:

Contact name: _____

Email address: _____

# EXHIBIT C

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

```
                              )
                              )
         v.                   )        Case No.:
                              )
                              )
```

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                              *Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .    _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . .    _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

                                                                               TOTAL    $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

       I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the
services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties
in the following manner:

❏    Electronic service          ❏    First class mail, postage prepaid

❏    Other:        _____

      s/ Attorney:        _____

             Name of Attorney:        _____

For:  _____          Date:  _____
             *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of        _____    and included in the judgment.

_____          By:  _____          _____
       *Clerk of Court*                               *Deputy Clerk*                               *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# United States District Court

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ATTACHMENT TO BILL OF COSTS

1. Complaint Filing Fee: $400.00

2. Pro Hac Vice Filing Fee: $100.00

3. Service of Process: $167.25 (see attached)

**Capitol Process Services, Inc.**
**1827 18th Street, NW**
**Washington, DC 20009**
**Phone: 202 667-0050**
**Fax: 202 667-2520**
**Email: tfelter@capitolprocess.com**
**www.capitolprocess.com**

**Statement Date**
05/17/2020

*Ven 272670*

**BILLING STATEMENT**

**We are open for Business!**
**Please find your statement**
**attached!**

Mitchell Silberberg & Knupp LLP
**Attention: Theresa Bowman, Esquire**
1818 N Street, NW, 7th Floor
Washington, DC 20036

**ENTERED**

**MAY 22 2020**
*INVOICE ATTACHED*

Statement covers billed invoices through 04/30/2020.

| Invoice # | Invoice Date | Job # | Servee | Amount | Status |
|-----------|--------------|-------|--------|--------|--------|
| 1576138 | 3/13/2020 | 1576138 | Lifezette, Inc. c/o Corporation Service | $167.25 | Over 30 Days |
| Tim Pierce | | | | | J. Matthew Williams, |
| Lifezette, Inc. | | | | | 03/13/2020 |
| Case No. 1:20-cv-00693-ABJ | | | Client File # N/A | | |



Therea Bowman
50720-00001
5/22/2020


FOR APPROVAL

---

**YOUR RETURN ADDRESS:**

Mitchell Silberberg & Knupp LLP
**Attention: Theresa Bowman, Esquire**
1818 N Street, NW, 7th Floor
Washington, DC 20036

| Current: $0.00 | TOTAL | |
| Past 30: $0.00 | DUE$ | $167.25 |
| Past 60: $167.25 | AMOUNT | |
| Past 90: $0.00 | ENCLOSED$ | |

**Statement Date**
05/17/2020

**MAIL PAYMENT TO**    **MAKE CHECKS PAYABLE TO & REMIT TO**

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Capitol Process Services, Inc.